# COMMUNITY SCHOOL DISTRICT 21



ETHEL TUCKER
COMMUNITY SUPERINTENDENT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 20 2006 ★

**BROOKLYN OFFICE**

Honorable Jack B. Weinstein
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   72CV 1041 (JBW)

Dear Judge Weinstein:

In 1975, you were the presiding judge in the case of Hart vs. the Board of Education. Your decision, in the main, held that Mark Twain Junior High School (239) was unconstitutionally segregated as a result of past actions by the local school board and its predecessors. You also found that the segregated pattern of public housing agencies in Coney Island housing projects was reflected in the racial imbalance at Mark Twain. The "Remedy Plan" submitted by our Community School Board was selected by you over that submitted by NAACP. The "Remedy Plan" provided that Mark Twain Junior High School be converted into a school for gifted and talented children. Its racial composition would be 70% white and 30% minority, the school district's pupil population ratio at the time. In addition, the "Remedy Plan" provided that all intermediate/junior high schools be integrated as close to that ratio as possible. During the intervening years, we have continued to implement the approved "Remedy Plan". We have carefully monitored the ethnic mix of the school in order to maintain effective integration and prevent racial isolation.

Over the years you have approved modifications to our original Mark Twain "Remedy Plan". All 30 District 21 schools are now included as either federal or state funded magnet schools or as part of our Intra District Free Choice/Magnet Transfer Plan. We are submitting a new Federal Magnet Grant proposal and would like to specify the following schools as possible federally funded magnet schools: PS 253, PS 95, and PS 100.

District 21 has been highly successful in eliminating, reducing and preventing racial isolation within our district. As a result of our continuing evaluation, the implications of the Chancellor's School Choice Program, and extensive consultation with parents and staff, we selected the above mentioned schools to be included in the new proposal. Please be assured that all thirty District 21 schools will continue to participate in our Magnet/Free Choice programs. We contacted all interested parties regarding this order and have received no objections.



Funding under the Magnet Schools Assistance Program will be for the period September 2004 through August 2007. We desperately need this monetary support to continue to have the capability to maintain our efforts to sustain district wide integration. To be in compliance with the interpretation given to us by the Office for Civil Rights, any modification to our original court ordered "Remedy Plan" must be approved by the court that approved the original "Plan". We, therefore, respectfully request your approval of this modification so that we may submit our magnet proposal in a timely fashion. Thank you for your consideration.

Very truly yours,

*Ethel Tucker*

Ethel Tucker
Community Superintendent

APPROVED: *[signature]*
Judge Weinstein

Date: 2/27/04