

# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

| | | |
|---|---|---|
| **Dr. Dorita Gibson**<br>Regional Superintendent | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ APR 1 2 2007 ★<br>P.M. _____<br>TIME A.M. _____ | **REGION 7**<br>715 Ocean Terrace, Building A<br>Staten Island, New York 10301<br>718-420-5673 |
| **Dr. Laura Feijoo**<br>Regional Deputy Superintendent | | Satellite Office: 415 89th Street<br>Brooklyn, New York 11209<br>718-759-3942 |
| *Richard D'Auria*<br>District 21 Community Superintendent | | |

April 11th, 2007

Honorable Jack B. Weinstein
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>72CV 1041 (JBW)</u>

Dear Judge Weinstein:

In 1975, you were the presiding judge in the case of Hart vs. the Board of Education. Your decision, in the main, held that Mark Twain Junior High School (239) was unconstitutionally segregated as a result of past actions by the local school board and its predecessors. You also found that the segregated pattern of public housing agencies in Coney Island housing projects was reflected in the racial imbalance at Mark Twain. The "Remedy Plan" submitted by Community School Board 21 was selected by you over that submitted by NAACP. During the intervening years, we have continued to monitor the ethnic mix of the schools in order to maintain effective integration and prevent racial isolation.

Over the years, you have approved modifications to our original Mark Twain "Remedy Plan" to incorporate new or modified schools for purposes of magnet grant funding. We are submitting a new magnet grant application and would like to specify PS/IS 288 as a proposed federally-funded magnet school.

Funding under the Magnet Schools Assistance Program will be for the period September 2007 through August 2010. We need this monetary support to maintain our efforts to improve district-wide integration. To be in compliance with the interpretation given to us by the Office for Civil Rights, any modification to our original court ordered "Remedy Plan" must be approved by the court that approved the original "Plan." We, therefore, respectfully request your approval of this

-continued-



modification so that we may submit our magnet proposal in a timely fashion. Thank you for your consideration.

Very truly yours,

*[signature]*

Richard D'Auria
Community Superintendent

APPROVED: *[signature]* Date: 4/11/07
Judge Weinstein

A TRUE COPY
DATE 4/11  20 27
RC'D         iN
BY *[signature]* CLERK
                  DEPUTY CLERK