UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | | |
|---|---|---|
| JEFFREY HART, *et al.* | : | |
| | | Civ. No. |
| Plaintiffs, | : | 72-1041-JBW |
| and | : | |
| ANJAN RAU and KANCHAN KATAPADI, as guardians and on behalf of their children, and on behalf of a class of all others similarly situated, | : | |
| | : | |
| | : | |
| Intervening Plainiffs, | : | |
| | : | |
| -against- | | |
| | : | |
| THE COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW YORK SCHOOL DISTRICT #21, *et al.*, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------x   MOTION TO INTERVENE

| | |
|---|---|
| THE COMMUNITY SCHOOL BOARD OF BROOLKYN, NEW YORK SCHOOL DISTRICT #21, by its President and Member, EVELYN J. AQUILA, and its Treasurer and Member, MARIAN NAGLER, and VINCENT J. FONTI, as a Member of the COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW YORK SCHOOL DISTRICT #21, | : : : : |
| Defendants and Third Party Plaintiffs | : |
| - against - | : |
| JOHN V. LINDSAY, Mayor of the City of New York, *et al.*, | : : |
| Third Party Defendants. | : |

-------------------------------------------------------------------------x

## MOTION TO INTERVENE BY ANJAN RAU AND KANCHAN KATAPADI

Pursuant to Rule 24, Fed. R. Civ. P., Anjan Rau and Kanchan Katapadi, on behalf of their children, move to intervene in this action. The reasons supporting this motion are set forth in the accompanying memorandum of law. A proposed complaint-in-intervention accompanies this motion.

Respectfully submitted,

*/s/ Michael E. Rosman*
Michael E. Rosman
CENTER FOR INDIVIDUAL RIGHTS
1233 20th Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 833-8400

Michael Carvin
Shay Dvoretzky
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3939

Rosemarie Arnold
LAW OFFICES OF ROSEMARIE ARNOLD
1386 Palisade Avenue
Fort Lee, NJ 07024
(201) 461-1111

Certificate of Service

I certify that I served the foregoing motion to intervene to the following individuals by mail on January 14, 2008.

Michael Cardozo
Corporation Counsel of the City of
    New York
100 Church St.
New York, NY  10007

Muriel Kerzer
315 8th Avenue
Apartment 21 D
New York, NY 10001

Robert M. Couch
General Counsel
U.S. Department of Housing and
    Urban Development
451 7th Street S.W.
Washington, DC 20410

Nathaniel R. Jones
Blank Rome
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

James I. Meyerson
396 E. Broadway
New York, NY 10002

Roy L. Williams
Chair of the NAACP Special Contribution
    Fund
4805 Mt. Hope Drive
Baltimore MD 21215

Elliot Hoffman
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016

Thomas N. Rothschild
16 Court Street, Suite 2007
Brooklyn, NY 11241

Brooklyn Legal Services
1455 Myrtle Ave
Brooklyn, NY 11237

                                 */s/ Michael E. Rosman*
                                    Michael E. Rosman