UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

JEFFREY HART, et al.,

                                 Plaintiffs,

      -against-

THE COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW YORK SCHOOL DISTRICT #21, et al.

                                 Defendants.

**NOTICE OF APPEARANCE**

72 CV 1041 (JBW)

------------------------------------------------------------------- X

        **PLEASE TAKE NOTICE** that Gail Rubin, Assistant Corporation Counsel, hereby appears as a counsel of record for defendants, The Community School Board of Brooklyn, New York School District #21, and the Chancellor of the Board of Education of the City of New York, in the above-captioned action. The undersigned requests that her name be added to the mailing list maintained by the Clerk in the within case and that all notices given or required to be given be served upon her at the office and telephone number set forth below.

Dated:     New York, New York
               January 16, 2007

                                                  MICHAEL A. CARDOZO
                                                  Corporation Counsel of the
                                                    City of New York
                                                  Attorney for Defendants
                                                  100 Church Street, Room 20-098
                                                  New York, New York 10007
                                                  (212) 788-0999

                                             By: _____
                                                        Gail Rubin (GR2833)