Honorable Jack Weinstein,                    CR 72-1041 (JBW)

January 21, 2008

I am writing as a parent of Mark Twain Intermediate School for the Gifted and Talented. Recently Mark Twain has been in the news due to the lawsuit of Rau and Katapadi vs. NYC Dept. of Education. The New York Post has done a stunning job of explaining the position of the Rau/Katapadi party. Unfortunately, there isn't much being said by the Department of Education, except in the regard to their uneasiness with the racial portion of the court decision.

As a parent it is troublesome that an exceptional school is being dismantled by the press. Mark Twain has benefitted from the integration court order- it is racially diverse, academically excellent and has a supportive environment for all students who attend. The administration at Mark Twain works long, long hours. It is not unusual to see all of them still working full-steam after 5 pm...many hours are donated to the school, by paid employees. Those who work in the school believe in the school because it is successful and brings students to their full potential.

It is very hard to imagine how Mr. Klein is able to dismiss this school, a school that had 65 % of its 2007 graduating class accepted into New York City specialized high schools. Mark Twain is a school Chancellor Klein has never visited, a school that would impress anyone in any country.

Currently Mark Twain is receiving hundreds of thousands of state dollars due to its magnet status. The school will be unable to sustain its current system, and thus its success, without this money.

Mark Twain is 1,300 seats for Gifted and Talented students- 1,300 seats that are sought after by parents all over the city. It is on par with the specialized high schools and it is a stellar school. Removing the court order would negate the work of many employees and families who helped to turn around a failing 1970's school and make it a haven for the intellectually able.

Thank you Judge Weinstein for your great vision, your vision became one of the best schools in the city for Gifted and Talented students of all backgrounds. I appreciate your foresight and my children will be forever blessed.

Sincerely,

Pamela Kelter

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 28 2007

BROOKLYN OFFICE