

Kelly Rawdon, Photographer
Julie Checket, Photography Teacher
Printed By Mark Twain I.S. 239 Graphic Arts Department
Copyright © Mark Twain I.S. Visual Arts

This card made by the medium talent of Mark Twain (See back flap).