```
                                                            FILED
                                                       IN CLERK'S OFFICE
                                                    U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                         ★  JAN 3 1 2008  ★
------------------------------------------------X
JEFFREY HART et al                                     BROOKLYN OFFICE

        and                                            ORDER

ANJAN RAU and KANCHAN KATAPADI                         CV72-1041 (JBW)

        Intervening Plaintiffs

        -V-

THE COMMUNITY SCHOOL BOARD
#21 et al
------------------------------------------------X
ANJAN RAU and KANCHAN KATAPADI
as guardians and o/b/o their children

        -V-                                            CV08-210 (JBW)

NEW YORK CITY DEPARTMENT OF EDUCATION,
JOEL KLEIN in his capacity as Chancellor of the
Department of Education and RICHARD D'AURIA
in his capacity as District 21 Community Superintendent
------------------------------------------------X
```

The motion of Anjan Rau and Kanchan Katapadi to intervene will be heard March 19, 2008, at 10:00a.m. The parties should arrange for exchange of papers. A status conference in CV08-210 will be held immediately following the motion hearing.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 1/25/08

