IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____

JEFFREY HART, etc., et al.,

     PLAINTIFFS                     72 Civ 1041 (JBW)
                                     NOTICE OF APPEARANCE

     vs

COMMUNITY SCHOOL BOARD # 21,
etc., et al.,

     DEFENDANTS

_____

     Now come the Plaintiff and the Plaintiff lass, by and through James I. Meyerson, Esq., the attorney who initially represented them in the within litigation, and hereby and herein notices his appearance, on behalf of the Plaintiffs and the Plaintiff class, in the now re-activated litigation on the pending Notice to Intervene and all matters inter-related thereto and associated therewith.

DATED: New York, New York
       February 4, 2008

                               Respectfully submitted,

                               /s/James I. Meyerson_____
                               JAMES I. MEYERSON [JM 4304]
                               64 Fulton Street @ Suite # 502
                               New York, New York 10038
                               [212] 226-3310
                               [212] 513-10006/FAX
                               e-mail @ jimeyerson@yahoo.com

                               ANGELA CICCOLO, ESQ.
                               Interim General Counsel
                               VICTOR GOODE, ESQ.
                               Assistant General Counsel
                                 NATIONAL ASSOCIATION FOR THE
                               ADVANCED OF COLORED PEOPLE
                               4805 Mt. Hope Drive
                               Baltimore, Maryland 21215
                               ATTORNEYS FOR PLAINTIFFS and
                               FOR THE PLAINTIFF CLASS

TO:
OFFICE OF the Clerk
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

THE HONORABLE JACK B. WEINSTEIN
Senior United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

GAIL RUBIN, Esq.
Assistant Corporation Counsel
City of New York
Department of Law
Affirmative Litigation Division
100 Church Street
New York, New York 10007
[212] 788-0999

MICHAEL ROSMAN, ESQ.
General Counsel
Center for Individual Rights
1233 20th Street,N.W.
Suite # 300
Washington, D.C. 20036
[202] 833-8400

MICHAEL CARVIN, ESQ.
SHAY DVORETZKY, ESQ.
c/o JONES DAY
51 Lousiana Avenue, N.W.
Washington, D.C. 20001
[202] 879-3939

ROSEMARIE ARNOLD, ESQ.
Law Offices of Rosemarie Arnold
1386 Palisade Avenue
Fort Lee, New Jersey 07024
[201] 461-1111

2

MS. MURIEL KERZER
315 8th AVENUE
Apartment # 21D
New York, New York 10001

NATHANIEL R. JONES, ESQ.
c/o BLAN ROME
1700 PNC Center
201 East 5th Street
Cincinnati, Ohio 45202