# RUBIN EXHIBIT D

THE CITY OF NEW YORK
BOARD OF EDUCATION
COMMUNITY SCHOOL BOARD
DISTRICT 21

BARTELO E. PELUSO
*Community Superintendent*

345 Van Sicklen Street
Brooklyn, N. Y. 11223
Tel. 449-4100

MEMBERS

ALLEN H. ZELON, *President*
Evelyn J. Aquila, Vice President
Marian Bagler, Secretary
Herman J. Caponi, Treasurer
Abraham Cohen
Ira Horowitz
Charles Spirgel
Ralph Tarantino
Donald Weber

72 C - 1041

July 8, 1975

Honorable Jack B. Weinstein
Federal Court
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Weinstein:

You will find, attached, the May

1975 report of Community School Board 21 in connection

with the Mark Twain case.

Sincerely,

Allen H. Zelon (r)

ALLEN H. ZELON
President,
Community School Board 21

RE:   MARK TWAIN CASE

PROGRESS REPORT OF CSB #21 FOR MAY 1975

1.   PRELIMINARY STATEMENT

1.1 The activities of Mr. Fishenfeld have been directed towards preparing the school for September 1975 in the areas of curriculum, programming, staff development and upgrading of the school plant. He has also worked with parents in the organization of the Parents Association.

2.   PARENT ASSOCIATION IN-FORMATION

2.1 A Parents Association In-Formation meeting was held on May 14, 1975, (Exhibit 1). Approximately 500 people attended. A temporary chair-man and secretary was elected. Much of the meeting was devoted to a question and answer period. Questions were primarily related to staff selection, funding and busing.

2.2 A meeting of the Ad Hoc Steering Committee was held on Wednesday, May 28, 1975. Mr. Fishenfeld was invited in to address the group at the early part of the meeting (Exhibit 2).

3.   PUBLIC RELATIONS AND INFORMATION

3.1 Mr. Fishenfeld appeared as a presentor and a panelist at the New York Hilton Hotel on May 8, 1975 (Exhibit 3). The presentation was concerned with the Mark Twain Junior High School for the Gifted and Talented.

3.2 Mr. Fishenfeld appeared as a panelist at the conference on Gifted Children held by the Parents Association of P.S. 216 on May 30, 1975.

4.   COOPERATION WITH OTHER AGENCIES

4.1 A meeting was held with Drs. Lo Monaco and Cuttita of Brooklyn College, and Messrs. Peluso and Fishenfeld, to review the projected programming and curriculum design for the school. Mr. Fishenfeld explained the flexible scheduling being planned, whereby four teachers would be assigned to a cluster of approximately 114 pupils for a block of time each day. This time would be used for large group, small group, and individualized instruction in flexible periods of time, according to the needs of the children and the activity being worked on. The team of four teachers would represent the areas of math, science, social studies and language arts. Each child in the school will be provided time for a foreign language, music, art, industrial arts, home economics, physical education, and some area of special talent.

4.2 The Title III proposal for Mark Twain was not initially funded by the State because of unavailability of sufficient monies, although it was deemed to have merit. We were subsequently advised that funds would be made available from monies to be appropriated for the 1976 fiscal year.

5.   COOPERATION WITH THE BOARD OF EDUCATION

5.1 Meetings were held with Mr. Fishenfeld, Mr. Miller, General Supervisor, School Maintenance and the painting contractors regarding the painting of Mark Twain. The work is to be completed before the beginning of school in September 1975. (Exhibit 4).

5.2 The exterior of Mark Twain will be painted during the 1975-1976 school year as per agreement with Mr. Karl Svenninson, Area Manager, Bureau of Maintenance. (Exhibit 5).

5.3 The enlargement of the existing library has been requested by Mr. Ben Quesada, Director, Educational Facilities Planning, as a high priority for the 1975-1976 school year. (Exhibit 6).

- 2 -

RE:   MARK TWAIN CASE
PROGRESS REPORT OF CSB #21 FOR MAY 1975

6.   ASSIGNMENT OF CONEY ISLAND PUPILS NOT SCHEDULED FOR MARK TWAIN

6.1 Human Relations Committee met on May 21st.  At this meeting the concern
of the members related primarily to the extra funding required to meet
the needs of the newly assigned pupils from Coney Island.  Superinten-
dent Peluso and President Zelon addressed the members of the committee
and the CSB policy statement of May 19, 1975 was distributed. (Exhibits
7 and 8).

6.2 Articulation procedures for current students in Grade 7 of Mark Twain.
Deputy Superintendent Bloch met on May 13th with Principals of Receiving
Middle Schools and 7th grade pupils currently in J.H.S. 239 were assigned.
The special articulation card was utilized and primary consideration was
given to parent preferences in this assignment.  (Exhibit 9).

6.3 The details of the reorganization of the Middle Schools were forwarded to
the Chancellor.  (Exhibit 10).

6.4 Bussing

A conference was held on May 9th relating to the bussing of pupils to
Mark Twain J.H.S. for Gifted and Talented and the bussing out of Coney
Island pupils.  Walter Krauss, Director of Supportive Services, and
George Calvert, Director, Pupil Transportation, met with Superintendent
Peluso,  Deputy Superintendents Bloch and Diamond and Principal Fishen-
feld.  Following the mandate of Chancellor Anker in his letter of 11/13/74,
(Exhibit 11) they agreed to have full bussing schedules available to the
district prior to the end of June.  Information as to the names and address-
es of the pupils involved was sent to Mr. Calvert during May. (Exhibits 12,
13, 14).

6.5 Planning for a series of special workshops for Middle School Administration
personnel continued throughout the month.  On May 1, Mr. Bloch met with
Mrs. Aquila and Rabbi Singer, Community School Board members and general
approval was obtained.  A planning conference which finalized this matter
took place on May 22nd.  (Exhibits 15, 16).

6.6 Elementary schools whose 6th graders are now "zoned" to other middle schools
were sent maps of this zoning.  (Exhibit 17).

6.7 The Community Superintendent was concerned about the future High School
placement of the Coney Island youngsters in the Middle Schools.  He sug-
gested a procedure in a letter to the Chancellor on May 23rd. (Exhibit 18).

THE MARK TWAIN JUNIOR HIGH SCHOOL FOR THE GIFTED AND TALENTED

BERNARD FISHENFELD, PRINCIPAL

PARENTS ASSOCIATION IN-FORMATION MEETING
WEDNESDAY, MAY 14, 1975 at 8:00 P.M.
P. S. 95 AUDITORIUM - 345 Van Sicklen Street

SUGGESTED AGENDA
From Parent Associations and the Schools, published by the office
    of Public Affairs.

1.  Meeting opened by principal.  Introductory remarks.
    Motion called for nominations for temporary chairman.
    Election of temporary chairman.

2.  Temporary chairman assumes chair and announces,
    "The first order of business is the election of a temporary
    secretary."

3.  Temporary chairman explains object of the meeting.

    Open  discussion held concerning formation of association.
    (Parent association or Parent/Teacher Association may be
    discussed at this time.  If not resolved, can be put over
    for next meeting.)

4.  After full discussion, resolution calling for formation of
    organization.

5.  After possible amendments and debate, if resolution is adopted,
    move to form committee to draft a set of by-laws and report at
    subsequent meeting.

6.  Other business.

7.  When no further business, move to adjourn with time and place
    for next meeting announced.

EXHIBIT 1

## THE MARK TWAIN JUNIOR HIGH SCHOOL FOR THE GIFTED AND TALENTED

### BERNARD FISHENFELD, PRINCIPAL

Temporary Office - District 21 - Public School 95
345 Van Sicklen Street
Brooklyn, New York
11223

266 - 1714

* * *

May 22, 1975

Dear Mark Twain Parents:

A meeting of the Ad Hoc Steering Committee for the formation of an association of parents of Mark Twain pupils for September 1975 will be held on Wednesday, May 28, 1975, at 8:00 P.M. in room 231 of P. S. 95.

A constitution and by-laws for the new association are in the process of being developed, and we would appreciate the input of representatives of all schools feeding into Mark Twain.

If you cannot attend the meeting, please submit your suggestions or comments to Mr. Bernard Fishenfeld, District 21, 345 Van Sicklen Street, Brooklyn, 11223, Attention: Constitution Committee.

Sincerely yours,

*Paula Scovasso*

PAULA SCOVASSO
Temporary Secretary
Ad Hoc Steering Committee

*Bernard Fishenfeld*

BERNARD FISHENFELD
Principal

em

EXHIBIT 2

# W E L C O M E

*The New York City Public School System*
*Welcomes You to Its*

CITYWIDE CONFERENCE ON THE GIFTED

*Sponsored by the Astor Program – Gifted Child Studies*
*Office of Educational Evaluation*

*May 8, 1975*

*THE NEW YORK HILTON*
*53rd Street at Sixth Avenue*
*New York, N.Y.*

## CONFERENCE PROGRAM

*Dr. Anthony J. Polemeni, Director*
*Office of Educational Evaluation*

*Dr. Virginia Z. Ehrlich, Project Director*
*Astor Program – Gifted Child Studies*

## BOARD OF EDUCATION OF THE CITY OF NEW YORK

## Mr. Irving Anker, Chancellor

11:00 - 12:30 p.m.          SESSION E:   BRYANT SUITE

    TOPIC:        THE MARK TWAIN JUNIOR HIGH SCHOOL
    CHAIRMAN:     Mr. Bernard Fishenfeld, Principal, The Mark Twain JHS

    QUESTIONS TO BE EXPLORED:
        1.  How did the Mark Twain JHS evolve?
        2.  How was the plan developed?
        3.  What is the philosophy of the school?


* * * * * * * *


12:30 - 2:30 p.m.          LUNCHEON    BEEKMAN ROOM

    GUEST SPEAKERS

        Mrs. Vincent Astor          *President, The Vincent Astor Foundation*
        Mr. Irving Anker            *Chancellor, New York City Board of*
                                        *Education*
        Mr. Michael Kahn            *Director, Shakespeare Theatre Festival*

    HONORED GUESTS

        Hon. Stephen R. Aiello
        Hon. Amelia Ashe                             *Members,*
        Hon. Robert J. Christen                  *Board of Education*
        Hon. Joseph Monserrat

        Dr. Bernard R. Gifford        *Deputy Chancellor*

    MUSIC:   Senior String Quartet
            High School of Music and Art

        Gabriel Kosakoff            *Chairman of Music Department*
        David Fiedler, *Violin*       Jeffrey Jacobi, *Viola*
        Brenda Chieu, *Violin*        Richard Brown, *Cello*

        Playing:  AMERICAN QUARTET by Anton Dvorak

            *Allegro ma non troppo; Lento; Molto Vivace; Vivace, ma non troppo*

4:00 - 5:30 p.m.          CLOSING SESSION:  BEEKMAN ROOM

TOPIC:        WHAT NEXT?   The Future of Education for the Gifted
CHAIRMAN:     Dr. Harvey Garner, Community School Superintendent
              District 18

PARTICIPANTS:
    Mrs. Clara Blackman          Assistant Director, Bureau of
                                 Educational and Vocational Guidance
    Mr. Bernard Fishenfeld       Principal, Mark Twain Junior High
                                 School
    Dr. Harry Milgrom            Director of Science, New York City
                                 Board of Education
    Mr. Roger Ming               Supervisor of Education for the Gifted,
                                 New York State Department of Education
    Dr. Alexander Taffel         Principal, Bronx High School of Science
    Arista Students              High School of Music and Art
    Science Award Winners        Stuyvesant High School
    Panelists                    Students, Bronx High School of Science
    Conference Participants


     We know where we have been.  Whither are we drifting?  Shall
we lend an oar, and direct our course to a better future for the
gifted child?  What can each of us do?

Mrs Grace Yacey
Office of Urban Schools
Wood Frickel by 16647
455- 20

The University of the State of New York
The State Education Department
Albany, New York 12224

75 MAY 27   A10 : 19

Office of the Commissioner
of Education

Friday
May 23
19    75

Mr. Stephen R. Aiello
Member, Board of Education
of the City of New York
110 Livingston Street
Brooklyn, New York  11201

Dear Mr. Aiello:

    You called yesterday about a proposal submitted by
Community School Board 21 on the Mark Twain School.  I
have looked into this matter, and attached is a memorandum
to me from a staff member which gives you the exact details.
I concur in the judgment of the staff.  We simply do not have
enough money to fund all of the worthy programs.

    Warmest personal regards.

                        Faithfully yours,

                        Ewald B. Nyquist

Attachment

P.S.  Repeatedly I have requested funds from the Legis-
lature for racial integration purposes and these have been
denied.  If we had those funds they could have been used
for the purpose for which the Community School Board
wants them.  Title III of Federal funds are for innovative
purposes and not just for racial integration.

**EXHIBIT 4**

Commissioner Nyquist                                    May 21, 1975

Taylor D. Hall

Rating of "Mark Twain Junior High School for the Gifted and Talented"

     Your Phone Call


The subject project proposed to create an exemplary junior high school for
gifted and talented pupils.  The student population will be integrated in
the same proportion as the district, approximately 70 - 30.  Title III
monies were to be used to develop innovative interdisciplinary curricula
based on children's interests and talents, provide visiting faculty
broadly representative of the major ethnicities represented in their
community and publish a quarterly journal which reflects full parti-
cipation in the democratic process on a school, community and city level.

The proposal was reviewed by eight educational specialists and ranked
number 21 out of 103 proposals received in this open competitive round.
It received a score of 69.5, four proposals below those funded.

The proposal itself has merit and could have been funded if the one mil-
lion dollars originally allocated for this round had been available.  As
you know, only $800,000 is now available.

Dr. Scurrah has recommended that strong consideration be given to possible
funding of this program from Fiscal Year 1976 funds with the understanding,
should the results of the first year indicate it, that funding be con-
tinued for a possible three years.



TDH/lmc

cc:  Robert Lamitie
     Mark Scurrah

*Mr. Fishenfeld*

JOB MEETING OF MAY 15, 1975 at J239K

Spec. #518 - 74/75

Barnet Miller- Gen. Super. School Maintenance
Bernard Fishenfeld- Principal Mark Twain J.H.S. for the Gifted & Talented
Jerry D'Orofio- General contracting
N.E.V.        Les
Walter E. Bishop- Custodian Engineer
Selma B. Glachman, Acting Principal
Shirley Greenwald- Secretary

Meeting opened at 9:35 a.m. at which time the contractor was made aware of the Court directive and that the work must be completed before school re-opens in September.  Contractor agreed to complete the job on time, provided that there is no delay in receiving materials such as windows, doors and screens.  The Contractor said he would send a copy listing his suppliers to Mr. Miller so that they could be contacted to insure prompt deliveries.  If there will be any delay, the Contractor must put this in writing stating the reasons.

The painters will begin work on May 26, 1975.  Mr. Bishop, referred to paragraph 2.2 of the Specs. which states that no painting work shall be performed in areas where walls or roofs have not been made water-tight. The work will be begun on the third floor.  Five or six men will start painting and and complete three rooms per day.  They will be working in approximately nine rooms.

Mr. Jerry D'Onofrio will begin work on closing transoms on May 19. Para. 2.10 indicates that only classroom transoms are to be covered.  The school personnel requests that office transoms be likewise covered.  Investigate change over.

K-f3;,,

EXHIBIT 5

**BOARD OF EDUCATION**
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

May 30, 1975

Mr. Karl Svenninson,
Area Manager
Bureau Of Maintenance
49 Flatbush Avenue Extension
Brooklyn, N.Y. 11201

Dear Mr. Sevenninson:

As per my conversation with you to-day in which
you agreed that we may have 3 or 4 schools paint-
ed during the 1975-76 school year, please have
the following schools painted:

        J.H.S.  228
        P.S.     97
        P.S.    177

and the exterior of J.H.S. 239.

Sincerely yours,

Laurence Roebuck
Business Manager

LR:ed

APPROVED: _____
        BARTELO E. PELUSO
        Community Superintendent

cc: Mr. Meyer Wittlin, Principal  JHS 228
    Mr. Robert Coleman, Principal P.S. 97
    Mrs. Selma Glachman, Principal JHS 239
    Dr. Richard Caliendo, Principal P.S. 177
    Mr. Bernard Fishenfeld, District Office
    Mr. Al Moore

May 2, 1975

SUBJECT:   Junior High School 239, Brooklyn-District 21

Mr. Richard J. Martin
Director
Bureau of Maintenance and Operations

Dear Mr. Martin:

Attached are ten (10) copies of a sketch indicating the changes to be made at the subject school as part of Chancellor Anker's directive to fulfill the court's order to intergrate Mark Twain Junior High School.

May we request that this project be given a high priority in an effort to complete the work for the 1975/76 school year.

Very truly yours,


WRM/ms

cc:
Mr. Anker
Dr. B. Gifford
Mr. B. Fishenfeld (w/copy of sketch)
Mr. H. McLaren
Dr. A. Gold
Mr. J. Nestor (w/copy of sketch)
Mr. B. Peluso
Community School Bd.

Dan C. Quesada
Director
Educational Facilities Planning

THE MARK TWAIN JUNIOR HIGH SCHOOL FOR THE GIFTED AND TALENTED

J. H. S 239, BROOKLYN

District 21

PART PLAN — SECOND FLOOR

233

New V A T flooring

Install add'l shelving

Install add'l elec. outlets
for study carolls

231

Break through wall under soffit, and arch  between  Rooms 231
Install 6' vision panel                              & 229

Seal door into
corridor

A    B

Install cabinets with doors & locks

Provide security storage in Room 231

229

227

Remove wall

New V A T florring

223

Install add'l shelving and
electrical outlets

Seal door into corridor

EXHIBIT 7

BARTELO E. PELUSO                                                    DISTRICT 21
Community Superintendent                                            June 4, 1975

DISTRICT 21 HUMAN RELATIONS COMMITTEE

MINUTES:

PLACE:              ROOM #321   DISTRICT OFFICE  345 Van Sicklen Street, Bklyn,N.Y.

TIME:               7:15 PM

DATE:               MAY 21, 1975

ATTENDANCE:

|  |  | Affiliation |
|---|---|---|
| Marsha Edelman | UFT | P80 |
| Joseph Janovsky | Principal | P80 |
| Peter Rodriguez | Educational Assist. | P.U.B.E. |
| Joyce De Pena | Educational Assistant | P.U.B.E. |
| Sally Musoff | School Aide | P.329-188 |
| Eileen Zaglin | Guidance | P.188 |
| Lila Hochman | School Aide | P.188 |
| Anna Kaplan | Principal | P.238 |
| Ginger Freedman | Member | C.S.B. 21 |
| Abe Cohen | Member | C.S.B. 21 |
| Bernard Fishenfeld | Principal | JHS 239 |
| Ira Horowitz | Member | C.S.B. 21 |
| Irving Lubiner | School Aide | Grady H.S. |
| Rita Leonardo | P.T.A. | JHS 239 |
| Irwin Grossbard | Principal | P.329 |
| Fran Osterberg | P.T.A. Pres. | P.99 |
| Betty Jane Krani | P.T.A. | P.99 |
| Harold Hashinsky | Chapter Chairman | P.99 |
| James B. Downing | Principal | P.99 |
| Bill Cook | Inter.Group Relations UnitConsultant | |
| Lenore Nechamkin | PTA, Pres. | I.S.96 |
| Meyer Wittlin | Principal | J.228 |
| Fran Shapiro | PTA, Pres. | J228 |
| Ralph Tarantino | Member | C.S.B. 21 |
| Martin Gross | Dist. Rep. | UFT. |
| Louis Del Vecchio | Principal | J.43 |
| Donald Weber | Member | C.S.B. 21 |
| Herman J. Caponi | Member | C.S.B. 21 |
| Stan Kanter | Teacher | J.228 |
| Steve Porter | Teacher | J.303 |
| Evelyn J. Aquila | Member | C.S.B. 21 |
| Steven A. Solomon | Chapter Chairman | P.238 |
| Stanley H.Bloch | Deputy Superintendent 21 | |
| Allen H. Zelon | PRes. | C.S.B. 21 |
| Bro. Jack San Filippo | Pastor | C.I.G.A. |
| Marion Nagler | Member | C.S.B. 21 |
| Bartelo E. Peluso | Superintendent District 21 | |
| Antoinette Fatafio | PTA | P.101 |
| Sylvia Pryor | PTA | P.329 |
| Chas. Smallwood | Human Relations Assistant District 21 | |

EXHIBIT 8

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 17 of 106 PageID #: 288

MINUTES:   May 21, 1975

Meeting began at 7:15p.m. with reading and correction of minutes of April 25, 1975.
Corrections:  Add statement by Mrs. Shapiro that the Transit Authority conducts
Special Education Classes for its personnel with Board of Education Funds.  Correct
position of Dr. Anello to Principal of P.S. 188 instead of teacher.  Minutes approved
with necessary corrections, unanimously.

1. Mr. Zelon pointed out that the Board had not been able to articulate with
   the Human Relations Committee as extensively as it would have desired.
   Nevertheless the Board did read and discuss all material submitted by the
   Human Relations Committee.  He noted the present of many members of the
   Community School Board including Mrs. Nagler, Mrs. Aquila, Mrs. Freedman,
   Rabbi Singer, Mr. Cohen and also some members-elect Mr. Horowitz, Mr. Weber,
   Mr. Caponi, and Mr. Tarantino.  Mr. Zelon expressed thanks for the time and
   effort put in by all.  A word of welcome was extended to all.

2. Mr. Peluso expressed his appreciation for the work done by the Human Relations
   Committee.  He noted the Committee's desire for a commitment in writing
   from the Community School Board.  The letter (see attached) To: Members
   of Human Relations Committee.  From:  Community School Board District 21K
   dated 5/19/75 was discussed.  Mr. Peluso:  Corrective reading - the number
   of teachers per school will vary depending on need.  Mr. Peluso pointed
   out that he recognized that the allotments were inadequate but it was the
   best available under the budget circumstances. Mr. Wittlin wanted to know
   how would the current 9th grade now in testing be affected?  Mr. Peluso
   answered that all numbers will be included.  The program was not designed to
   handle all pupils at the same time.
   Mr. Peluso:  Class size - The class size will depend on a number of factors.
   Average class size may assumed to be at 31.
   Mr. Zelon:  Class size as well as other allotments result from a number of
   factors which must be considered, including principal's priorities, other
   teacher assignments, etc.
   Mr. Wittlin:  Noted that it is important to maintain on-going consultation.
   Mr. Peluso in responding to an inquiry by Dr. Kaplan stated that fractional
   positions may be  coalesced into a position depending on the circumstances.
   Mr. Zelon:  In response to a question said that the numbers for class size
   are representative for teachers or allotments to school.
   Mr. Peluso:  The Central Board has made a tentative allocation based on class
   size of 33 for the moment.  The local board is trying for class size of 31.
   The local board assumes that all services will leave 239 to follow the child.

DISTRICT 21 HUMAN RELATIONS COMMITTEE                                    Page 3

MINUTES: May 21, 1975

Mr. Downing:  Inquired about inclusiveness of term "Middle School".

Answer:  Middle schools of District 21K include I.S., J.H.S., and K-8 schools.

Mr. Del Vecchio:  "Smaller classes will demand funds from other areas."

Mr. Zelon was asked to comment.

Mr. Zelon:  I cannot comment except to say that the Human Relations Committee has sent its priorities to the Local Board.

Mr. Del Vecchio:  "The Local Board doesn't know where the funds are coming from?"

Mr. Zelon:  "Yes, we are robbing Peter to pay Paul"

Mr. Peluso:  "Priorities must prevail."

Mr. Del Vecchio:  Pointed out that we have a situation of plenty of machines and no paper.  He wanted to know who is responsible for this type of allocation?

Mrs. Friedman:  Stated that we all must work on the problem.  It is a state legislature problem.

Brother Jack:  Addressing the board - How much money available to make both sides of the coin work?

Mr. Zelon:  The number of children divided by the constant 31 will generate the number of teaching positions - allowing a variation of 4 pupils or so.

Therefore, real class size should vary from 28 to 31.  The average teachers' salary is $17,000.

Mr. Wittlin:  It seems as if the cost will average out.  There will be such items as attendance service - who will establish priorities?

It was pointed out that the Superintendent and Principals will work out the priorities together.

Steve Porter:  Inquired as to the nature of Title VII programs - Mr. Peluso:  These include tutorial, Athletic and Non-Athletic.  The school will make decisions as to what it wants.  Maybe a quarter of million dollars are available in this area.

1.  Mr. Bloch:  Assignment of pupils:  A questionnare providing for the indication of choices of schools for all current 7th grade pupils now at Mark Twain has been sent out.  70% of parents responded.  Provisions for siblings were allowed. Spaces have been assigned.  Certain menor changes will necessitated.

2.  A meeting was held with the transportation authorities.  Names and addresses have been submitted.  The Central Board's commitment has been re-affirmed. It is expected that information on bus stops will be mailed to Coney Island parents by the middle of June.  A second mailing is planned just prior to the opening of school, Sept. 75.  It may be possible to have a second bus pick up around 4:00 P.M. for those pupils participating in extra-curricula activities.

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 19 of 106 PageID #: 290

MINUTES: May 21, 1975

   2(continued)

A tally is now being made to determine the number of pupils wanting passes for public transportation. However, it is not likely that both buses and passes can be provided. Example (Dr. Landers) a certain number of passes may eliminate the need for a bus.

A list of community Agencies of Coney Island will be provided for all Middle Schools. The possibility of securing contract buses for outgoing children (C.I.) to visit receiving schools this school year will be examined.

Mr. Wittlin urged that the Human Relations Committee continue.

Mr. Zaglin: recommended that teachers of receiving schools visit Coney Island school community.

Workshops will be planned.

It was recommended that an opportunity be provided for representative youths of both groups have an opportunity to meet.

Mr. Cooke: Tentative Plans for an EASA program to better inter-group relations are underway.

Dr. Kaplan: Noted that the internal movement of C.I. children will not be bad unless we have a large number of Junior High School children moving into the Coney Island area.

Brother Jack: Said that he is concerned that the Coney Island children get all that is coming to them. That out of 575 children expected at Mark Twain only 74 are from Coney Island. He asked whether the 6th grade for next year will provide any greater number. He stated that the Local Community School Board must consider particular programs which would enhance the chances of a greater number of children of Coney Island to become eligible for Mark Twain.

Mr. Gross noted that the School Board is relying too much on the Chancellor. The School Board must go to the Judge now and let him know our problems as they relate to fiscal matters. Get the Judge should be involved now for an absolute money commitment before trouble starts. When trouble starts money will come. He thinks that the Committee and the Board should discuss this but not publicly at this time.

Mr. Wittlin: Noted that he understood that the highest average class size to be 31. There was a discussion concerning the above statement by Mr. Gross. A resolution to the Community School Board was then drafted. See attached. The same was to be delivered to the School Board that evening by Mr. Gross.

Brother Jack indicated that he resented the fact of the meeting to night. He thought that the Board would be available for the total meeting. He felt that he has been manipulated. He stated. He stated that the Coney Island children must have their share.

DISTRICT 21 HUMAN RELATIONS COMMITTEE                                PAGE 5

MINUTES:   May 21, 1975

Whether the Middle Schools well get certain services at the expense, for example,

of a dean or counselor, etc?

Date of the next meeting will be announced.

**THE CITY OF NEW YORK**
**BOARD OF EDUCATION**
**COMMUNITY SCHOOL BOARD**
**DISTRICT 21**

BARTELO E. PELUSO
*Community Superintendent*

345 *Van Sicklen Street*
*Brooklyn, N. Y. 11223*
*Tel. 449-4100*

MEMBERS

ALLEN H. ZELON, *President*

SELMA K. APFEL, *Vice-President*

M. GINGER FREEDMAN, *Secretary*

LEONARD J. MAZZARISI, *Treasurer*                                        May 19, 1975

EVELYN J. AQUILA

ABRAHAM COHEN

MARIAN NAGLER

PHILIP H. SINGER

To:      Members
         Human Relations Committee

From:    Community School Board
         District 21K

     We take this opportunity to express our appreciation to each of you for helping us by working on this Committee. Community School Board 21 recognizes that the success of the Mark Twain School for the Gifted and Talented will depend, also, upon the acceptance of the children leaving Coney Island in their new schools. Be assured that the School Board will take every possible step to make this Plan work. We know that your continued help is vital in this endeavor. We also want to assure you that we will make every effort to provide services and funds from the District Tax Levy Budget, and we will insist that the Board of Education and the Chancellor help us in this funding. We are also prepared to appeal to the Judge if necessary. As you know, we have already submitted several proposals for Federal funding and will press to have these approved.

    As Mr. Peluso reported to you, the reports of the Curriculum Subcommittee and of the Staff Development and Training Subcommittee were accepted. The Committees are to be complimented. Regarding the Staff development report, we are working with representatives of the Board of Education and the State Education Department in arranging training sessions for staff and "rap" sessions for the children of the sending and the receiving schools. These plans will be discussed at length with staff.

    With regard to the report of the Special Services Committee, the Community School Board is committed to providing support service to the greatest extent possible. It should be understood, however, that our limited resources and the City's will not permit us to do everything we would like to. Nevertheless, we want to state for the record that services will follow the children both in Tax Levy and in Federal funds. Some of the specific services we will provide are as follows:

EXHIBIT 9

continued -                        (Page 2)                        May 19, 1975

**Corrective Reading:** Allotment will be on the basis of total number of children in the school below minimum competency in reading (N.Y. State) in the approximate ratio of 1 position for every 150 pupils in this category.

**Class Size:** Within budgetary limits, we will maintain an average class size of 31 for children following the normal feeder pattern. For those children who will be coming from Coney Island, we will provide a class size allotment of 28.

**School Community Coordinator:** A basic allotment will be provided as follows: 6/10 position to I.S. 96, J-228, and J-281.....4/10 position to J-43 and J-303..... 2/10 position to P-99 and P-238. (If our E.S.A.A. proposal is funded, full positions will be made available).

**Attendance Service:** An attendance teacher will be assigned to each intermediate and junior high school. P.S. 99 and P.S. 238 will share an attendance teacher. The teacher will be responsible primarily for attendance matters in the junior high school and service, secondarily, the elementary feeder schools.

**Pupil Personnel Services:** 4/10 positions to be included in the allotment of each middle school.

**Security Guards:** 14 hours per day will be provided to J-43, I.S. 96, J-228, J-281, and J-303. Ten hours per day will be provided to P-99 and P-238.

We have applied for Bilingual and E.S.A.A. programs. If granted, we shall, in proportionate share, be able to make some services and positions available. (It should be understood that actual allotments will depend on the degree of funding received).

The proposals of the Bilingual and E.S.A.A. programs are:

PROGRAMS THAT HAVE BEEN APPLIED FOR BUT NOT YET ACCEPTED OR FUNDED
Title VII - Bilingual Proposal: 3 Bilingual Resource Teachers, 1 Bilingual Guidance Counselor, 3 Bilingual Educational Assistants, 1 Bilingual Family Worker.

Title VII - E.S.A.A. Proposal: 1 School Community Coordinator in each middle school, 1 Guidance Counselor in each middle school, 3 Family Assistants, 3 Educational Assistants, 1 Reading Specialist, 1 Mathematics Specialist in each middle school. After-school programs - 3 days a week in each school.

MARK TWAIN JUNIOR HIGH 239  7TH GRADE ARTICULATION SHEET
(THIS SHEET IS TO BE FILLED IN BY THE SEVENTH GRADE OFFICIAL
TEACHER UNDER THE GUIDANCE COUNSELOR'S DIRECTION.  PRINT ALL
ENTRIES EXCEPT SIGNATURE)

CHECK ONE_____BOY_____GIRL  DATE OF BIRTH_____  OFFICIAL CLASS_____

1._____
      Last Name                    First              Middle

2._____
      Home Address          Floor/Apt.#    Boro & Zip   Home Tel. No.

3._____
      Last Name of Father or Guardian   First   Last Name of Mother   First
                                                        or Guardian

4. Attendance between: Sept. & June 1974  Days Present_____ Days Absent_____

                       Sept. & Mar.31'75  Days Present_____ Days Absent_____

5. Pupil was retained in grade_____.  Pupil was not retained_____

6. Does pupil require placement in English As A Second Language class?_____
   If yes, give pupil's native language:_____
   Date of entry into the New York City public school system_____

7. Check if pupil needs remedial work in:

     (   ) Reading        (   ) Speech      (   ) Math   (   ) Other_____

8. Is the pupil presently taking a foreign language? (   ) yes  (   ) no
   If yes, which language_____

9. Check to indicate recommended placement:

     (   ) Regular Classes
     (   ) Special Talent Classes in (   ) Art  (   ) Music  (   ) Other_____
         Level of Talent  (   ) Beginning  (   ) Intermediate  (   ) Advanced.

10. Does pupil have significant physical defects? (   ) Speech  (   ) Seizures
    (   ) Vision  (   ) Hearing  (   ) Allergies  (   ) Orthopedic  (   ) Cardiac
    (   ) Other_____

11. State pupil's specific aptitudes, interests and abilities, school services
    rendered and other information which will aid the J.H.S. in placing and
    programming the pupil.  _____

    _____

    _____

12.                      MOST RECENT TEST DATA

| Name of Test | : | Date | : | Taken in Grade | : | Results (Grade Equivalents) |
|---|---|---|---|---|---|---|
| * Reading | : | | : | | : | Voc._____ Par._____ Average |
| * Mathematics | : | | : | | : | Total _____ |
| Other Tests | : | | : | | : | |

    If above test results are at a variance with pupil's performance,
    please explain._____

    * No test data below grade 6.

EXHIBIT 10

13.

| SUBJECT | SECOND QUARTER RATING |
|---|---|
| MOST RECENT REPORT CARD GRADES* | |
| English | |
| Social Studies | |
| Mathematics | |
| General Science | |
| Foreign Language – Spanish ( ) French ( ) | |
| Fine Arts – Required | |
| Major Art | |
| Music – Required | |
| Major Music: Instrumental ( ) Vocal ( ) | |
| Physical Education | |
| Major Shops: 1. 2. | |
| Additional Courses (other) | |

*Grade of 39 indicates truancy.

14. Teacher's additional comments: _____

_____

_____

_____

15. Is there the possibility of holdover? ( ) yes ( ) no

If yes, what are the indications. _____

_____

_____

16. Guidance Counselor indicate if pupil has significant personal or social needs.

_____

_____

_____

Steven Baker
Natalie Seidman          266 - 8473
Guidance Counselors     Guidance Phone No.     Teacher's Signature

_____
                                        Approved

BOARD OF EDUCATION
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

May 2, 1975

Mr. Irving Anker,
Chancellor
Board of Education
110 Livingston Street
Brooklyn, New York 11201

Dear Chancellor Anker:

Enclosed are the details of a zoning proposal to establish J.H.S. 239 as Mark Twain Junior High School for the Gifted and Talented.

This proposal is in consonance with the order of Judge Jack B. Weinstein, Federal District Court, to reorganize the Middle Schools of District 21, so as to establish an ethnic ratio of approximately 70-30 in Grade 7 for the School Year beginning in September 1975.

Very truly yours,

BARTELO E. PELUSO
Community Superintendent

ALLEN H. ZELON
President,
Community School Board 21

hb

cc: Mr. Alfredo Mathew, Jr.
Community School District Affairs

Mr. Joseph Elias
Central Zoning

Mr. Roy Sapin
Central Zoning

EXHIBIT 11

BARTELO M. PELUSO                                      DISTRICT 21
Community Superintendent          Page 1           May 2, 1975

SUBJECT OF REPORT:

       The rezoning and reorganization of Junior High School 239 as a school
for the gifted and talented.

COMMENT:

       As a consequence of these changes the mandate of Judge Jack B. Weinstein,
United States District Court, will be met.

SCHOOLS INVOLVED:

       P.S. 80, 188, 288, 329, J.H.S. 43, 228, 281, 303, 239, I.S. 96, P.S.99, 238

EFFECTIVE DATE - SEPTEMBER 1975
APPROXIMATE NUMBER OF PUPILS INVOLVED:

| Incoming Grade 7 | School | | School | Number of Pupils |
|---|---|---|---|---|
| From: | P-80 | To: | J-239 | 10 |
| | P-80 | | J-228 | 84 |
| | P-188 | | J-239 | 24 |
| | P-188 | | P-99 | 25 |
| | P-188 | | P-238 | 24 |
| | P-288 | | J-239 | 20 |
| | P-288 | | IS-96 | 72 |
| | P-329 | | J-239 | 10 |
| | P-329 | | J-43 | 52 |
| | P-329 | | J-281 | 52 |
| | | Total..................| | 373 |

ORIGIN OF PROPOSAL:

       Order of Judge Jack B. Weinstein, Federal District Court dated
July 26, 1974.

CHANGE IN ZONE LINES: ____X____     AND/OR REORGANIZATION:____X____

    COMPOSITION OF SCHOOLS:

       ETHNICS BEFORE IMPLEMENTATION

| Incoming Grade 7 | Minority | O | T | % Min. | % O |
|---|---|---|---|---|---|
| JHS 43 | 73 | 267 | 340 | 31 | 69 |
| 96 | 108 | 463 | 571 | 19 | 81 |
| 99 | 23 | 105 | 128 | 18 | 82 |
| 228 | 67 | 349 | 416 | 16 | 84 |
| 238 | 25 | 92 | 117 | 23 | 80 |
| 281 | 123 | 448 | 571 | 36 | 64 |
| 303 | 93 | 288 | 381 | 25 | 75 |

BARTELO E. PELUSO                                    DISTRICT 21
Community Superintendent          Page 2            May 2, 1975

### PROJECTED ETHNICS AFTER IMPLEMENTATION

| Incoming Grade 7 | Minority | O | T | % Min. | % O |
|---|---|---|---|---|---|
| J-43 | 104 | 204 | 308 | 34 | 66 |
| IS-96 | 155 | 421 | 576 | 27 | 73 |
| PS-99 | 52 | 111 | 163 | 32 | 68 |
| J-228 | 129 | 317 | 446 | 29 | 71 |
| PS-238 | 45 | 91 | 136 | 33 | 67 |
| J-281 | 157 | 362 | 519 | 30 | 70 |
| J-303 | 70 | 153 | 223 | 31 | 69 |

### ETHNICS BEFORE IMPLEMENTATION
### INCOMING GRADE 8

| | Minority | O | T | % Min. | % O |
|---|---|---|---|---|---|
| J-43 | 136 | 216 | 352 | 39 | 61 |
| IS-96 | 94 | 405 | 499 | 19 | 81 |
| PS-99 | 14 | 97 | 111 | 28 | 72 |
| J-228 | 56 | 302 | 358 | 16 | 84 |
| PS-238 | 21 | 74 | 95 | 32 | 68 |
| J-281 | 104 | 425 | 529 | 20 | 80 |
| J-303 | 201 | 244 | 445 | 45 | 55 |

### ETHNICS AFTER IMPLEMENTATION
### INCOMING GRADE 8

| Receiving School | No. Pupils from J-239 | No. Minority | No. Other | Total | % Other |
|---|---|---|---|---|---|
| J.H.S. 43 | 0 | 136 | 216 | 352 | 61% |
| I.S. 96 | 75 | 169 | 405 | 574 | 71% |
| P.S. 99 | 25 | 39 | 97 | 136 | 71% |
| J.H.S.228 | 65 | 122 | 302 | 424 | 71% |
| P.S.238 | 10 | 31 | 74 | 105 | 70% |
| J.H.S.281 | 40 | 157 | 363 | 520 | 70% |
| J.H.S.303 | 0 | 201 | 244 | 445 | 55% |
| Total....... | 215 | | | | |

Note: Within the framework of available spaces and the need to maintain racial
balance, parents will be given certain options regarding placement of
their children in the 8th Grade.  Parents will be asked to indicate their
order of preference among the following: a) I.S. 96, b) P.S. 99/238 and
c) J.H.S. 228/281.

BARTELO E. PEIUSO                                    DISTRICT 21
Community Superintendent          Page 3            May 2, 1975

### BUILDING UTILIZATION AFTER IMPLEMENTATION

|        | CAPACITY | ESTIMATED REG. 9/75 | % Utilization |
|--------|----------|---------------------|---------------|
| J-43   | 1628     | 1141                | 70            |
| IS-96  | 1532     | 1596                | 104           |
| PS-99  | 1078     | 878                 | 81            |
| J-228  | 1641     | 1412                | 86            |
| P-238  | 1197     | 903                 | 75            |
| J-239  | 1754     | 589                 | 34            |
| J-281  | 1534     | 1665                | 109           |
| J-303  | 1623     | 1131                | 70            |

### COMMUNITY SCHOOL BOARD ACTION:

Community School Board District 21 voted unanimously to approve this resolution on Wednesday, April 23, 1975 (copy of meeting agenda attached. Minutes to follow)

### PARENT GROUPS:

The parents of the pupils involved have been consulted with respect to this change.

1. P.A. Presidents meeting on 4/11/75 at P.S. 95 at 1 P.M.

2. Public Hearing 4/16/75 - 8:30 P.M. - P.S. 95

3. Public Hearing 4/23/75 - 2:00 P.M. - J.H.S. 239

### COMMUNITY SUPERINTENDENT ACTION:

The Community Superintendent was involved in the steps leading up to the Community School Board resolution of April 23, 1975.

### COMMENTS:

1. In September 1975 J.H.S. 239 will become the Mark Twain J.H.S. for the Gifted and Talented with an estimated register of 575 - ethnic ratio will be approximately 70% Others - 30% Minority.

2. In September 1975 J-239 will have 7th Grade only.

3. The present 7th grade students at J.H.S. 239 will attend other intermediate and junior high schools in District 21.

4. Graduates of P.S. 80, 188, 288, 329 will be assigned to K - 8, Intermediate and Junior High Schools other than J-239 (except for gifted and talented students.)

5. For 7th Grade September 1975:

   P.S. 80 will feed J.H.S. 288
   P.S. 288 will feed I.S. 96
   P.S. 188 will be split numerically, (approximately 50-50) between P.S. 99 and P.S. 238.
   P.S. 329 will be split numerically (approximately 50-50) between J.H.S. 43 and J.H.S. 281.

6. Mark Twain Junior High School for the Gifted and Talented will be unzoned.

BOARD OF EDUCATION
## COMMUNITY SCHOOL BOARD
### DISTRICT 21

BERTELO E. PFLUNO
Community Superintendent

345 Van Sicklen Street
Brooklyn, N. Y. 11223
Tel. 449-4100

MEMBERS
JOHN H. ZELON, President
LILA K. APFEL, Vice-President
M. CLAIRE FRIEDMAN, Secretary
EDWARD J. MAZVARIS, Treasurer
EUGENE J. AQUILA
ABRAHAM COHEN

SALIAN NAGLER
LEROY H. SINGER

April 16, 1975

COMMUNITY SCHOOL BOARD  -  PUBLIC MEETING

Wednesday  -  April 23, 1975  -  8:30  p.m.

Public School 95
345 Van Sicklen Street
Brooklyn, N. Y.  11223

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### A G E N D A

1) President's Report

2) Superintendent's Report

3) RESOLVED, That Hyman Bravin, attorney for Community School Board 21
   in the case of Hart vs. Community School Board 21, be authorized and is
   hereby directed to file a Writ of Certiorari with the Supreme Court of
   the United States to review the decision of the U.S. Court of Appeals -
   Second Circuit.

4) RESOLVED, That Tenure or Completion of Probation be granted to certain
   personnel.  List of names available at Public Meeting.

5) Vote on the acceptance of 1974-75 E.D.E.A. Title III grant from the
   State Education Department in the amount of $29,560.

6) Vote on District 21 Emergency School Assistance Act Proposal.

7) Vote on District 21 Title III E.S.E.A. Proposals -

   A) Mark Twain School for the Gifted & Talented

   B) Developing & Improving Children's Environment
      Through Industrial Arts Modules

8) Vote on Zoning Changes for Middle School Assignment of

   1) Graduates of P.S. 80, 188, 288 and 329

   2) Present Grade 7 Students of J.H.S. 239

   All to be effective September 1975.

9) Progress Report - Mark Twain School for the Gifted & Talented.

10) Committee Reports

11) Good & Welfare

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Requests for speaking time should be made to Mrs. Ida Corato, 449-4100, no later than
4:00 p.m. on the day of the meeting.  It is requested that all speakers limit their
presentation to three minutes and submit written copies of their comments to the
secretary after they speak.

PUBLIC HEARING - 4/10/75 - 8:30 p.m.

Mr. Zelon called the meeting to order at 8:45 p.m.

He stated that he would like to make it clear that this is a Hearing concerning the preposed zoning changes recommended by the Superintendent to the School Board. The zoning changes will be a matter for the Public Meeting next week, and the school board will meet after this Hearing tonight in order to discuss the recommendations made by the people who will speak to us tonight. It is not a meeting during which the school board intends to or can legally act. Mr. Zelon stated that one speaker had called for speaking time - and then he will call on anyone who wishes to make a statement.

Bertha Zimmerman was the person who called for speaking time. Her brief is attached.

Mr. Zelon then asked if anyone representing an organization wished to make any statements. Nancy Rodstein, representing the P.A. of J.H.S. 43 spoke. Her brief is also attached.

B. Alfant - Co-President - JHS 303: Had no prepared statement. Didn't think it would be necessary. Problems are very well known throughout the District. 303 has the best equipped middle school in the District. In all probability within the next three years we will be the most under-utilized school in the District. We only have 3 feeding schools and are probably loosing most students to Mark Twain. What we ask for is this - we have a very small 7th grade coming in. We are asking for an immediate rezoning for more feeding schools into 303 so that we can utilize this school to the greatest extent.

L. Deninson (281): Had no prepared statement. He said his statements are a consensus of opinion he received over the phone. 281 looked over the proposals and they find that as long as the percentages are going to be equitable and that the funds travel with the students, we will accept the proposal as it is.

Mr. Zelon asked if there were anyone representing a group who wished to speak - there were none.

Mr. Zelon asked if anyone else wanted to speak. Mrs. Frances Shapiro, speaking as a parent, asked about the CRMD children from Park Twain. Mr. Zelon told her that the supervisor of CRMD, Mr. Howard Jevens, said he has been working closely with his Forum and to date, has nothing to report. The Human Relations Committee has made certain recommendations, but we have no definite answer as to where these CRMD children will be placed.

Mr. Zelon adjourned the meeting at 9 p.m.

Respectfully submitted,

Lia Cerato, Secretary to the
Community School Board

BOARD OF EDUCATION
OF THE CITY OF NEW YORK
110 LIVINGSTON STREET
BROOKLYN, N.Y. 11201

IRVING ANKER
CHANCELLOR

November 13, 1974

Mr. Allen H. Zelon, President
Community School Board #21

Mr. Bartelo E. Peluso
Community Superintendent
Community School District #21
345 Van Sicklen Street
Brooklyn, NY  11223

Dear Mr. Zelon and Mr. Peluso:

    This is in response to your letter of November 7, 1974, requesting
confirmation of the assistant to be given by the Office of the Chancellor
for the conversion of Mark Twain Junior High School into a school for
gifted children as provided for in your District's plan and the July 26, 1974,
order of the Court in the <u>Hart</u> case.

    As I stated to you at our meeting of October 7, 1974, I had instructed the
Division of High Schools to make arrangements, in consultation with your
District, for the high schools to receive the present 8th graders at Mark
Twain in the Fall, 1975 term.  I have discussed this matter with Mr. Polatnick
and have made clear to him the responsibility of the High School Division to
make plans to receive the present eighth grade next Fall.  Mr. Polatnick and
the High School Superintendents involved will be working with your District in
formulating these plans.

    In my letter to you of October 9, 1974, I informed you that Mr. Alfredo
Mathew, Jr. and his staff would be working with your District in developing
for me the alternative zoning plan which the Chancellor is required to provide
by January 1, 1974, to the Court.  Mr. Walter Kraus, Director of Supportive
Services will be responsible for developing the bus schedules required by the
Court's order.  I have asked Mr. Kraus to contact your District in order to
work out appropriate transportation arrangements necessary for implementation of
your District's plan for the school for the gifted--both to transport pupils
to the school and to provide transportation for pupils leaving the area of the
school to attend other middle schools of your District.

    Finally, I have directed Dr. Edythe Gaines to attempt to secure additional
funding to assist your District in implementing the development of and
transition to the new school at Mark Twain.  While such funding will not be
a large amount, I am reasonably confident that a small sum can be made available
as "seed money" for these purposes.

-2-

    I trust that the above information will help to clear up whatever
misunderstandings may have arisen.

Sincerely,

IRVING ANKER
Chancellor

IA:tb

cc:   Members, Community School Board #21
      Mr. Polatnick

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 32 of 106 PageID #: 303

BOARD OF EDUCATION
OF THE
CITY OF

May 16, 1975

Mr. George H. Calvert,
Director of Transportation
Bureau of Pupil Transportation
Board of Education of the
City of New York, N.Y.

Dear Mr. Calvert:

Transmitted herewith are two copies of names
and addresses of pupils in Grade 7 & J.H.S. 259 who will be
transported by contract bussing to the other public schools of
District 21.

I enclose the numbers of pupils:

| School | Number of Pupils |
|--------|------------------|
| To: J.H.S. 43 | 8 |
| I.S. 96 | 69 |
| P.S. 99 | 89 |
| J.H.S. 259 | 76 |
| P.S. 223 | 35 |
| J.H.S. 239 | 69 |
| Total | 374 |

The names and addresses of:

1.  Grade 6 pupils from Coney Island
    Elementary Schools going to other
    District 21 Middle Schools.

2.  Pupils who will be entering Grade 7
    of the new Mark Twain J.H.S. for the
    Gifted & Talented

will be sent to you early next week.

Very truly yours,

STANLEY F. BLOCH
Deputy Superintendent

SHB:bb

cc: Mr. Bartolo E. Pelesc, Community Superintendent
    Mrs. Shirley Gunn, Office of Community School District Affairs
    Principals of J.43, 239, 259, 223, I.S. 96, P.S. 99 & 239

EXHIBIT 13

**BOARD OF EDUCATION**

OF THE

**CITY OF NEW YORK**

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT (ACTING)

TEL. 206-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
348 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

May 22, 1975

Mr. George M. Calvert
Director of Transportation
Bureau of Pupil Transportation
42-15 Crescent Street
Long Island City, New York 11101

Dear Mr. Calvert:

Enclosed are two copies of the lists of names
and addresses of pupils currently in grade 6 who
will be admitted in September 1975 to the Mark Twain
Junior High School for The Gifted and Talented located
at 2401 Neptune Avenue, Brooklyn, New York 11224.

I have also enclosed a summary of the number of
pupils first from schools in district 21 and secondly
from areas outside this district.

I shall keep your office informed as to changes
that occur in the future.

Very truly yours,

STANLEY H. BLOCH
Deputy Superintendent

em
Enclosures

cc: Mr. Bartelo E. Peluso, Community Superintendent
Mr. Bernard Fishenfeld, Principal, M. T. J. H. S.

EXHIBIT 14

BOARD OF EDUCATION
OF THE
CITY OF NEW YORK

LIVINGSTON E. FEDORO
COMMUNITY SUPERINTENDENT

Tel. 260-1714-5-6-7

SCHOOL DISTRICT 21
BROOKLYN, N.Y. 11223

, 1975

Mr. George Calvert
42-15 Crescent Street
Long Island City, N.Y.  11101

Dear Mr. Calvert:

Enclosed is the list of names and addresses of current
6th Grade pupils in the elementary schools of the Coney
Island Peninsula (PS 80, 188, 288, 329) and the middle
schools which they will be attending in September 1975.

| SCHOOLS | NUMBER OF PUPILS |
|---------|------------------|
| JHS 43  | 32               |
| IS 96   | 102              |
| IS 228  | 30               |
| JHS 228 | 85               |
| IS 228  | 14               |
| JHS 281 | 37               |

301.

Sincerely,

STANLEY H. BLOCH
Deputy Superintendent

SHB:cd

EXHIBIT 15

BARTELO E. PELUSO                          DISTRICT 21
Community Superintendent                   May 2, 1975

Memorandum To Mr. Peluso

From: Mr. Stanley Bloch

\*         \*         \*         \*         \*         \*         \*

    This memorandum formalizes my verbal report to you yesterday on my meeting with the Community School Board Committee of Mrs. Aquila and Rabbi Singer regarding plans for the middle school integration.

    With respect to the Widman memo, they approved its implementation with the deletion of the mass meetings and an emphasis on the use of neighborhood resources such as merchants, community leaders.

    With respect to the Sobel-Warfield workshops, they also approved these with the specific direction that they be organized for professionals only (no parents) and that the tone of the workshops be as positive as possible.  I informed them that a letter of intent _would go out_ to Sobel and Warfield and that at the next Planning Conference for these workshops I would see that they were invited.

STANLEY H. BLOCH
Deputy Superintendent

SHB:hb

cc: Mrs. E. Aquila
    Rabbi Singer
    Mr. Zelon

EXHIBIT 16

BARTELO E. PELUSO
Community Superintendent

DISTRICT 21
May 16, 1975

Memorandum to:

        Principals of J.H.S. 43, 228, 239, 281, 303
                I.S. 96
                P.S. 99, 238

        *        *           *        *        *

      On April 29, 1975, a meeting was held in the District Office with Dr. Morton Sobel, Division of Intercultural Relations of the State Education Department and Messrs. Wallace Warfield and Michael Hernandez, Community Relations Service, U.S. Department of Justice. Plans were discussed regarding a series of workshops for middle school supervisors and key staff. Mr. Meyer Wittlin, Principal of Boody J.H.S. 228 and Dr. Anna Egan, Principal of P.S. 238 were present at this meeting as representative middle school principals.

      Middle school principals (or an assistant principal representing them) are invited to attend a follow-up conference on Thursday, May 22 at 10 A.M. at the District Office. Mr. Irving Nidan, Assistant Administrative Director of Intergroup Relations Unit will also be present. At the conference, final plans will be set for these workshops.

                        Very truly yours,

                        STANLEY H. BLOCH
                        Deputy Superintendent

SHB:hb

APPROVED:

              BARTELO E. PELUSO
              Community Superintendent

EXHIBIT 17

BARTELO E. PELUSO                                    DISTRICT 21
Community Superintendent                             May 27, 1975

Memorandum To:
                P.S. 80, 99, 100, 188, 288, 329, 238
                I.S. 96
                J.H.S. 43, 228, 281, 303, 239, Mark Twain J.H.S. for the
                                              Gifted & Talented

Ladies and Gentlemen:

              Enclosed is a map of the Coney Island Peninsula.

              This map indicates the zones for the assignment of

elementary school pupils to middle schools upon their completion of Grade 6.

              It will also be used for the assignment of Grade 7, 8 &

9 pupils who move to Coney Island after June 30, 1975.

BEP:SHB:hb                                     BARTELO E. PELUSO
                                            Community Superintendent

                                            EXHIBIT 18

P.S. 238
P.A. 238 (a)

J.H.S. 242
P.S. 99

J.H.S. 43

J.H.S. 228

J.H.S. 281
I.S. 303
I.S. 228
100 I.S.

Public 1946

MAY 7 1975

W.J. McCROE

Coney

Island

Coney Island
Boat Basin

ABRAHAM
LINCOLN H.

BOARD OF EDUCATION
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
348 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

May 23, 1975

Mr. Irving Anker, Chancellor
Board of Education
110 Livingston Street
Brooklyn, New York 11201

Dear Mr. Anker:

As part of the opening of the New Mark Twain Junior High
School for the Gifted and Talented, we shall be placing
the current 7th grade of Mark Twain and those pupils from
the 6th grade of its feeder elementary schools in the
middle schools of District 21.

Beginning in June 1976, and thereafter, decisions as to
which High Schools these pupils should attend must be made.
While middle school students normally go to the high school
of their residence, Open Enrollment-Free Choice students,
(of which there are many in our middle schools) have had
the option of attending High Schools to which most of their
classmates go.  It would seem that this privilege granted to
pupils who attend a different middle school by choice should
be granted to these students who have been required to attend
a middle school outside their community, rather than Mark Twain.

I would appreciate an early response from you regarding this
matter.

Very truly yours,

Bartelo E. Peluso,
Community Superintendent

BEP/SHO/rz
cc: Dr. Samuel Polatnick
    Mr. Alfredo Mathews Jr.
    Mr. S. Elias, Central Zoning Unit

EXHIBIT 19

# RUBIN EXHIBIT E

*Hyman Bravin*

*Law Offices*

SIX EAST FORTY-FIFTH STREET · NEW YORK, N. Y. 10017

~~~BOX 7-1055~~~

December 29, 1976

FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D.N.Y.
JAN 0 3 1977
TIME A.M.
P.M.

Hon. Jack B. Weinstein
United States District Judge
Eastern District of New York
United States Courthouse — 6th Floor
225 Cadman Plaza East
Brooklyn, New York

> Re: Hart, etc., et al. vs. The Community School
> Board of Brooklyn, New York School District
> #21, etc., et al. (72 C 1041)

Dear Judge Weinstein:

I have been the attorney for the defendants, Community School Board 21 and its members since the inception of the above law suit in 1972. I am fully familiar with all of the facts, proceedings and circumstances of this case.

This letter is submitted to call to the attention of the Court and interested parties the remarkable success achieved by the court-ordered remedy plan for converting Mark Twain Junior High School into a "School for Gifted and Talented Children."

While the Court left "room for the correction of [its] mistaken optimism" by providing for a back-up plan, it did not fix an optimistic directive in the event of that unforseeable consequence known as "success".

The Court, in its final judgment, quoted from a then day-old majority opinion of the United States Supreme Court, which affirmed that "[l]ocal control over the educational process affords citizens an opportunity to participate in decision-making, permits the structuring of school programs to fit local needs, and encourages 'experimentation, innovation and a healthy competition for educational excellence' ".

(414)

Hon. Jack B. Weinstein          -2-          December 29, 1976

The foregoing preamble paves the way for a presentation of the bittersweet consequences resulting from our over-compliance with the remedy plan.  The parents and children of District 21 have indeed recognized the unique opportunity provided for them by the gifted and talented school plan; applications for the 1977 school year will far exceed the numerical increase mandated by this Court.

The successful attainment of a goal not easily realized should bring the "victors" a moment of glory, personal and shared.  For such a victory to be of a metaphorical moment's duration, however, would be tragic.  The extraordinary success of the remedy plan has created a crisis which, if ignored, will erode the very foundation of the achievements so arduously and proudly constructed.

Mark Twain, in the 1977-1978 school year, will admit the maximum number of students for whom it can provide its unique educational opportunity.  To admit more than 1100 students would be to over-utilize the school drastically. It would be tragic were limitations based on considerations of over-utilization to create a situation in which admission policies would have to be predicated on attempting to determine who were the most gifted among the gifted and the most talented among the talented.  Such a situation can not be allowed to develop; a place <u>must</u> be found for each child.

Thus, to meet the problem of increased applications for admission and yet maintain the excellence of Mark Twain; to reverse the trend toward under-utilization and a rise in minority percentages in some of the middle schools, it is proposed to limit the 1977-78 entering class to under 350; nonetheless, our total register will exceed the court mandate of 1050 by more than 100.

It must be strongly emphasized that the extraordinary success of the plan for gifted and talented children makes it necessary to extend the "Gifted and Talented Children"

Hon. Jack B. Weinstein        -3-        December 29, 1976

concept beyond the physical boundaries of Mark Twain Junior
High School itself: it is thus proposed that our integration
plan be extended, on a limited experimental basis, to selected
middle schools in the area for 7th graders only.  All appli-
cations will be to Mark Twain Junior High School and only
those pupils who apply to Mark Twain may be assigned at the
sole discretion of the school board to SP classes in other
schools.  Gifted and talented pupils who are assigned to
Mark Twain and withdraw will not be permitted to attend
SP classes in other middle schools.  This is not a con-
traction of a mandate; it is the expansion of a concept.

It is respectfully submitted that the proposed
extension of the Mark Twain concept is the only viable
method for fulfilling our legal, moral and perhaps even
spiritual responsibilities to the parents and children of
District 21.

This Court, on August 27, 1975, "ordered that the
case is closed ... Jurisdiction is retained for subsequent
applications."  Happily, it should be marked, "closed for
all purposes" with the knowledge that the efforts of the
Court and the local school board have resulted in the de-
velopment of a school integration technique that is real-
istic and practical and is so recognized throughout our
country.  We note with additional satisfaction and pride
that Mark Twain is number one among the City's middle schools
in reading, with 86.4% of the students reading at or above
grade level and maintains the highest attendance record in
our city.

A copy of this letter, together with a copy of
our admissions procedures for the 1977-78 school year
attached, will be forwarded to the interested parties
whose names appear on the attached list.

*The Court will take no action unless a
formal motion is made. So ordered.*

Respectfully yours,

HB/ek

HYMAN BRAVIN

*January 5, 1976*

<u>MARK TWAIN J.H.S., A SCHOOL FOR GIFTED & TALENTED CHILDREN</u>

<u>DISTRICT 21 ADMISSION PROCEDURES FOR 1977-1978 SCHOOL YEAR</u>

1. <u>OBJECTIVES</u>

    1.1  To maintain the special nature and quality of Mark Twain J.H.S., a School for Gifted and Talented Children

    1.2  To reverse a trend toward under-utilization in some of the middle schools

    1.3  To reverse a trend toward a rise in minority percentage in some of the middle schools

    1.4  To limit the admission to Mark Twain in 1977-1978 of 7th graders to under 350 so as to avoid over-utilization of the school in conformity with Federal Judge Jack B. Weinstein's final judgment July 26, 1974

    1.5  To restore, where possible, SP classes to other middle schools in District 21

2. <u>PROCEDURES</u>

    2.1  7th Grade Admissions to Mark Twain for September 1977 will be limited to 336 pupils.

        2.1.1  202 SP's
        2.1.2  134 Talented
        2.1.3  Above preserves the 60-40% ratio that has existed for the past 2 years

    2.2  District will be divided into middle school catchment areas

        2.2.1  Reynolds J.H.S. <u>43</u>, Seth Low Intermediate School <u>96</u>, Boody J.H.S. <u>228</u>, Cavallaro J.H.S. <u>281</u>, Tilyou J.H.S. <u>303</u> and "Coney Island."

        2.2.2  Each cluster (catchment area) will be given an allocation of seats available from that cluster - both for SP and talented (See Addendum)

        2.2.3  This number is the maximum that can be admitted to Mark Twain

        2.2.4  Mark Twain will set up testing procedures in talent areas and Admissions Committees will determine admissions

        2.2.5  Depending upon numbers involved, SP classes will be organized in other middle schools

3.  <u>APPLICATION PROCEDURES</u>

    3.1  All applications must be filed at Mark Twain

    3.2  <u>Only</u> those pupils who applied to Mark Twain may be assigned to SP classes in other schools at the discretion of the school board

    3.3  SP pupils admitted to Mark Twain who withdraw <u>may</u> <u>not</u> be assigned to SP classes in other middle schools

ADDENDUM

PROPOSED ALLOCATION OF SEATS FOR MARK TWAIN J.H.S. FOR
SEPTEMBER 1977

| MIDDLE SCHOOLS CLUSTER | SP | TALENT | TOTAL |
|---|---|---|---|
| Reynolds 43 (195, 209, 225, 253) | 25 | 15 | 40 |
| Seth Low 96 (96, 121, 226, 248) | 40 | 26 | 66 |
| Boody 228 (95, 97, 99, 177, 199, 215, 238) | 41 | 28 | 69 |
| Cavallaro 281 (101, 128, 212, 200) | 43 | 29 | 72 |
| Tilyou 303 (90, 100, 216) | 27 | 18 | 45 |
| Coney Island (188, 288, 329) | 26 | 18 | 44 |
| | 202 | 134 | 336 |

LIST OF NAMES AND ADDRESSES OF ATTORNEYS FOR INTERESTED
PARTIES, AND SPECIAL MASTER CURTIS J. BERGER

Nathaniel R. Jones, Esq.
James I. Myerson, Esq.
NAACP Special Contribution Fund
1790 Broadway
New York, N. Y. 10019

Office of the Corporation Counsel
   of the City of New York
Municipal Building
New York, New York 10007
Att:  Elliot P. Hoffman, Esq., ACC

United States Attorney
United States Court House
225 Cadman Plaza East
Brooklyn, New York 11201
Att:  Cyril Hyman, Esq., AUSA

Attorney General of the State
   of New York
2 World Trade Center
New York, New York 10047
Att:  Robert S. Hammer, Esq., AAG

Stephen Lefkowitz, Esq.
Christine A. Flynn, Esq.
New York State Urban Development
  Corporation
1345 Avenue of the Americas
New York, New York 10019

New York City Housing Authority
250 Broadway
New York, New York
Att:  Jeanne Hollingsworth, Esq.

Daniel L. Driesman, Esq.
Attorney for PA Mark Twain
26 Court Street
Brooklyn, New York 11201

George C. Stewart, Esq.
Nancy LeBlanc, Esq.
Igov Allbray, Esq.
MFY Legal Services, Inc.
214 East Second Street
New York, New York 10009

Thomas N. Rothschild, Esq.
Brooklyn Legal Services, Corp. A
152 Court Street
Brooklyn, New York

Curtis J. Berger, Esq.
Special Master
Columbia Law School
435 West 116th Street
New York, New York 10027

**RUBIN EXHIBIT F**

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 49 of 106 PageID #: 7320

ACC # 2-7320 23
FRC # 808367-374

# COMMUNITY SCHOOL DISTRICT 21

345 VAN SICKLEN STREET   •   BROOKLYN, NEW YORK 11223   •   (718) 266-1714

DONALD WEBER  COMMUNITY SUPERINTENDENT

ETHEL TUCKER  DEPUTY SUPERINTENDENT

EILEEN E. ZAGLIN  EXECUTIVE ASSISTANT

DR. ROSE A. DONNELLY  DIRECTOR OF FUNDED PROGRAMS

SAMUEL AMSTER  DIRECTOR OF PERSONNEL

AILEEN GOLDEN  DIRECTOR OF CURRICULUM AND INSTRUCTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.N.Y.

AUG 07 1985

TIME A.M. ...........................
P.M. ...........................

July 18, 1985

72 CV 1041 (JBW)

Honorable Jack B. Weinstein
United States Court House
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Sir:

In 1975 you were the presiding judge in the case of Hart vs. the Board of Education. Your decision, in the main, held that Mark Twain Junior High School (239) was unconstitutionally segregated as a result of past actions by the local school board and its predecessors.  You also found that the segregated learning practices of public housing agencies in Coney Island housing projects was reflected in the racial imbalance at Mark Twain.  The "Remedy Plan" submitted by our Community School Board was selected by you over that submitted by the NAACP.  The "Remedy Plan" provided that Mark Twain Junior High School be converted into a school for gifted and talented children.  Its racial composition would be 70% white and 30% minority, the school district's pupil population ratio at that time.  In addition, the "Remedy Plan" provided that all intermediate/junior high schools be integrated as close to that ratio as possible.  During the intervening years, we have continued to implement the approved "Remedy Plan".  We have carefully monitored the ethnic mix of the schools in order to maintain effective integregation and prevent racial isolation.

Our "Remedy Plan" named only one school as a magnet school - "Mark Twain Junior High School for the Gifted and Talented".  Recent research reports such as the "New York State Magnet School Research Study" have corraborated our own findings that magnet schools are effective in eliminating, reducing, or preventing racial isolation.  As a result we have resolved, after extensive consultation with parents and staff, to designate each of our intermediate/junior high schools a magnet school.  This will give our students a wider number of options and provide them with increased motivation to attend school.  Each school selected their magnet area based on the human, material, and environmental resources available at the site.  The designations are:

| | |
|---|---|
| JHS 43 | School of Humanities |
| IS 96 | Academy for Law and Zoology |
| JHS 228 | School for Science, Music and Art |
| JHS 239 | School for Gifted and Talented |
| JHS 281 | School for Communication and Dramatic Arts |
| JHS 303 | School for Computer Education |

*Unless someone show cause within 30 days, the modification requested will be approved. Solution may submit a proposed order in 30 days. Clerk to notify Superintendent, injunction counsel and city attorney. So ordered.*

*Jack B. Weinstein*

Page 2

This modification to our "Remedy Plan" was approved at a Community School Board meeting. It was also approved by the Board of Education. I have attached copies of both documents. As you can see from the statistics provided, we will maintain integregation at the district ratio, although it has now changed from the 70/30 figure of 1975. The current ratio is 53/47.

We have applied for funding under the Magnet Schools Assistance Program for fiscal year 1985. We desperately need this support since we lost over $1,000,000 when the Emergency School Assistance Act was incorporated into Chapter II. In reviewing our proposal, the Office of Civil Rights has questioned whether the Central Board of Education's approval of the modification to our "Remedy Plan" meets the promulgated rules. The reviewer is of the opinion that any modification to a court ordered plan must be approved by the court, agency, or official that approved the plan.

We therefore, respectfully request your approval of our modification. Thank you.

Very truly yours,

Donald Weber
Community Superintendent

DW/ET/jcw
Enc:

No. 13-K

Year 1984-85

BOARD OF EDUCATION - CITY OF NEW YORK
Office of Community School District Affairs

OFFICE OF ZONING AND INTEGRATION

SUMMARY REPORT OF REVIEW AND RESPONSE TO PROPOSAL

TO: Mr. Nathan Quinones, Chancellor
Dr. Charles Schonhaut, Deputy Chancellor
Mrs. Louise Latty, Chief Executive for Instruction, Office of the Chancellor
Mr. Joseph Saccente, Chief Executive for Operations, Office of the Chancellor
Mr. Nicholas Borg, Executive Director, Division of School Buildings
Mrs. Charlotte Frank, Executive Director, Division of Curriculum and Instruction
Mr. Gregory Kaladjian, Director, Office of Pupil Transportation
Mr. Fred Woodruff, Director, Office of Community School District Affairs
Mr. Wayne Trigg, Deputy Director, Student Information Services
Mr. Hyman Cohen, President, Community School District 21
Mr. Donald Weber, Community Superintendent, Community School District 21

COMMUNITY SCHOOL DISTRICT #21

SUBJECT OF REPORT: Update to District 21's approved Court Ordered Desegregation
Remedy Plan.

SCHOOLS INVOLVED: I 96-K, J 43-K, J 228-K, J 239-K, J 281K and J 303-K.

APPROVAL RECOMMENDED BY

Joseph Elias
Director
OFFICE OF ZONING AND INTEGRATION

Fred Woodruff
Director
OFFICE OF
COMMUNITY SCHOOL DISTRICT AFFAIRS

4/85 O.Z.I.

BOARD OF EDUCATION - CITY OF NEW YORK
Office of Community School District Affairs
Office of Zoning and Integration

SUBJECT OF REPORT:  Update to District 21's approved court order Desegregation
Remedy Plan.

COMMENT:  See next page

SCHOOLS INVOLVED:  I 97, J 43, J228, J 239, J 281, J 303.

EFFECTIVE DATE:  September 1985

NUMBER OF PUPILS INVOLVED:  SCHOOL FROM: _____   SCHOOL TO: _____   NUMBER PUPILS  This is a voluntary plan open to all middle school students in District 21.

_____   _____   _____

_____   _____   _____

_____   _____   _____

TOTAL ----------------------   _____

_____

ORIGIN OF PROPOSAL:  Letter from Community Superintendent Donald Weber dated
June 12, 1985.

_____ CHANGE IN ZONE LINES  AND/OR                    _____ REORGANIZATION

COMPOSITION OF SCHOOLS:

### ETHNICS AND UTILIZATION BEFORE IMPLEMENTATION

| Schools | Capacity | Register | % Util. | % Minority | % White |
|---------|----------|----------|---------|------------|---------|
| I 96 | 1,373 | 1,343 | 98. | 32. | 68. |
| J 43 | 1,323 | 1,098 | 83. | 55. | 45. |
| I 228 | 1,325 | 560 | 42. | 38. | 62. |
| J 239 | 1,908 | 1,115 | 58. | 32. | 68. |
| J 281 | 1,337 | 1,195 | 89. | 51. | 49 |
| J 303 | 1,519 | 978 | 64. | 45. | 55. |

### PROJECTED ETHNICS AND UTILIZATION AFTER IMPLEMENTATION

| Schools | Capacity | Register | % Util. | % Minority | % White |
|---------|----------|----------|---------|------------|---------|
| I 96 | 1,373 | 1,450 | 106. | 45. | 55. |
| J 43 | 1,323 | 990 | 75. | 45. | 55. |
| J 228 | 1,325 | 598 | 45. | 45. | 55. |
| J 239 | 1,908 | 1,128 | 59. | 45. | 55. |
| J 281 | 1,337 | 1,250 | 93. | 45. | 55. |
| J 303 | 1,519 | 777 | 51. | 45. | 55. |

O.Z.I. Form #26

**COMMUNITY SCHOOL BOARD ACTION:**   The Community School board approved this resolution at their public meeting of April 17, 1985

**PARENT GROUP:**   It was reported by District 21 that the magnet concept and themes were planned in conjunciton with the parent group at each school. Further consultation was held with Presidents' Council, the district-wide group composed of each school's PA/PTA president and/or a member of the executive board.

**COMMUNITY SUPERINTENDENT ACTION:**   The Community Superintendent or his designee attended the planning meetings and worked with other group members to formulate an approved magnet plan.  His recommendation to the Community School Board was that they approve the proposal as stated.

**COMMENTS:**   This plan will establish a magnet program at the schools mentioned above..The plan will be closely monitored by both school and district staff. Pupil assignments will be made by the District Office.  Every attempt will be made to honor students' choices as well as to fulfill    commitment to integrate schools in line with the district ratio.  At the end of the 1985-86 school year District 21 will reexamine the plan and, if necessary, make appropriate adjustments.  The Office of Zoning and Integration will be kept up to date on the progress of the plan.
        For a description of each magnet school, see Appendix A and B.

**DESCRIPTION OF CHANGE IN ZONE LINES OR REORGANIZATION:**  There will be no change in the geographic boundaries of any of the schools involved.  The magnet program is only a voluntary option being offered.

OFFICE OF ZONING AND INTEGRATION RECOMMENDS: APPROVAL ____X____   DISAPPROVAL _____

DATE OF REPORT _____June 14, 1985_____

PREPARED BY _____Fermin S. Archer_____

O.Z.I. Form #26

Each of the following schools will be a magnet for the 1985-86 school year.  The following chart lists each school and describes its theme.

| School | Magnet Theme and Description |
|--------|------------------------------|
| I.S. 96 | **Academy for Law**<br>In this interdisciplinary curriculum, students learn about our system of justice through social studies, language arts and science activities. Children learn about the laws and their implications for their own lives as well as participate in mock trials as judges, defendants, prosecutors and jurors.<br><br>**Academy for Zoology**<br>Children learn about science through the study of zoology with hands on experiences with live specimens in the animal laboratory.  This curriculum also includes laboratory lessons and classroom demonstrations through which children can learn about the different animal phyla. |
| J.H.S. 43 | **School of Humanities**<br><br>**Humanities Program** - A course of study that integrates language arts, social studies and art which allows students to not only explore the required curricula in these areas in novel ways, but also to explore their own and their classmates' cultures.  This curriculum is truly interdisciplinary.<br><br>**Botany Program** - Children explore this fascinating field through classroom activities, including laboratory lessons and demonstrations, and through hands on experiences in a fully equipped greenhouse. |
| J.H.S. 228 | **School for Science, Music and Art**<br><br>**Science** - Children will learn biology and environmental science as a supplement to the regular science curriculum.  The study of environmental science will emphasize the interrelatedness of all living things and their interactions with their environments.<br>A special collaboration with the Planetarium at Edward R. Murrow High School will enable the students to participate in a full Astronomy program. |

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 55 of 106 PageID #: 326

| School | Magnet Theme and Description |
|--------|------------------------------|
| J.H.S. 228 continued | **Music** – Children will receive instruction in instrumental music as a major subject.  They will learn how to play an instrument and ultimately play in various concerts. |
| | **Art** – Children will receive instruction in art as a major subject.  Children will work in various media and learn techniques that will enable them to express themselves through drawing, painting, collage, etc. |
| J.H.S. 239 | **School for Gifted and Talented Children** In addition to the regular junior high school curriculum, each student will have an additional major subject called a "talent class" which is an area in which the student has shown great ability, potential, or interest.  Talent areas include science, mathematics, creative writing, art, vocal music, instrumental music, dance, visual media and team sports. |
| J.H.S. 281 | **School for Communication and Dramatic Arts** Children will be involved with Drama and Journalism. Through the drama classes, children will explore the literature of the theater and learn about theatrical production through hands on experiences. The journalism classes will deal with reporting, writing and the production of newsletters and magazines. |
| J.H.S. 303 | **School for Computer Education** Children will become computer literate as they learn how to use computers including how to program them.  Children will also use computers in their various subject areas such as science, mathematics, language arts and social studies. The instruction will be more in depth and will focus on not only the theoretical uses of the computer but on career application skills as well, e.g., word processing. |

THE CITY OF NEW YORK
BOARD OF EDUCATION
*Community School Board District 21*
345 VAN SICKLEN STREET
BROOKLYN, NEW YORK 11223
TEL. 449-4100

OFFICERS
Hyman Cohen, Pres.
Peter P. Neglia, V.P.
Iris Levine, Sec.
Harold Waxman, Treas.

MEMBERS
IRENE BARBARO
HERMAN J. CAPONI
HOWARD FEUER
CHARLES SPIRGEL
RALPH TARANTINO

COMMUNITY SCHOOL BOARD 21K

PUBLIC MEETING

M I N U T E S

Date:     Wednesday – April 17, 1985

Time:     7:30 p.m.

Place:    Auditorium
          Public School 95
          345 Van Sicklen Street
          Brooklyn, N. Y.   11223

Present:  Hyman Cohen        - President
          Iris Levine        - Secretary

          Howard Feuer
          Charles Spirgel
          Ralph Tarantino

Absent
&
Excused:  Peter P. Neglia
          Harold Waxman
          Irene Barbaro
          Herman J. Caponi

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Public Meeting this evening was opened by a delightful performanc
by the youngsters of P. S. 101.  Mr. Cohen and Mr. Weber thanked
the children, Mr. Mullaney (Principal), and Ms. Patricia Percy
(who directed and coordinated the program).

The Public Meeting was then officially opened at 7:55 p.m.

1]  **Adoption of the Minutes of the previous Public Meeting (3/27/85)**:

The Minutes of the previous Public Meeting (March 27, 1985) were
made available to the audience.  As there were no errors, deletions,
or omissions, Mrs. Levine moved and Mr. Tarantino seconded that the
be adopted as presented.  Unanimously carried.

* * * * *

2]  **President's Report**:

Mr. Cohen opened his Report by announcing that Mr. Neglia,
Mr. Caponi, Mr. Waxman, and Mrs. Barbaro were all absent and
excused from this evening's Public Meeting.  He then stated that
the location for the May Public Meeting has been changed; the date
remains the same.  The Board's Public Meeting (as well as D-21's
Social Studies/Art Fair) will be held on May 15th at P.S. 95
(not P.S. 177 as originally scheduled).

Continued. . . . .

**2]** <u>President's Report (continued)</u>:

Excerpts of two letters were read by Mr. Cohen:

- From Congressman Solarz with regard to money
  for the Education Budget;

- From Carol Sterling, Project Director, Arts
  Partners commending D-21's Arts Partners Program.

Mr. Cohen concluded his Report by announcing a free health fair
which will be held on Sunday - April 21st - between 10:00 a.m.
and 3:00 p.m.    All are invited to attend; there will be many
specialists available donating their time and expertise to provide
free service to the community.

* * * * *

**3]** <u>Superintendent s Report</u>:

Mr. Weber made brief reference to the following:

- <u>Jewish Heritage Week Contest</u>:  A Poster Contest was
  held and the winner was My Dung Ngo (PS 253).  An
  Essay Contest was won by Pamela Levine (JHS 239).

- <u>D-21 Brooklyn Museum Ceremony</u>:  Mr. Weber announced
  the names of children whose art work was displayed
  in the Community Gallery at the Brooklyn Museum.
  The youngsters were honored at an award ceremony
  to which elected officials, CSB members, parents
  and art teachers had been invited.  He extended
  congratulations to all.

- <u>School Supervisor Recognition Day</u>:  Mr. Weber announced
  that this year the District (through a Committee) has
  chosen Elinore Ehrlich, Principal of P.S. 226, to
  represent the District supervisors at School Supervisor
  Recognition Day.  She is a woman who has given many
  years to District 21 and who, unfortunately, will be
  retiring at the end of this year.  She will receive a
  Citation at Central Board on May 14th at 4:00 p.m. and
  will be honored at the Public Meeting on May 15th.

- <u>D-21 Retirees</u>:  Certificates of Appreciation will be
  awarded to District 21 retirees at the Board's Public
  Meeting scheduled for June 19, 1985.

- <u>District Storytelling Contest</u>:  The Contest was held
  and material was judged by Shelley Freeman, Frank Armada,
  Eleanor Korrol, Gail Feuer, and Anne Klein.  Winners were:

  <u>Level I - Grades 3 and 4</u>:
  |       |   |                 |           |
  |-------|---|-----------------|-----------|
  | 1st   | - | Joshua Weber    | - P.S. 188 |
  | 2nd   | - | Angela Palmer   | - P.S. 177 |
  | 3rd   | - | Stacey DelBello | - P.S. 100 |

  <u>Level II - Grades 5 and 6</u>:
  |       |   |                      |            |
  |-------|---|----------------------|------------|
  | 1st   | - | Stephanie Feiner     | - P.S. 100 |
  | 2nd   | - | Mary Grace Berberian | - I.S.  96 |
  | 3rd   | - | Amy Levine           | - P.S. 188 |

  <u>Level III - Grades 7 and 8</u>:
  |       |   |                 |           |
  |-------|---|-----------------|-----------|
  | 1st   | - | Pamela Levine   | - JHS 239 |
  | 2nd   | - | Shari Ginsberg  | - JHS 303 |
  | 3rd   | - | Pashka Cocoavic | - I.S. 96 |

Continued. . . . .

3] **Superintendent's Report (Continued):**

   - **National Secretaries' Week:**   Mr. Weber concluded his
Report with the announcement that the week of April 22nd has been
designated as National Secretaries' Week.  He stated that two of
the young ladies in his office have been with the District over
twenty years:  Ruth Zachary has been working in the District
Office for twenty-five years and Yetta Hochstadt has been with
us for twenty years.  He congratulated them and thanked them for
their many years of dedicated service.

* * * * *

4] **Community School Board 21K presents the following Resolutions
   for approval:**

   A) RESOLVED, That the Community School Board, acting on
      the recommendation of the Community Superintendent,
      hereby appoints Ira Rudin as Assistant Principal of
      I. S. 96 (effective date May 1, 1985).
      **Explanation:**  Pursuant to regulations contained
      in Central Board's Circular 30-R and District 21's
      Procedures for the Selection of Supervisory Personnel,
      C.S.B. 21K hereby fills the vacancy which has existed
      in I.S. 96.

The above Resolution was read by Mr. Cohen, seconded by Mrs. Levine.

                        VOTE:  5 Yes, 0 No, 4 Absent (PPN,
                                                HW, HJC, IB)

                                **APPROVED**

                                *

The next Resolution was read by Mrs. Levine and seconded by
Mr. Feuer:

   B)  RESOLVED, That in the 1985/86 school year we
       designate the following schools as "Magnet Schools":

           - JHS 43   - School of the Humanities
           - IS 96    - Academy for Law & Academy
                        for Zoology
           - JHS 281  - School for Communication and
                        Dramatic Arts
           - JHS 303  - Institute for Computer Education

       and that we continue the Magnet Schools of 228 as the
       Magnet for Science, Art & Music, and PS 99, 188,
       329, and JHS 239 as the Schools for the Gifted and Talented.
       **Explanation:**  In order to continue to implement the
       intent of our Court ordered desegregation plan and our
       intra-district transfer plan, each of the junior high
       schools has selected an appropriate focus for a
       Magnet School.  This will enhance our ability to keep
       each school's pupil population in line with the
       district ratio, i.e., 60% majority/40% minority.

                        VOTE:  5 Yes, 0 No, 4 Absent (PPN,
                                                HW, HJC, IB)

                                **APPROVED**

                                *

**RUBIN EXHIBIT G**

*Hyman Bravin*

IN CLERK'S OFFICE
U.S. DISTR. COURT E.D.N.Y.

★ MAY 24 1978

TIME A.M.
P.M.

*Law Offices*

SIX EAST FORTY FIFTH STREET · NEW YORK, N. Y. 10017

May 23, 1978

James I. Meyerson, Esq.
Assistant General Counsel
NAACP Special Contribution Fund
1790 Broadway
New York, New York 10019

Re:  Hart v. CSB 21
     72 Civil 1041

Dear Mr. Meyerson:

In accordance  with my representation made in open court on May 19, 1978 before Federal Judge Jack B. Weinstein in the above matter, I enclose the ethnic distribution by grades of all junior high schools in District 21, as of September, 1977, viz. J.H.S. 43, I.S. 96, J.H.S. 228, J.H.S. 281 and J.H.S. 303.  I have also included the same data for the same period by classes in Mark Twain Junior High School.

If you have any questions, please feel free to communicate with me.

Very truly yours,

HYMAN BRAVIN

HB
enc

cc Hon. Jack B. Weinstein

**BOARD OF EDUCATION**
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

JUNIOR HIGH SCHOOL ETHNIC DISTRIBUTION BY GRADES AS OF 9/77

J.H.S. 303

| GRADE | REGISTER | NO. MAJORITY | % MAJORITY | NO. MINORITY | % MINORITY |
|-------|----------|--------------|------------|--------------|------------|
| 7 | 284 | 194 | 68 | 90 | 31.6 |
| 8 | 289 | 164 | 56.7 | 125 | 43.2 |
| 9 | 214 | 132 | 68 | 82 | 38.3 |
| TOTAL | 787 | 490 | 62.2 | 297 | 37.7 |
| SPECIAL ED. | 155 | 55 | 35 | 100 | 64.5 |

**B O A R D   O F   E D U C A T I O N**

OF THE

**CITY OF NEW YORK**

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

JUNIOR HIGH SCHOOL ETHNIC DISTRIBUTION BY GRADES AS OF 9/77

J.H.S. 281

| GRADES | REGISTER | NO. MAJORITY | % MAJORITY | NO. MINORITY | % MINORITY |
|--------|----------|--------------|------------|--------------|------------|
| 7 | 622 | 407 | 65.4 | 215 | 34.5 |
| 8 | 554 | 355 | 64.0 | 199 | 35.9 |
| 9 | 469 | 328 | 69.9 | 141 | 30.0 |
| TOTAL | 1645 | 1090 | 66.2 | 555 | 33.7 |



**BOARD OF EDUCATION**
OF THE
**CITY OF NEW YORK**

**BARTELO E. PELUSO**
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
**SCHOOL DISTRICT 21**
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

### JUNIOR HIGH SCHOOL ETHNIC DISTRIBUTION BY GRADES AS OF 9/77

#### J.H.S. 228

| GRADES | REGISTER | NO. MAJORITY | % MAJORITY | NO. MINORITY | % MINORITY |
|--------|----------|--------------|------------|--------------|------------|
| 7 | 394 | 261 | 66 | 133 | 33.7 |
| 8 | 424 | 281 | 66.2 | 143 | 33.7 |
| 9 | 365 | 277 | 76 | 88 | 24.1 |
| TOTAL | 1183 | 819 | 69.2 | 364 | 30.7 |



**BOARD OF EDUCATION**
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

JUNIOR HIGH SCHOOL ETHNIC DISTRIBUTION BY GRADES AS OF 9/77

I.S. 96

| GRADES | REGISTER | NO. MAJORITY | % MAJORITY | NO. MINORITY | % MINORITY |
|--------|----------|--------------|------------|--------------|------------|
| 6 | 332 | 275 | 82.8 | 57 | 17.1 |
| 7 | 682 | 467 | 68.4 | 216 | 31.6 |
| 8 | 617 | 420 | 68.0 | 197 | 31.9 |
| TOTAL | 1631 | 1162 | 71.2 | 470 | 28.8 |

**BOARD OF EDUCATION**
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
345 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

## JUNIOR HIGH SCHOOL ETHNIC DISTRIBUTION BY GRADES AS OF 9/77

### J.H.S. 43

| GRADES | REGISTER | NO. MAJORITY | % MAJORITY | NO. MINORITY | % MINORITY |
|--------|----------|--------------|------------|--------------|------------|
| 7 | 299 | 222 | 74.2 | 82 | 27.4 |
| 8 | 308 | 173 | 56.1 | 137 | 44.4 |
| 9 | 272 | 183 | 67.2 | 89 | 32.7 |
| TOTALS | 879 | 578 | 65.7 | 308 | 35.0 |
| SP. ED. | | | | | |
| 7 | 30 | 10 | 33.3 | 20 | 66.6 |
| 8 | 26 | 14 | 53.8 | 11 | 42.3 |
| 9 | 17 | 11 | 67.7 | 6 | 35.2 |
| TOTALS | 73 | 35 | 47.9 | 37 | 50.6 |
| Grand Totals | 952 | 613 | 64.3 | 345 | 36.2 |

dt
5/22/78

**BOARD OF EDUCATION**
OF THE
CITY OF NEW YORK

BARTELO E. PELUSO
COMMUNITY SUPERINTENDENT

TEL. 266-1714-5-6-7

OFFICE OF
SCHOOL DISTRICT 21
348 VAN SICKLEN STREET
BROOKLYN, N. Y. 11223

<u>MARK TWAIN JUNIOR HIGH SCHOOL ETHNIC DISTRIBUTION BY CLASSES AS OF 9/77</u>

| CLASS | REGISTER | NO. MAJORITY | % MAJORITY | NO. MINORITY | % MINORITY |
|-------|----------|--------------|------------|--------------|------------|
| 7A-115 | 28 | 21 | 75.0 | 7 | 25 |
| 7A-254 | 27 | 20 | 74.1 | 7 | 25.9 |
| 7A-309 | 28 | 20 | 71.4 | 8 | 28.5 |
| 7A-317 | 28 | 20 | 71.4 | 8 | 28.5 |
| 7B-137 | 29 | 21 | 72.4 | 8 | 27.5 |
| 7B-204 | 28 | 20 | 71.4 | 8 | 28.5 |
| 7B-251 | 28 | 20 | 71.4 | 8 | 28.5 |
| 7B-347 | 29 | 20 | 69.0 | 9 | 31.0 |
| 7C-103 | 29 | 20 | 69.0 | 9 | 31.0 |
| 7C-113 | 30 | 20 | 66.7 | 10 | 33.3 |
| 7C-276 | 29 | 19 | 65.5 | 10 | 34.3 |
| 7C-347 | 28 | 19 | 67.9 | 9 | 32.1 |
| Totals | 341 | 240 | 70.3 | 101 | 29.6 |
| 8F-153 | 33 | 20 | 60.6 | 13 | 39.3 |
| 8F-209 | 32 | 18 | 56.3 | 14 | 43.7 |
| 8F-305 | 33 | 21 | 63.6 | 12 | 36.3 |
| 8F-321 | 32 | 18 | 56.3 | 14 | 43.7 |
| 8G-141 | 27 | 17 | 63.0 | 10 | 37.0 |
| 8G-256 | 29 | 17 | 58.6 | 12 | 41.3 |
| 8G-313 | 28 | 19 | 67.9 | 9 | 32.1 |
| 8G-353 | 31 | 21 | 67.7 | 10 | 32.2 |
| Totals | 245 | 151 | 61.6 | 94 | 38.3 |
| 9W-121 | 33 | 26 | 78.8 | 7 | 21.2 |
| 9W-203 | 33 | 27 | 81.2 | 6 | 18.1 |
| 9W-223 | 33 | 27 | 81.2 | 6 | 18.1 |
| 9W-329 | 34 | 27 | 79.4 | 7 | 20.5 |
| 9X-107 | 32 | 21 | 65.6 | 11 | 34.3 |
| 9X-205 | 31 | 21 | 67.7 | 10 | 32.2 |
| 9X-315 | 30 | 20 | 66.7 | 10 | 33.3 |
| 9X-356 | 32 | 22 | 68.8 | 10 | 31.2 |
| 9Y-117 | 33 | 23 | 69.7 | 10 | 30.3 |
| 9Y-163 | 31 | 22 | 71.0 | 9 | 29.0 |
| 9Y-331 | 33 | 22 | 66.7 | 11 | 33.3 |
| 9Y-352 | 32 | 22 | 68.8 | 10 | 31.2 |
| 9Z-139 | 32 | 22 | 68.8 | 10 | 31.2 |
| 9Z-213 | 33 | 23 | 69.7 | 10 | 30.3 |
| 9Z-215 | 33 | 23 | 69.7 | 10 | 30.3 |
| 9Z-274 | 33 | 24 | 72.7 | 9 | 27.2 |
| Totals | 518 | 372 | 71.8 | 146 | 28.1 |
| Grand Totals | 1104 | 763 | 69.1 | 341 | 30.8 |

dt
5/22/78

# RUBIN EXHIBIT H

# New York City Public Schools
## Demographic and Enrollment Trends
### 1990-2002





**Michael R. Bloomberg**
Mayor, City of New York

**Amanda M. Burden** AICP
Director, Department of City Planning

nyc.gov/planning

July 2003
DCP # 03-04



# Community School District 21

Community School District 21 (in Instructional Division 7, Map 0.1) is located along the southern edge of Brooklyn, adjacent to Lower New York Bay.  Neighborhoods within CSD 21 include Gravesend, Coney Island and Brighton Beach. Brooklyn's Community District 13 is located entirely within CSD 21; parts of Community Districts 11, 12, 14 and 15 are also located within CSD 21 boundaries (Map 2.0).

**Trends in Community School District 21**

- The total population in CSD 21 was 286,391 in 2000, up 10% from 261,415 in 1990  (Figure 2.0; Map 1.0).  While nearly 70% of the district's total population was Nonhispanic White in 2000, the ethnic composition of its schools was more balanced (Figures 11.0 and 11.1).

- CSD 21's under 18 population grew slightly, from 56,166 in 1990 to 66,759 in 2000 (23% of total population) (Figure 2.1; Map 1.1).

- The annual number of births to CSD 21 residents declined slightly, from 4,139 in 1990 to 3,896 in 2000 (Figure 11.2).

- The student population in CSD 21 elementary and intermediate schools (including Pre-K) in October 2001 was 24,527, up from 21,733 in 1990 (Figure 11.3).

- In the three year period prior to March 2001, 2,487 immigrant students registered for Pre-K to 6th grade in CSD 21. The predominant countries of origin were Russia, Pakistan, Ukraine, China and Mexico.

- CSD 21's overall utilization rate between 1990 and 2001 was well under 100%, although a few elementary schools are overcrowded.   CSD 21 had 1,900 elementary school seats and 1,030 intermediate school seats available in 2001-2002 (Map 1.2; Figure 11.4; Tables 11.0-11.3).

- CSD 21's Pre-K enrollment was 1,307 in 2001-2002.  Of the total Pre-K enrollment, 30% were housed in non-Department of Education facilities.

**Figure 11.0**
Community School District 21: Population by Race & Hispanic Origin, 1990-2000.



Source: *U.S. Census Bureau, Census 1990 and Census 2000, PL94-171 Data File.*

**Figure 11.1**
Community School District 21: Student Racial/Ethnic Composition, 1990-2000.



Source: *NYC Department of Education, Pupil Ethnic Composition Report No. 88, October 1990 and October 2000.*

**Figure 11.2**
Community School District 21: Resident Births, 1990-2000.



Source: *NYC Department of Health, Vital Statistics, 1990-2000.*

**Figure 11.3**
Community School District 21: Actual Enrollment, 1990-2001.



Source: *NYC Department of Education District Registers, 1990-1998 and Audited and Adjusted Registers, 1999-2001.*

**Figure 11.4**
Community School District 21: Percent Utilization of All School Facilities, 1990-2001.



Source: *NYC Department of Education, Utilization Profiles: Enrollment/Capacity/Utilization, 1990-2001.*

Map 11.0

# Community School District 21
## Elementary & Intermediate Schools



**Table 11.0**
Utilization Rates for CSD 21 Elementary Schools: 1995-1996, 2000-2001, 2001-2002.

| School | 1995-1996 | 2000-2001 | 2001-2002 |
|---|---|---|---|
| PS 90 Edna Cohen School | 72% | 67% | 73% |
| PS 95 Gravesend School<br>PS 95 Transportable | 109<br>n.a. | 104<br>107 | 93<br>112 |
| PS 97 Highlawn School<br>PS 97 Transportable | 111<br>n.a. | 113<br>58 | 115<br>58 |
| PS 99 Isaac Asimov School | 133 | 105 | 103 |
| PS 100 Coney Island School | 113 | 96 | 94 |
| PS 101 Verrazano School | 112 | 116 | 115 |
| PS 121 Nelson A. Rockefeller School | 107 | 81 | 71 |
| PS 128 Bensonhurst School | 101 | 72 | 65 |
| PS 153 Homecrest School of Music | 103 | 102 | 99 |
| PS 177 Marlboro School | 100 | 95 | 96 |
| PS 188 Michael E. Berdy School<br>PS 188 Transportable | 103<br>n.a. | 80<br>90 | 78<br>122 |
| PS 199 Frederick R. Wachtel School | 103 | 87 | 88 |
| PS 209 Margaret Mead School<br>PS 209 Transportable | 100<br>n.a. | 89<br>112 | 90<br>118 |
| PS 212 The Lady Deborah Moody School<br>PS 212 Transportable | 103<br>n.a. | 89<br>78 | 84<br>87 |
| PS 215 Morris H. Weiss School | 97 | 88 | 100 |
| PS 216 Arturo Toscanini School | 83 | 72 | 67 |
| PS 225 Eileen E. Zaglin School<br>PS 225 Annex | 95<br>56 | 89<br>88 | 80<br>70 |
| PS 226 Alfred B. Mason School | 93 | 98 | 94 |
| PS 238 Anne Sullivan School | 103 | 83 | 76 |
| PS 253 Ezra J. Keats School<br>PS 253 Transportable | 108<br>n.a. | 95<br>104 | 90<br>123 |
| PS 288 Shirley Tanyhill School | 85 | 84 | 87 |
| PS 329 Surfside School<br>PS 329 Transportable | 106<br>n.a. | 91<br>132 | 89<br>128 |
| **Average PS Utilization Rate** | **101%** | **92%** | **90%** |

**Table 11.1**
Utilization Rates for CSD 21 Intermediate Schools: 1995-1996, 2000-2001, 2001-2002.

| School | 1995-1996 | 2000-2001 | 2001-2002 |
|---|---|---|---|
| IS 43 Reynolds Intermediate School @ PS 225 | n.a. | 118% | 129% |
| IS 96 Seth Low Intermediate School | 83 | 87 | 87 |
| IS 98 Bay Academy for Arts and Sciences | n.a. | 88 | 87 |
| IS 228 David A. Boody Intermediate School | 90 | 90 | 87 |
| IS 239 Mark Twain School for Gifted & Talented | 96 | 95 | 93 |
| IS 280 | n.a. | 74 | 71 |
| IS 281 Joseph B. Cavallaro Intermediate School | 77 | 83 | 82 |
| IS 303 Herbert S. Eisenberg Intermediate School | 69 | 88 | 90 |
| Brooklyn Studio Secondary School @ IS 280 | n.a. | 131 | 146 |
| **Average IS Utilization Rate** | **82%** | **90%** | **89%** |

**Table 11.2**
Utilization of CSD 21 Elementary Schools: 2001-2002.

| School | Enrollment | Capacity | Over/Under | % Utilization |
|---|---|---|---|---|
| PS 90 Edna Cohen School | 524 | 715 | -191 | 73% |
| PS 95 Gravesend School | 964 | 1,039 | -75 | 93 |
| PS 95 Transportable | 146 | 130 | 16 | 112 |
| PS 97 Highlawn School | 772 | 672 | 100 | 115 |
| PS 97 Transportable | 76 | 130 | -54 | 58 |
| PS 99 Isaac Asimov School | 862 | 839 | 23 | 103 |
| PS 100 Coney Island School | 691 | 739 | -48 | 94 |
| PS 101 Verrazano School | 777 | 673 | 104 | 115 |
| PS 121 Nelson A. Rockefeller School | 323 | 458 | -135 | 71 |
| PS 128 Bensonhurst School | 324 | 498 | -174 | 65 |
| PS 153 Homecrest School of Music | 535 | 543 | -8 | 99 |
| PS 177 Marlboro School | 909 | 949 | -40 | 96 |
| PS 188 Michael E. Berdy School | 754 | 970 | -216 | 78 |
| PS 188 Transportable | 39 | 32 | 7 | 122 |
| PS 199 Frederick R. Wachtel School | 593 | 676 | -83 | 88 |
| PS 209 Margaret Mead School | 700 | 774 | -74 | 90 |
| PS 209 Transportable | 80 | 68 | 12 | 118 |
| PS 212 The Lady Deborah Moody School | 594 | 704 | -110 | 84 |
| PS 212 Transportable | 87 | 100 | -13 | 87 |
| PS 215 Morris H. Weiss School | 710 | 707 | 3 | 100 |
| PS 216 Arturo Toscanini School | 567 | 849 | -282 | 67 |
| PS 225 Eileen E. Zaglin School | 613 | 763 | -150 | 80 |
| PS 225 Annex | 82 | 117 | -35 | 70 |
| PS 226 Alfred B. Mason School | 1,009 | 1,076 | -67 | 94 |
| PS 238 Anne Sullivan School | 733 | 967 | -234 | 76 |
| PS 253 Ezra J. Keats School | 684 | 764 | -80 | 90 |
| PS 253 Transportable | 59 | 48 | 11 | 123 |
| PS 288 Shirley Tanyhill School | 803 | 924 | -121 | 87 |
| PS 329 Surfside School | 839 | 947 | -108 | 89 |
| PS 329 Transportable | 77 | 60 | 17 | 128 |
| **Total for PS Buildings** | **16,575** | **18,475** | **-1,900** | **90%** |

**Table 11.3**
Utilization of CSD 21 Intermediate Schools: 2001-2002.

| School | Enrollment | Capacity | Over/Under | % Utilization |
|---|---|---|---|---|
| IS 43 Reynolds Intermediate School @ PS 225 | 352 | 272 | 80 | 129% |
| IS 96 Seth Low Intermediate School | 1,331 | 1,533 | -202 | 87 |
| IS 98 Bay Academy of Arts and Sciences | 1,319 | 1,522 | -203 | 87 |
| IS 228 David A. Boody Intermediate School | 1,293 | 1,481 | -188 | 87 |
| IS 239 Mark Twain School for Gifted & Talented | 1,243 | 1,334 | -91 | 93 |
| IS 280 | 289 | 408 | -119 | 71 |
| IS 281 Joseph B. Cavallaro Intermediate School | 1,261 | 1,537 | -276 | 82 |
| IS 303 Herbert S. Eisenberg Intermediate School | 1,169 | 1,302 | -133 | 90 |
| Brooklyn Studio Secondary School @ IS 280 | 523 | 359 | 164 | 146 |
| **Total for IS Buildings** | **8,476** | **9,506** | **-1,030** | **89%** |

# RUBIN EXHIBIT I

| Population by Race, Sex & Age - 1980 Census | School District 21 |
|---|---|
| White persons under 5 years | 10906 |
| White persons between 5 and 14 years | 21758 |
| White persons between 15 and 59 years | 115706 |
| White persons between 60 and 64 years | 15309 |
| White persons over 64 years | 48550 |
| Female White persons under 5 years | 5226 |
| Female White persons between 5 and 14 years | 10510 |
| Female White persons between 15 and 59 years | 60587 |
| Female White persons between 60 and 64 years | 8620 |
| Female White persons over 64 years | 29238 |
| Black persons under 5 years | 2138 |
| Black persons between 5 and 14 years | 4737 |
| Black persons between 15 and 59 years | 10973 |
| Black persons between 60 and 64 years | 518 |
| Black persons over 64 years | 680 |
| Female Black persons under 5 years | 1113 |
| Female Black persons between 5 and 14 years | 2284 |
| Female Black persons between 15 and 59 years | 6590 |
| Female Black persons between 60 and 64 years | 373 |
| Female Black persons over 64 years | 470 |
| Indian, Eskimo, Aleutian persons under 5 years | 0 |
| Indian, Eskimo, Aleutian persons between 5 and 14 years | 13 |
| Indian, Eskimo, Aleutian persons between 15 and 59 years | 77 |
| Indian, Eskimo, Aleutian persons between 60 and 64 years | 0 |
| Indian, Eskimo, Aleutian persons over 64 years | 7 |
| Female Indian, Eskimo, Aleutian persons under 5 years | 0 |
| Female Indian, Eskimo, Aleut persons between 5 and 14 year | 9 |
| Female Indian, Eskimo, Aleut persons between 15 and 59 year | 60 |
| Female Indian, Eskimo, Aleut persons between 60 and 64 year | 0 |
| Female Indian, Eskimo, Aleutian persons over 64 years | 7 |
| Asian/Pacific Islander persons under 5 years | 354 |
| Asian/Pacific Islander persons between 5 and 14 years | 835 |
| Asian/Pacific Islander persons between 15 and 59 years | 3228 |
| Asian/Pacific Islander persons between 60 and 64 years | 111 |
| Asian/Pacific Islander persons over 64 years | 284 |
| Female Asian/Pacific Islander persons under 5 years | 168 |
| Female Asian/P. Islander persons between 5 and 14 years | 420 |
| Female Asian/P. Islander persons between 15 and 59 years | 1566 |

Case 1:01-cv-12257-JBW   Document 456-3   Filed 02/12/08   Page 78 of 106 Page ID #: 349

| | |
|---|---|
| Female Asian/P. Islander persons between 60 and 64 years | 40 |
| Female Asian/P. Islander persons over 64 years | 187 |

| **Table Details** |
|---|
| Area Profiled: School District 21 |
| Table: Population by Race, Sex & Age - 1980 Census |
| Source: Bureau of the Census, US Department of Commerce |
| Region: New York City |

| Population by Sex and Age – 1980 Census | School District 21 |
|---|---|
| Total persons under 1 year | 3149 |
| Total persons 1 and 2 years | 5882 |
| Total persons 3 and 4 years | 5959 |
| Total persons 5 years | 2988 |
| Total persons 6 years | 2991 |
| Total persons 7 to 9 years | 8797 |
| Total persons 10 to 13 years | 12745 |
| Total persons 14 years | 3161 |
| Total persons 15 years | 3534 |
| Total persons 16 years | 3760 |
| Total persons 17 years | 3538 |
| Total persons 18 years | 3550 |
| Total persons 19 years | 3623 |
| Total persons 20 years | 3849 |
| Total persons 21 years | 3803 |
| Total persons 22 to 24 years | 12473 |
| Total persons 25 to 29 years | 20485 |
| Total persons 30 to 34 years | 17159 |
| Total persons 35 to 44 years | 23356 |
| Total persons 45 to 54 years | 27516 |
| Total persons 55 to 59 years | 17288 |
| Total persons 60 and 61 years | 7181 |
| Total persons 62 to 64 years | 9967 |
| Total persons 65 to 74 years | 31229 |
| Total persons 75 to 84 years | 17733 |
| Total persons 85 years and over | 3978 |
| Female persons under 1 year | 1512 |
| Female persons 1 and 2 years | 2995 |
| Female persons 3 and 4 years | 2816 |
| Female persons 5 years | 1446 |
| Female persons 6 years | 1498 |
| Female persons 7 to 9 years | 4326 |
| Female persons 10 to 13 years | 6062 |
| Female persons 14 years | 1465 |
| Female persons 15 years | 1711 |
| Female persons 16 years | 1903 |
| Female persons 17 years | 1893 |
| Female persons 18 years | 1763 |

| | |
|---|---:|
| Female persons 19 years | 1780 |
| Female persons 20 years | 1947 |
| Female persons 21 years | 2215 |
| Female persons 22 to 24 years | 6533 |
| Female persons 25 to 29 years | 10539 |
| Female persons 30 to 34 years | 8748 |
| Female persons 35 to 44 years | 12480 |
| Female persons 45 to 54 years | 15166 |
| Female persons 55 to 59 years | 9662 |
| Female persons 60 and 61 years | 3868 |
| Female persons 62 to 64 years | 5819 |
| Female persons 65 to 74 years | 18425 |
| Female persons 75 to 84 years | 11076 |
| Female persons 85 years and over | 2440 |

| Table Details |
|---|
| Area Profiled: School District 21 |
| Table: Population by Sex and Age - 1980 Census |
| Source: Bureau of the Census, US Department of Commerce |
| Region: New York City |

| White Non-Hispanic Pop by Sex & Age Group - 2000 Census ("Short form") | School District 21 |
|---|---:|
| Non-Hispanic whites under 5 years | 9978 |
| Non-Hispanic whites 5 to 9 years | 9855 |
| Non-Hispanic whites 10 to 14 years | 10607 |
| Non-Hispanic whites 15 to 17 years | 6625 |
| Non-Hispanic whites 18 and 19 years | 4262 |
| Non-Hispanic whites 20 years | 2043 |
| Non-Hispanic whites 21 years | 2102 |
| Non-Hispanic whites 22 to 24 years | 6599 |
| Non-Hispanic whites 25 to 29 years | 11442 |
| Non-Hispanic whites 30 to 34 years | 10670 |
| Non-Hispanic whites 35 to 39 years | 11243 |
| Non-Hispanic whites 40 to 44 years | 12068 |
| Non-Hispanic whites 45 to 49 years | 12385 |
| Non-Hispanic whites 50 to 54 years | 13606 |
| Non-Hispanic whites 55 to 59 years | 9023 |
| Non-Hispanic whites 60 and 61 years | 4402 |
| Non-Hispanic whites 62 to 64 years | 6667 |
| Non-Hispanic whites 65 and 66 years | 3751 |
| Non-Hispanic whites 67 to 69 years | 5950 |
| Non-Hispanic whites 70 to 74 years | 11055 |
| Non-Hispanic whites 75 to 79 years | 10181 |
| Non-Hispanic whites 80 to 84 years | 7172 |
| Non-Hispanic whites 85+ years | 7005 |
| Non-Hispanic white females under 5 years | 4761 |
| Non-Hispanic white females 5 to 9 years | 4790 |
| Non-Hispanic white females 10 to 14 years | 5097 |
| Non-Hispanic white females 15 to 17 years | 3214 |
| Non-Hispanic white females 18 and 19 years | 2038 |
| Non-Hispanic white females 20 years | 986 |
| Non-Hispanic white females 21 years | 1034 |
| Non-Hispanic white females 22 to 24 years | 3303 |
| Non-Hispanic white females 25 to 29 years | 5741 |
| Non-Hispanic white females 30 to 34 years | 5285 |
| Non-Hispanic white females 35 to 39 years | 5657 |
| Non-Hispanic white females 40 to 44 years | 6239 |
| Non-Hispanic white females 45 to 49 years | 6454 |
| Non-Hispanic white females 50 to 54 years | 7230 |

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 82 of 106 PageID #: 2353

| | |
|---|---:|
| Non-Hispanic white females 55 to 59 years | 4853 |
| Non-Hispanic white females 60 and 61 years | 2488 |
| Non-Hispanic white females 62 to 64 years | 3760 |
| Non-Hispanic white females 65 and 66 years | 2071 |
| Non-Hispanic white females 67 to 69 years | 3367 |
| Non-Hispanic white females 70 to 74 years | 6390 |
| Non-Hispanic white females 75 to 79 years | 6191 |
| Non-Hispanic white females 80 to 84 years | 4587 |
| Non-Hispanic white females 85+ years | 4867 |

| **Table Details** |
|---|
| Area Profiled: School District 21 |
| Table: White Non-Hispanic Pop by Sex & Age Group - 2000 Census ("Short form") |
| Source: Bureau of the Census, US Department of Commerce |
| Region: New York City |

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 83 of 106 PageID #: 354

| Sex by Age Group - 2000 Census ("Short form") | School District 21 |
|---|---|
| Persons under 5 years | 17564 |
| Persons 5 to 9 years | 18287 |
| Persons 10 to 14 years | 18417 |
| Persons 15 to 17 years | 10999 |
| Persons 18 and 19 years | 7238 |
| Persons 20 years | 3543 |
| Persons 21 years | 3549 |
| Persons 22 to 24 years | 11096 |
| Persons 25 to 29 years | 19144 |
| Persons 30 to 34 years | 18236 |
| Persons 35 to 39 years | 18970 |
| Persons 40 to 44 years | 18974 |
| Persons 45 to 49 years | 18490 |
| Persons 50 to 54 years | 18786 |
| Persons 55 to 59 years | 12525 |
| Persons 60 and 61 years | 5662 |
| Persons 62 to 64 years | 8337 |
| Persons 65 and 66 years | 4797 |
| Persons 67 to 69 years | 7265 |
| Persons 70 to 74 years | 12766 |
| Persons 75 to 79 years | 11379 |
| Persons 80 to 84 years | 7837 |
| Persons 85+ years | 7544 |
| Females under 5 years | 8431 |
| Females 5 to 9 years | 8922 |
| Females 10 to 14 years | 8777 |
| Females 15 to 17 years | 5273 |
| Females 18 and 19 years | 3414 |
| Females 20 years | 1667 |
| Females 21 years | 1746 |
| Females 22 to 24 years | 5500 |
| Females 25 to 29 years | 9651 |
| Females 30 to 34 years | 9151 |
| Females 35 to 39 years | 9711 |
| Females 40 to 44 years | 9736 |
| Females 45 to 49 years | 9688 |
| Females 50 to 54 years | 9974 |
| Females 55 to 59 years | 6786 |

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 84 of 106 PageID #: 355

| | |
|---|---|
| Females 60 and 61 years | 3191 |
| Females 62 to 64 years | 4655 |
| Females 65 and 66 years | 2657 |
| Females 67 to 69 years | 4117 |
| Females 70 to 74 years | 7443 |
| Females 75 to 79 years | 6906 |
| Females 80 to 84 years | 5009 |
| Females 85+ years | 5244 |

**Table Details**

Area Profiled: School District 21

Table: Sex by Age Group – 2000 Census ("Short form")

Source: Bureau of the Census, US Department of Commerce

Region: New York City

# RUBIN EXHIBIT J

New York City
Board of Education

110 Livingston Street
Brooklyn, New York 11201

Anthony J. Alvarado
Chancellor

Joseph Elias
Director
Office of Zoning and Integration

February 15, 1984



MEMORANDUM

TO:        Joseph Elias, Director

FROM:      Fermin Archer, Zoning Associate   *FA.*

SUBJECT:   The Mark Twain Plan

The original Mark Twain Junior High School order was very specific regarding ethnicity. It stated "each of the three plans provides for desegation of all of the middle schools of District 21, including Mark Twain, by providing for a 70 to 30 ratio of white to minority children in each school."

The 70 to 30 ratio was the approximate district average for the 1974-75 school year.

Attached please find a breakdown of the percent of white pupil population in District 21 middle schools including the district average.

## PERCENT WHITE PUPIL POPULATION IN DISTRICT 21 MIDDLE SCHOOLS

|         | OCT. 1983 | OCT. 1982 | OCT. 1981 | OCT. 1980 | OCT. 1979 | OCT. 1975 |
|---------|-----------|-----------|-----------|-----------|-----------|-----------|
| J43K    | 43.9      | 50.0      | 51.9      | 52.0      | 56.5      | 65.0      |
| I96K    | 67.4      | 68.0      | 66.0      | 71.4      | 69.1      | 70.9      |
| J228K   | 62.0      | 64.4      | 64.2      | 62.9      | 66.9      | 76.2      |
| J239K   | 71.1      | 70.2      | 68.2      | 68.5      | 68.1      | 70.3      |
| J281K   | 53.3      | 56.1      | 58.7      | 62.3      | 61.4      | 73.1      |
| J303K   | 54.1      | 53.2      | 55.0      | 57.5      | 58.9      | 55.9      |
| DISTRICT-WIDE AVERAGE | 59.2 | 60.7 | 60.8 | 62.7 | 63.7 | 69.1 |

THE MARK TWAIN SCHOOL FOR THE GIFTED AND TALENTED WAS OPENED IN SEPTEMBER 1975.

FA:ed

Yarbrough v. Hulbert

F. Supp. 147, 148 (N.D. Tex. 1971);

West Memphis School District No. 4 of West Memphis,
Ark., 329 F. Supp. 1059, 1064 (E.D. Ark. 1971);
Bradley v. School Board of City of Richmond, Va., 325
F. Supp. 828, 832-833 (E.D. Va. 1971); Brice v. Landis,
314 F. Supp. 974, 977 (N.D. Cal. 1969).

The three plans before the court considered
by the parties are: (1) the defendant School Board's
for a magnet school; (2) the Special Master's for
another form of magnet school; and (3) Model II of
Professor Dan W. Dodson, a distinguished educator and
consultant to the plaintiffs.

While the original complaint sought only
desegregation of Mark Twain Junior High School, each
of these three plans provides for desegregation of all
of the middle schools of District 21, including Mark
Twain, by providing for a 70-30 ratio of white to
minority children in each school. Each plan thus meets
a fundamental precept of Professor Kenneth Clark, a
widely respected expert in this and related fields,
that desegregation not be "piecemeal." The issue of
segregation of lower schools and high schools in
District 21 and of schools in other districts is not
before the court in the present litigation.

# RUBIN EXHIBIT K

**COMMUNITY SCHOOL BOARD DISTRICT 21**
**New York City Board of Education**

DOMENIC M. RECCHIA, JR., PRESIDENT
RALPH TARANTINO, 1ST VICE PRESIDENT
CARMINE SANTA MARIA, 2ND VICE PRESIDENT
MICHAEL CHAIM NELSON, SECRETARY
EDWARD J. SUTTON, TREASURER

LUCILLE KATZ
SHELDON PLOTNICK
MARSHA RAPAPORT
PAUL SPIRGEL

521 West Avenue, Brooklyn, NY 11224
Telephone (718) 714-2523/2524

DONALD WEBER
COMMUNITY SUPERINTENDENT

## COMMUNITY SCHOOL BOARD 21K

### MINUTES

Date:              March 22, 1995

Time:              8:00 p.m.

Place:             Auditorium
                   I.S. 303
                   501 West Avenue
                   Brooklyn, NY 11224

Present:           Domenic M. Recchia, Jr. -    President
                   Ralph Tarantino,       -    1st Vice President
                   Carmine Santa Maria    -    2nd Vice President
                   Edward J. Sutton       -    Treasurer
                   Lucille Katz
                   Paul Spirgel

Absent &
Excused:           Michael Chaim Nelson
                   Sheldon Plotnick
                   Marsha Rapaport

==========================================================================

Mr. Recchia, President of Community School Board 21K, opened the March 22, 1995
Public Meeting of Community School Board 21 at 8:15 p.m.

                        *        *        *

1) Adoption of the Minutes of the Previous Public Meeting (February 1, 1995)
The Minutes of the previous Public Meeting (February 1, 1995) were presented for review. There being
no errors, corrections, additions or deletions, motion was made and duly seconded to accept the Minutes
as presented. Board unanimously approved.

                        *        *        *

2)      President's Report:

Mr. Recchia welcomed everyone to this evening's meeting an announced, for the record, that
Michael Chaim Nelson, Sheldon Plotnick and Marsha Rapaport were absent and excused from this
evening's meeting.

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 90 of 106 PageID #: 361

2)   <u>President's Report:</u>

The following announcements were made:

- The next Working Session Meeting will be held on April 5, 1995.  The Public Meeting
  will be held on April 26, 1995.

- Marine Midland Bank sponsored a City-wide essay contest Re:  Racism - Just Undo it.
  Students from P.S. 121 were chosen for their essay.  A poster will be displayed in all
  Marine Midland Banks with pictures of the winners.  Seventeen schools throughout
  New York City  were selected.

- Congratulations to Ms. Chitraro for her many years of devoted service to the children
  of District 21.  A dedication ceremony was held prior to the Public Meeting naming the
  District Office Conference Room - the Dolores Chitraro Conference Room.

- Bruce Wallach was selected by Mayor Giuliani as a principal who has had a positive impact
  on their school.

                                          *

3)   <u>Superintendent's Report</u>:

Mr. Weber commented briefly on the following:

- Dolores Chitraro (former Community Superintendent - District 21) was thanked for her
  energy and devotion she contributed to students, staff and parents by naming the
  District Office conference room in her honor.

- Thanked Doris Vershleiser and Carmine Santa Maria for their support and hard work
  and their trip to Albany   Re:  Governor's budget cuts.

- Thanked Mrs. Silverman, Mrs. Plotnick and Mr. Chester for attending the
  Re-zoning meetings.

- Patricia Serota and Tildy Becker have received a $500 WNET Telecommunications
  Grant for Mark twain.

- Gina Petrocelli, daughter of Gerri Petrocelli, placed 6th in the nation in the prestigious
  Westinghouse Science Search Award and won $15,000.  She plans to attend
  Harvard University.

- Mr. Weber congratulated Angela Cisternino (P.S. 97) on having been granted tenure.

                                          *

4)  The Community Superintendent presents the following resolutions for consideration:

A)     RESOLVED, That Community School District 21 restructure P.S. 95K to permit inclusion
       of a sixth grade in September, 1995, a seventh grade in September, 1996, and an eighth
       grade in September, 1997.

       <u>EXPLANATION</u>:  Additional space made available when the District Office vacated the
       building enables the district to provide a middle school program for P.S. 95 students.
       An informational meeting was held with parents, staff, administration on February 15, 1995;
       a Public Hearing was conducted on March 8, 1995.

                        Read by:      Domenic M. Recchia, Jr.
                        Seconded:     Carmine Santa Maria
                        Vote:         6-Yes 0-No 3-Absent & Excused (MN, SP, MR)

                              <u>APPROVED</u>

                                          *

- 3 -

B)   RESOLVED, That Community School District 21 restructure P.S. 209K to permit inclusion of a sixth grade in September, 1995, a seventh grade in September, 1996, and an eighth grade in September, 1997.

EXPLANATION: The restructuring of I.S. 43 to facilitate a specialized, "unzoned" middle school program leaves P.S. 209 students without a zoned middle school.  Students completing grade five may apply to the special program at I.S. 43 (those meeting the criteria will be considered "priorities" for admission), other specialized middle school programs in District 21 OR they may opt to remain at P.S. 209 for their middle school program.  An informational meeting was held with parents, staff and administration on February 7, 1995; a public hearing was conducted on March 8, 1995.

                Read by:        Domenic M. Recchia, Jr.
                Seconded:       Paul Spirgel
                Vote:           6-Yes 0-No 3-Absent & Excused (MN, SP, MR)

                            APPROVED

                               *

C)   RESOLVED, That Community School District 21 restructure P.S. 225K to permit the inclusion of a sixth grade in September, 1995, a seventh grade in September, 1996 and an eighth grade in September, 1997.

EXPLANATION: The restructuring of P.S. 225 to facilitate a specialized, "unzoned" middle school program there leaves P.S. 225  students without a zoned middle school. Students completing grade five may apply to the special program at I.S. 43 (those meeting the criteria will be considered "priorities" for admission), other specialized middle school  programs in District 21 OR they may opt to remain at P.S. 225 for their middle school  program.  An informational meeting was held with parents, staff, administration on January 31, 1995; a public hearing was conducted on March 8, 1995.

                Read by:        Domenic M. Recchia, Jr.
                Seconded:       Ralph Tarantino
                Vote:           6-Yes 0-No 3-Absent & Excused (MN, SP,  MR)

                            APPROVED

                               *

D)   RESOLVED, That Community School District 21 restructure P.S. 253 to permit inclusion of a sixth grade in September, 1995, and

Upon successful completion of grade six in June, 1996, P.S. 253 students will be zoned to I.S. 303 to complete their intermediate school education, and

The re-zoning to P.S. 100 of new-entrant students whose home addresses on Ocean Parkway (eastern side), Brighton 1st and Brighton 2nd Streets are currently zoned to P.S. 253.

EXPLANATION: The re-structuring of I.S. 43 to facilitate a specialized "unzoned" middle school there leaves P.S. 253 students without a zoned middle school.  Building utilization can accommodate a sixth grade extension of organization; I.S. 303 can accommodate P.S. 253 students for their middle school program.  An informational meeting was held with parents, staff, administration on January 26, 1995; a public hearing was conducted  on March 8, 1995.

                Read by:        Domenic M. Recchia, Jr.
                Seconded:       Ralph Tarantino
                Vote:           6-Yes 0-No 3-Absent & Excused (MN, SP, MR)

                            APPROVED

                               *

- 4 -

E)   RESOLVED, That Community School District 21 restructure P.S. 288 to permit the
     inclusion of a seventh grade in September, 1995, and an eighth grade in September,
     1996.

     <u>EXPLANATION</u>: P.S. 288K (Coney Island) students have not had a zoned,
     neighborhood middle school program option since the inception of the Mark Twain
     Intermediate School for the Gifted and Talented.  This organizational extension permits
     that option for those who want it.  An informational meeting was held with parents, staff,
     administration on March 3, 1995; a public hearing was conducted on March 8, 1995.

                    Read by:        Domenic M. Recchia, Jr.
                    Seconded:       Ralph Tarantino
                    Vote:           6-Yes 0-No 3-Absent & Excused (MN, SP, MR)

                         <u>APPROVED</u>

                                *

F)   RESOLVED, That Community School District 21 rezone to P.S. 225 students (both from
     within and outside of Community School District 21) in the current I.S. 43 catchment area.
     Those students will also have the options to apply for special district programs at Mark
     Twain I. S. 239, David A. Boody, I.S. 228 and James J. Reynolds, I.S. 43.

     <u>EXPLANATION</u>: Students from P.S. 195K (District 22) are included in the present I.S. 43
     catchment area.  This resolution provides an additional option for those, and other
     students, for their middle school program.

                    Read by:        Domenic M. Recchia, Jr.
                    Seconded:       Lucille Katz
                    Vote:           6-Yes 0-No 3-Absent & Excused (MN, SP, MR)

                         <u>APPROVED</u>

                                *

G)   RESOLVED, That The District 21 Trip Policy submitted by the Trip Policy Committee
     be accepted by the Community School Board as the official Trip Policy of District 21.

     <u>EXPLANATION</u>: A committee comprised of principals and district personnel was
     convened to update and revise  District 21's Trip Policy so that it would be in compliance
     with all existing regulations as well as meet the exacting educational and safety standards
     of District 21.  There was ongoing consultation with parents as well.  Several draft
     documents were presented to the Board for further discussion and review at Working
     Sessions of the Community School Board.  The revisions/amendments suggested
     at those sessions were incorporated into the final document which will now become
     policy.

                    Read by:        Domenic M. Recchia, Jr.
                    Seconded:       Ralph Tarantino
                    Vote:           5-Yes 0-No  1-Abstained (ES)
                                    3-Absent & Excused (MN, SP, MR)

                         <u>APPROVED</u>

                                *

- 5 -

H)      RESOLVED, That District 21 accept a planning grant of $32,000 for P.S. 177 from the
State Magnet Program.

EXPLANATION: P.S. 177 was awarded a grant to plan for the reorganization of the school
as a magnet site.  A Planning Committee consisting of district office staff, P.S. 177 school
staff and parents, and the community members will work out strategies to implement a
comprehensive program of foreign language and cultural activities designed to increase
children's understandings of, and respect for, the diverse cultures represented in their
school and community.

|  |  |
|---|---|
| Read by: | Ralph Tarantino |
| Seconded: | Domenic M. Recchia, Jr. |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

<u>APPROVED</u>

*

I)      RESOLVED, That District 21 accept a State Magnet Schools Program grant for
Professional Development in mathematics and Science in grades 4 - 9, in the amount
of $100,398.

EXPLANATION:  A .4 teacher trainer/staff developer will be responsible for training
activities at target sites including, but not limited to:  demonstration lessons,
presentations at grade and faculty conferences, and workshops for parents and staff,
such as calculator workshops, laser disk training, etc.

|  |  |
|---|---|
| Read by: | Ralph Tarantino |
| Seconded: | Domenic M. Recchia, Jr. |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

<u>APPROVED</u>

*

J)      RESOLVED, That District 21 accept a gift on behalf of P.S. 128 amounting to $6,105
from the P.S. 128 P.T.A.

EXPLANATION:  The P.T.A. raised money to purchase window and stage curtains
for P.S. 128's auditorium.

|  |  |
|---|---|
| Read by: | Carmine Santa Maria |
| Seconded: | Lucille Katz |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

<u>APPROVED</u>

*

K)      RESOLVED, That District 21 accept a computer set-up for I.S. 281 contributed by
Mrs. Arlene Rosenblatt, Resource Room Teacher at I.S. 281.  The estimated cost
is $3,000.

EXPLANATION:  The computer is being used in the school's resource room.

|  |  |
|---|---|
| Read by: | Carmine Santa Maria |
| Seconded: | Paul Spirgel |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

<u>APPROVED</u>

*

- 6 -

L)   RESOLVED, That District 21 accept a gift on behalf of P.S. 121, in the amount of
$1,780.

EXPLANATION: The P.T.A. of P.S. 121 raised funds to purchase a curtain for the
school's auditorium.  The gift will enhance the appearance and climate of the school.

|  |  |
|---|---|
| Read by: | Carmine Santa Maria |
| Seconded: | Ralph Tarantino |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

APPROVED

*

M)   RESOLVED, That District 21 accept a gift on behalf of P.S. 288 from their P.T.A. in
the amount of $1,000.

EXPLANATION:  The funds were used to purchase a Video LCD Projector for use in
the on-going instructional program

|  |  |
|---|---|
| Read by: | Domenic M. Recchia, Jr. |
| Seconded: | Ralph Tarantino |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

APPROVED

*

N)   WHEREAS, The District Attorney of Kings County has served subpoenas upon
Community School District 21 for records and documents pertaining to the operations
of the district, and

WHEREAS, This district seeks to continue to comply with all applicable laws and
regulations of the City and State of New York while providing the highest levels of
education for the children of Community School District 21, therefore be it

RESOLVED, That Community School District 21 retain legal counsel to represent and
advise the Community School Board and district employees in connection with
operations of the district commencing on March 8, 1995 not to exceed the sum of
$4,999; at an hourly rate of $70 for an attorney and an hourly rate of $35 for a paralegal.

EXPLANATION: Section 2590 (e) (10) of the Education Law authorizes Community
School Boards to employ or retain counsel subject to the powers and duties of the
New York City Corporation Counsel.  Procedures for employing legal staff engaged
by Community School Boards are found in the Standard Operating Procedures
Manual for Financial Management Centers.  The procedures call for a Community
School Board resolution.

|  |  |
|---|---|
| Read by: | Domenic M. Recchia, Jr. |
| Seconded: | Lucille Katz |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

APPROVED

*

- 7 -

O)    RESOLVED, That the By-Laws of Community School Board 21 be amended as indicated in the draft submitted and reviewed at the Community School Board Working Session Meeting held on March 8, 1995.  The revised By-Laws shall become effective immediately upon approval by the Community School Board.

EXPLANATION: Since the By-laws were amended on March 27, 1985, numerous changes have taken place in various regulations pertinent to the operation of the Community School Board.  As a result, the By-Laws are being amended to reflect these changes.

|  |  |
|---|---|
| Read by: | Lucille Katz |
| Seconded: | Ralph Tarantino |
| Vote: | 6-Yes 0-No 3-Absent & Excused (MN, SP, MR) |

<u>APPROVED</u>

\*

5)  <u>Committee Reports</u>:

    None

\*

6)  <u>Good & Welfare</u>:

Speakers were called under this Agenda item.  Their comments and/or briefs are on file in the Office of the Community School Board.

\*

There being no other business, Mr. Recchia, adjourned this evening's Public Meeting at 9:00 p.m.

\*

The next regularly scheduled Public Meeting will be held on Wednesday April 26, 1995 at 8:00 p.m.

\*

Respectfully submitted,

Linda Romano

Approved:_____

Date:_____

# RUBIN EXHIBIT L

ALL GRADES PRE K TO 9 (WITHOUT SPECIAL EDUCATION)

| JUNIOR HIGH SCH. | REGISTERS | | | | | | PERCENTAGES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | AMER.IND. or ALASKAN | ASIAN | HISP. | BLACK | OTHER | TOTAL | AMER.IND. or ALASKAN | ASIAN | HISP. | BLACK | OTH |
| 13 | 2 | 165 | 207 | 165 | 414 | 958 | 0 | 18 | 22 | 17 | 43 |
| 96 | 0 | 163 | 213 | 284 | 847 | 1467 | 0 | 11 | 15 | 19 | 55 |
| 228 | 0 | 92 | 168 | 160 | 541 | 961 | 0 | 10 | 17 | 17 | 56 |
| 239 | 0 | 181 | 143 | 148 | 635 | 1107 | 0 | 12 | 13 | 14 | 52 |
| 281 | 0 | 100 | 123 | 136 | 455 | 814 | 0 | 12 | 15 | 17 | 56 |
| 303 | 1 | 25 | 139 | 214 | 418 | 797 | 0 | 3 | 17 | 27 | 53 |
| TOTAL JHS | 3 | 729 | 995 | 1107 | 3270 | 6104 | 0 | 12 | 16 | 18 | 54 |
| SCH. | 0 | 17 | 266 | 162 | 159 | 606 | 0 | 3 | 44 | 27 | 26 |
| | 0 | 50 | 188 | 140 | 357 | 735 | 0 | 7 | 26 | 19 | 48 |
| | 1 | 58 | 93 | 55 | 526 | 768 | 0 | 10 | 12 | 8 | 68 |
| | 0 | 219 | 137 | 121 | 325 | 802 | 0 | 27 | 17 | 15 | 41 |
| | 0 | 27 | 37 | 86 | 416 | 566 | 0 | 5 | 7 | 15 | 23 |
| | 0 | 110 | 64 | 49 | 446 | 669 | 0 | 16 | 10 | 7 | 67 |
| | 0 | 6 | 38 | 31 | 124 | 199 | 0 | 3 | 19 | 16 | 62 |
| | 0 | 94 | 48 | 27 | 195 | 364 | 0 | 26 | 13 | 7 | 54 |
| | 1 | 84 | 58 | 22 | 260 | 425 | 0 | 20 | 14 | 5 | 61 |
| | 0 | 161 | 157 | 28 | 487 | 835 | 0 | 19 | 19 | 3 | 59 |
| | 0 | 37 | 236 | 475 | 182 | 952 | 0 | 4 | 25 | 52 | 19 |
| | 1 | 108 | 83 | 36 | 280 | 507 | 0 | 22 | 16 | 7 | 55 |
| | 0 | 98 | 61 | 67 | 295 | 521 | 0 | 18 | 12 | 13 | 57 |
| | 1 | 85 | 213 | 178 | 194 | 674 | 0 | 13 | 31 | 29 | 21 |
| | 0 | 44 | 56 | 59 | 387 | 546 | 0 | 8 | 10 | 11 | 71 |
| | 0 | 76 | 52 | 55 | 464 | 652 | 0 | 12 | 9 | 8 | 7 |
| | 0 | 87 | 100 | 42 | 336 | 565 | 0 | 15 | 18 | 7 | 60 |
| | 0 | 120 | 126 | 30 | 388 | 664 | 0 | 18 | 19 | 5 | 58 |
| | 0 | 34 | 134 | 157 | 252 | 577 | 0 | 6 | 23 | 27 | 44 |
| | 0 | 215 | 259 | 43 | 266 | 783 | 0 | 27 | 33 | 5 | 35 |
| | 0 | 2 | 225 | 379 | 4 | 610 | 0 | 0 | 37 | 62 | 1 |
| | 0 | 27 | 214 | 454 | 40 | 737 | 0 | 4 | 27 | 62 | 5 |
| ELEM | 4 | 1803 | 2847 | 2736 | 6385 | 13,777 | 0 | 13 | 21 | 20 | 46 |
| GD TOTAL | 7 | 2532 | 3844 | 3843 | 9655 | 19881 | 0 | 13 | 19 | 19 | 49 |

DATE: 12/87

DISTRICT 21

Case 1:72-cv-01041-JBW   Document 456-3   Filed 02/12/08   Page 97 of 106 PageID #: 368

**RUBIN EXHIBIT M**

SCHOOL DISTRICT PROFILES   10/31/1992
-------------------------------------

Y470

| YEAR | CSD | SCHOOL | CAPACITY | REGISTER | UTIL. | ASIAN | PERCENT | BLACK | PERCENT | HISP. | PERCENT | WHITE | PERCENT | GRADES |
|------|-----|--------|----------|----------|-------|-------|---------|-------|---------|-------|---------|-------|---------|--------|
| 1992 | 21 | P090 | 838 | 555 | 66.23 | 10 | 1.80 | 154 | 27.75 | 217 | 39.10 | 174 | 31.35 | PK-5 |
| 1992 | 21 | P095 | 681 | 748 | 109.84 | 78 | 10.43 | 153 | 20.45 | 155 | 20.72 | 362 | 48.40 | PK-5 |
| 1992 | 21 | P097 | 650 | 693 | 106.62 | 142 | 20.49 | 37 | 5.34 | 83 | 11.98 | 431 | 62.19 | K-5 |
| 1992 | 21 | P099 | 744 | 835 | 112.23 | 210 | 25.15 | 147 | 17.60 | 114 | 13.65 | 364 | 43.59 | K-8 |
| 1992 | 21 | P100 | 720 | 555 | 77.08 | 52 | 9.37 | 100 | 18.02 | 42 | 7.57 | 361 | 65.05 | K-5 |
| 1992 | 21 | P101 | 742 | 680 | 91.64 | 136 | 20.00 | 52 | 7.65 | 76 | 11.18 | 416 | 61.18 | K-5 |
| 1992 | 21 | P121 | 233 | 198 | 84.98 | 6 | 3.03 | 20 | 10.10 | 33 | 16.67 | 139 | 70.20 | K-6 |
| 1992 | 21 | P128 | 435 | 399 | 91.72 | 91 | 22.81 | 30 | 7.52 | 60 | 15.04 | 218 | 54.64 | PK-5 |
| 1992 | 21 | P153 | 647 | 472 | 72.95 | 94 | 19.92 | 23 | 4.87 | 60 | 15.04 | 284 | 60.17 | K-6 |
| 1992 | 21 | P177 | 880 | 832 | 94.55 | 185 | 22.24 | 32 | 3.85 | 71 | 16.47 | 478 | 57.45 | K-5 |
| 1992 | 21 | P188 | 978 | 1,047 | 107.06 | 51 | 4.87 | 535 | 51.10 | 246 | 23.50 | 215 | 20.53 | K-5 |
| 1992 | 21 | P199 | 555 | 597 | 107.57 | 115 | 19.26 | 41 | 6.87 | 79 | 13.23 | 362 | 60.64 | K-6 |
| 1992 | 21 | P209 | 672 | 594 | 88.39 | 74 | 12.46 | 67 | 11.28 | 62 | 10.44 | 391 | 65.82 | K-5 |
| 1992 | 21 | P212 | 773 | 551 | 71.28 | 72 | 13.07 | 166 | 30.13 | 194 | 35.21 | 119 | 21.60 | PK-5 |
| 1992 | 21 | P215 | 652 | 511 | 78.37 | 43 | 8.41 | 71 | 13.89 | 79 | 15.46 | 318 | 62.23 | PK-5 |
| 1992 | 21 | P216 | 815 | 649 | 79.63 | 71 | 10.94 | 64 | 9.86 | 66 | 10.17 | 448 | 69.03 | K-5 |
| 1992 | 21 | P225 | 818 | 648 | 79.22 | 114 | 17.59 | 49 | 7.56 | 87 | 13.43 | 398 | 61.42 | PK-5 |
| 1992 | 21 | P226 | 1,022 | 750 | 73.39 | 127 | 16.93 | 67 | 8.93 | 153 | 20.40 | 403 | 53.73 | K-6 ANX |
| 1992 | 21 | P238 | 775 | 734 | 94.71 | 51 | 6.95 | 155 | 21.12 | 147 | 20.03 | 381 | 51.91 | K-8 |
| 1992 | 21 | P253 | 790 | 829 | 104.94 | 232 | 27.99 | 38 | 4.58 | 272 | 32.81 | 287 | 34.62 | K-5 |
| 1992 | 21 | P288 | 665 | 596 | 89.62 | 3 | 0.50 | 366 | 61.41 | 226 | 37.92 | 1 | 0.17 | PK-5 |
| 1992 | 21 | P329 | 854 | 826 | 96.72 | 20 | 2.42 | 539 | 65.25 | 225 | 27.24 | 42 | 5.08 | PK-5 |
| TOTAL | | | 15,939 | 14,299 | 89.71 | 1,977 | 13.83 | 2,906 | 20.32 | 2,824 | 19.75 | 6,592 | 46.10 | |
| ******** | | | | | | | | | | | | | | |
| 1992 | 21 | J043 | 1,440 | 887 | 61.60 | 147 | 16.57 | 179 | 20.18 | 193 | 21.76 | 368 | 41.49 | 6-8 |
| 1992 | 21 | J096 | 1,503 | 1,572 | 104.59 | 245 | 15.59 | 243 | 15.46 | 238 | 15.14 | 846 | 53.82 | 6-8,9SP |
| 1992 | 21 | J228 | 1,417 | 1,083 | 76.43 | 140 | 12.93 | 213 | 19.57 | 221 | 20.41 | 509 | 47.00 | 6-8 |

procedure name : ethnic

procedure name : ethnic

SCHOOL DISTRICT PROFILES   10/31/1992

| Year | CSD | SCHOOL | CAPACITY | REGISTER | UTIL. | ASIAN | PERCENT | BLACK | PERCENT | HISP. | PERCENT | WHITE | PERCENT | GRADES |
|------|-----|--------|----------|----------|-------|-------|---------|-------|---------|-------|---------|-------|---------|--------|
| 1992 | 21 | J239 | 1,603 | 1,185 | 73.92 | 211 | 17.81 | 165 | 13.92 | 125 | 10.55 | 684 | 57.72 | 6-8 |
| 1992 | 21 | J281 | 1,423 | 943 | 66.27 | 138 | 14.63 | 181 | 19.19 | 233 | 24.71 | 391 | 41.46 | 6-8 |
| 1992 | 21 | J303 | 1,469 | 1,029 | 70.05 | 36 | 3.50 | 327 | 31.78 | 253 | 24.59 | 413 | 40.14 | 6-8 |
| TOTAL | | | 8,855 | 6,699 | 75.65 | 917 | 13.69 | 1,308 | 19.53 | 1,263 | 18.85 | 3,211 | 47.93 | |
| TOTALS | | | 24,794 | 20,998 | 84.69 | 2,894 | 13.78 | 4,214 | 20.07 | 4,087 | 19.46 | 9,803 | 46.69 | |

******

# RUBIN EXHIBIT N

11/07/94

SCHOOL DISTRICT PROFILES  10/31/1993

| Year | CSD | SCHOOL | CAPACITY | REGISTER | UTIL. | ASIAN | PERCENT | BLACK | PERCENT | HISP. | PERCENT | WHITE | PERCENT | GRADES | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 21K | P090 | 841 | 563 | 66.9 | 13 | 2.3 | 144 | 25.6 | 217 | 38.5 | 189 | 33.6 | PK-5 | |
| 1993 | 21K | P095 | 678 | 775 | 114.3 | 92 | 11.9 | 152 | 19.6 | 151 | 19.5 | 380 | 49.0 | PK-5 | |
| 1993 | 21K | P097 | 682 | 750 | 110.0 | 148 | 19.7 | 38 | 5.1 | 86 | 11.5 | 478 | 63.7 | PK-5 | |
| 1993 | 21K | P099 | 751 | 964 | 128.4 | 231 | 24.0 | 148 | 15.4 | 123 | 12.8 | 462 | 47.9 | PK-8 | |
| 1993 | 21K | P100 | 746 | 613 | 82.2 | 56 | 9.1 | 104 | 17.0 | 47 | 7.7 | 406 | 66.2 | PK-5 | |
| 1993 | 21K | P101 | 724 | 768 | 106.1 | 176 | 22.9 | 47 | 6.1 | 93 | 12.1 | 452 | 58.9 | PK-5 | |
| 1993 | 21K | P121 | 284 | 205 | 72.2 | 15 | 7.3 | 19 | 9.3 | 52 | 25.4 | 119 | 58.0 | PK-6 | |
| 1993 | 21K | P128 | 421 | 427 | 101.4 | 99 | 23.2 | 37 | 8.7 | 56 | 13.1 | 235 | 55.0 | PK-5 | |
| 1993 | 21K | P153 | 637 | 546 | 85.7 | 123 | 22.5 | 29 | 5.3 | 83 | 15.2 | 311 | 57.0 | PK-6 | |
| 1993 | 21K | P177 | 880 | 863 | 98.1 | 214 | 24.8 | 31 | 3.6 | 150 | 17.4 | 468 | 54.2 | PK-5 | |
| 1993 | 21K | P188 | 988 | 1,029 | 104.1 | 52 | 5.1 | 524 | 50.9 | 239 | 23.2 | 214 | 20.8 | K-5 | |
| 1993 | 21K | P199 | 597 | 638 | 106.9 | 120 | 18.8 | 42 | 6.6 | 86 | 13.5 | 390 | 61.1 | PK-6 | |
| 1993 | 21K | P209 | 662 | 608 | 91.8 | 86 | 14.1 | 76 | 12.5 | 61 | 10.0 | 385 | 63.3 | PK-5 | |
| 1993 | 21K | P212 | 659 | 478 | 72.5 | 77 | 16.1 | 119 | 24.9 | 191 | 40.0 | 91 | 19.0 | PK-5 | |
| 1993 | 21K | P215 | 720 | 549 | 76.2 | 55 | 10.0 | 62 | 11.3 | 82 | 14.9 | 350 | 63.8 | PK-5 | ANX |
| 1993 | 21K | P216 | 785 | 679 | 86.5 | 89 | 13.1 | 80 | 11.8 | 60 | 8.8 | 450 | 66.3 | PK-5 | |
| 1993 | 21K | P225 | 971 | 671 | 69.1 | 118 | 17.6 | 62 | 8.8 | 95 | 14.2 | 399 | 59.5 | PK-5 | |
| 1993 | 21K | P226 | 1,052 | 790 | 75.1 | 136 | 17.2 | 79 | 10.0 | 143 | 18.1 | 432 | 54.7 | PK-6 | |
| 1993 | 21K | P238 | 829 | 814 | 98.2 | 53 | 6.5 | 166 | 20.4 | 168 | 20.6 | 427 | 52.5 | PK-8 | |
| 1993 | 21K | P253 | 799 | 839 | 105.0 | 244 | 29.1 | 35 | 4.2 | 280 | 33.4 | 280 | 33.4 | K-5 | |
| 1993 | 21K | P288 | 906 | 668 | 73.7 | 4 | .6 | 415 | 62.1 | 244 | 36.5 | 5 | .7 | PK-5 | |
| 1993 | 21K | P329 | 930 | 836 | 89.9 | 29 | 3.5 | 536 | 64.1 | 216 | 25.8 | 55 | 6.6 | PK-5 | |
| | | P.S. TOTALS | 16,542 | 15,073 | 91.1 | 2,230 | 14.8 | 2,942 | 19.5 | 2,923 | 19.4 | 6,978 | 46.3 | | |
| 1993 | 21K | I043 | 1,337 | 1,027 | 76.8 | 138 | 13.4 | 216 | 21.0 | 229 | 22.3 | 444 | 43.2 | 6-8 | |
| 1993 | 21K | I096 | 1,524 | 1,391 | 91.3 | 230 | 16.5 | 198 | 14.2 | 203 | 14.6 | 760 | 54.6 | 6-8,9SP | |
| 1993 | 21K | I228 | 1,435 | 1,116 | 77.8 | 148 | 13.3 | 223 | 20.0 | 220 | 19.7 | 525 | 47.0 | 6-8 | |
| 1993 | 21K | I239 | 1,317 | 1,240 | 94.2 | 210 | 16.9 | 159 | 12.8 | 109 | 8.8 | 762 | 61.5 | 6-8 | |
| 1993 | 21K | I281 | 1,424 | 1,149 | 80.7 | 175 | 15.2 | 219 | 19.1 | 217 | 18.9 | 538 | 46.8 | 6-8 | |
| 1993 | 21K | I303 | 1,522 | 938 | 61.6 | 44 | 4.7 | 293 | 31.2 | 220 | 23.5 | 381 | 40.6 | 6-8 | |
| | | I.S./J.H.S. TOTALS | 8,559 | 6,861 | 80.2 | 945 | 13.8 | 1,308 | 19.1 | 1,198 | 17.5 | 3,410 | 49.7 | | |
| | | DISTRICT TOTALS | 25,101 | 21,934 | 87.4 | 3,175 | 14.5 | 4,250 | 19.4 | 4,121 | 18.8 | 10,388 | 47.4 | | |

**RUBIN EXHIBIT O**

*Project Abstract – New York City Community School Districts 20, 21, and 31 Consortium*

*A brief description of major objectives*: For each project year: **(1.1)** Minority group isolation will be reduced at each magnet school. **(1.2, 1.3)** Applicant pool for each magnet school: The proportion of white students will exceed the current enrollment; the number of applicants will exceed the number of available seats. **(1.4)** No feeder school will exceed the district-wide average of minority students for that grade level.) **(1.4)** Class minority:non-minority ratios will not deviate from grade ratios by more than 15%.

**(2.1)** Magnet schools will complete comprehensive education plans with goals, objectives, and activities related to the MSAP performance indicators and purposes and the objectives and activities of this project. **(2.2)** Surveys will measure teacher perceptions of school planning. **(2.3)** Magnet resource teachers will facilitate and support the implementation of systemic reforms and provide all students with the opportunity to meet challenging State academic content standards and student academic achievement standards. **(2.4)** Each year, there will be an increase in the numbers of parents who participate in various magnet school activities.

**(3.1)** Magnet resource teachers will facilitate and support the development and implementation of magnet themes. **(3.2, 3.3)** Magnet theme related units, lessons and courses will be developed, used with students for a specific number of minutes per week and published.

**(4.1)** Magnet schools will show improvement in reading, mathematics and writing each year for all students and subgroups. By Year 3, all magnet schools will attain NCLB Adequate Yearly Progress (AYP). **(4.2)** Magnet school students will develop mastery of the magnet curriculum.

**(5.1, 5.2)** Magnet school teachers will receive, on average, 40 hours of professional development that they use and find helpful.

*Names of magnet schools, special curricular programs, and number of students who will participate (2007-8):* **IS 27**, The Magnet School for Applied Learning with Technology – Engineering, Enterprise and Journalism Academies (953 students); **IS 61**, The Magnet School of Arts and Letters Through Museum Studies – Media and Broadcasting, Community and Environmental Studies, and Invention and Exploration Academies (953 students); **PS/IS 192**, The Magnet School for Math and Science Inquiry; **PS/IS 288**, The Magnet School of Performing and Visual Arts (614 students); **PS 503**, The Magnet School for Ecology and the Urban Environment (817 students); **PS 506**, The Magnet School of Global Communication Through Technology (804 students).



## U.S. Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**1** RECIPIENT NAME:
New York City Department of EducCommunity School District 20
Magnet Programs Teaching and Learning
415 89th Street
Brooklyn, NY 11209

**5** AWARD INFORMATION
PR/AWARD NUMBER   U165A070021
ACTION NUMBER   01
ACTION TYPE   New
AWARD TYPE   Discretionary

**2** PROJECT TITLE
84.165A
Community School District 20, 21, and 31 Consortium
Magnet Schools Assistance Program

**6** AWARD PERIODS
BUDGET PERIOD   09/30/2007 - 10/01/2008
PERFORMANCE PERIOD   09/30/2007 - 09/30/2010
FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 02 | 10/02/2008 - 09/30/2009 | $3,119,806.00 |
| 03 | 10/01/2009 - 09/30/2010 | $3,186,041.00 |

**3** PROJECT STAFF

RECIPIENT PROJECT DIRECTOR
Geraldine Scotto   (718) 759 - 4956

EDUCATION PROGRAM CONTACT
James Guitard   (202) 260 - 2006

EDUCATION PAYMENT CONTACT
GAPS PAYEE HOTLINE   (888) 336 - 8930

**7** AUTHORIZED FUNDING
THIS ACTION   $2,971,034.00
BUDGET PERIOD   $2,971,034.00
PERFORMANCE PERIOD   $2,971,034.00

**4** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Geraldine Scotto | Project Director | 100% |

**8** ADMINISTRATIVE INFORMATION
DUNS/SSN   103669289
REGULATIONS   CFR PART 280
EDGAR AS APPLICABLE
ATTACHMENTS   A, B OII POI, C, E1, E2, E3, F, S

**9** LEGISLATIVE AND FISCAL DATA
AUTHORITY: PL 100297 ELEMENTARY AND SECONDARY EDUCATION ACT OF 1965, AS AMENDED
PROGRAM TITLE: MAGNET SCHOOLS ASSISTANCE

CFDA/SUBPROGRAM NO: 84.165A

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 0204A | 2007 | 2007 | EU000000 | B | U60 | 000 | 165 | 4101C | $2,971,034.00 |

Ver. 1
ED-GAPS001 (01/98)



**U.S. Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

**10**

PR/AWARD NUMBER:  U165A070021

RECIPIENT NAME:  New York City Department of EducCommunity School District 20
Magnet Programs Teaching and Learning

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT: (1) THE RECIPIENT'S APPLICATION (BLOCK 2), (2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS (BLOCK8), AND (3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS (BLOCK 8).

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6.  IN ACCORDANCE WITH 34 CFR 75.253, THE DEPARTMENT OF EDUCATION WILL CONSIDER CONTINUED FUNDING IF: (1)  CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM, (2)  THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT, (3)  THE RECIPIENT HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE OBJECTIVES IN ITS APPROVED APPLICATION, AND (4) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118 AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY.

IN ACCORDANCE WTH 34 CFR 74.25(c)(2), OR 34 CFR 80.30(d)(3) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOC K 4  MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6.  THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN.  THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)    This application included a response to the invitational priority for rigorous evaluation that has been reviewed and determined to show promise of success.

The amount recommended for this grant includes the full amount requested in the application to conduct the rigorous evaluation.  These funds may not be transferred to other budget line items to support other project activities, including other evaluation activities, without prior approval.

SEP 2 6 2007

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1
ED-GAPS001 (01/98)