

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

SARAH STEWART
Assistant Corportation Counsel
100 Church Street
New York, NY 10007
212-788-1267
sstewart@law.nyc.gov

February 12, 2008

Parents' Association of Mark Twain
Mark Twain Intermediate School, Room 235
2401 Neptune Avenue
Brooklyn, NY 11224

Re: Hart v. Community School Board, 72 CV 1041

Dear Parents Association:

We are copying you on the papers enclosed, filed this week, because the Parents' Association intervened in the above case in 1990 (on a motion concerning bus service to Mark Twain). If you retain counsel in this matter, please have your attorney notify me of his/her contact information.

Sincerely yours,

Sarah Stewart

cc:

James I. Meyerson
64 Fulton St., Suite 502
New York, NY 10038
212-226-3310
Attorneys for Plaintiffs

Michael E. Rosman
Center for Individual Rights
1233 Twentieth St. NW, Suite 300
Washington, DC 20036
202-833-8400
Attorneys for Proposed Intervenors