

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GAIL RUBIN<br>*Chief, Affirmative Litigation Division*<br>Phone: 212-788-0999<br>Fax:  212-788-1633<br>grubin@law.nyc.gov |

February 14, 2008

Angela Ciccolo, Esq.
Interim General Counsel
National Association for the
  Advancement of Colored People
4805 Mt. Hope Drive
Baltimore, MD  21215

Re:  Hart v. Community School Board, 72 CV 1041

Dear Ms. Ciccolo:

I write to follow up on the telephone message I left you a few weeks ago concerning the above-referenced case.  As you know, the City filed a motion in the case on February 12, 2008, and the papers were served on you and Mr. Victor Goode by first class mail. We also served the papers on Mr. James I. Meyerson, Esq., who filed a Notice of Appearance indicating that he is representing the plaintiffs in this matter.  Please let me know if these service arrangements are insufficient in any way, or if there are any other questions you might have.

Sincerely yours,

Gail Rubin

Gail  Rubin

cc:

James I. Meyerson
64 Fulton St., Suite 502
New York, NY 10038
212-226-3310
Attorneys for Plaintiffs

Michael E. Rosman

Center for Individual Rights
1233 Twentieth St. NW, Suite 300
Washington, DC 20036
202-833-8400
Attorneys for Proposed Intervenors

Parents Association of Mark Twain
Mark Twain Intermediate School, Room 235
2401 Neptune Avenue
Brooklyn, NY 11224
PRO SE Intervenor