UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HART, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | AFFIDAVIT OF |
| ) | SHAY DVORETZKY |
| ANJAN RAU and KANCHAN KATAPADI, as guardians and ) | IN SUPPORT OF MOTION |
| on behalf of their children, and on behalf of a class of all others ) | TO ADMIT COUNSEL |
| similarly situated, ) | PRO HAC VICE |
| ) | |
| Intervening Plaintiffs, ) | |
| ) | |
| -against- ) | Civ. No. 72-1041-JBW |
| ) | |
| THE COMMUNITY SCHOOL BOARD OF BROOKLYN, ) | |
| NEW YORK SCHOOL DISTRICT #21, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| |
|---|
| THE COMMUNITY SCHOOL BOARD OF BROOKLYN, ) |
| NEW YORK SCHOOL DISTRICT #21, by its President and ) |
| Member, EVELYN J. AQUILA, and its Treasurer and Member, ) |
| MARIAN NAGLER, and VINCENT J. FONTI, as a Member of ) |
| the COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW ) |
| YORK SCHOOL DISTRICT #21, ) |
| ) |
| Defendants and Third Party Plaintiffs, ) |
| ) |
| -against- ) |
| ) |
| JOHN V. LINDSAY, Mayor of the City of New York, *et al.*, ) |
| ) |
| Third Party Defendants. ) |

|  |  |
|---|---|
| ANJAN RAU and KANCHAN KATAPADI, as guardians and on behalf of their children, and on behalf of a class of all others similarly situated, ) ) ) ) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ANJAN RAU and KANCHAN KATAPADI, as guardians and
on behalf of their children, and on behalf of a class of all others
similarly situated,

            Plaintiffs,

            -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
JOEL KLEIN in his capacity as Chancellor of the Department
of Education, and RICHARD D'AURIA, in his capacity as
District 21 Community Superintendent,

            Defendants.

AFFIDAVIT OF
SHAY DVORETZKY
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

CV08-210 (JBW)

City of Washington  )
              )    ss:
District of Columbia  )

      SHAY DVORETZKY, being duly sworn, hereby deposes and says as follows:

      1.      I am an associate with the law firm of Jones Day.

      2.      I submit this Affidavit in Support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

      3.      As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of New York and of the District of Columbia.

      4.      There are no pending disciplinary proceedings against me in any State or Federal court.

      5.      Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Respectfully submitted,

Shay Dvoretzky
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
sdvoretzky@jonesday.com
202-879-3939

Dated: February 15, 2008


Subscribed and sworn to before me this fifteenth day of February, 2008.

Notary

My Commission expires *July 31, 2009*

SEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JEFFREY HART, *et al.*,

        Plaintiffs,

and

ANJAN RAU and KANCHAN KATAPADI, as guardians and
on behalf of their children, and on behalf of a class of all others
similarly situated,

        Intervening Plaintiffs,

        -against-

THE COMMUNITY SCHOOL BOARD OF BROOKLYN,
NEW YORK SCHOOL DISTRICT #21, *et al.*,

        Defendants**.**

ADMISSION TO
PRACTICE
PRO HAC VICE

Civ. No. 72-1041-JBW

---

THE COMMUNITY SCHOOL BOARD OF BROOKLYN,
NEW YORK SCHOOL DISTRICT #21, by its President and
Member, EVELYN J. AQUILA, and its Treasurer and Member,
MARIAN NAGLER, and VINCENT J. FONTI, as a Member of
the COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW
YORK SCHOOL DISTRICT #21,

        Defendants and Third Party Plaintiffs,

        -against-

JOHN V. LINDSAY, Mayor of the City of New York, *et al.*,

        Third Party Defendants.

---

|  |  |  |
|---|---|---|
| ANJAN RAU and KANCHAN KATAPADI, as guardians and on behalf of their children, and on behalf of a class of all others similarly situated, | ) ) ) ) | ADMISSION TO PRACTICE PRO HAC VICE |
| Plaintiffs, | ) ) | |
| -against- | ) ) | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, JOEL KLEIN in his capacity as Chancellor of the Department of Education, and RICHARD D'AURIA, in his capacity as District 21 Community Superintendent, | ) ) ) ) ) | CV08-210 (JBW) |
| Defendants. | ) ) | |

The Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter is granted. The admitted attorney, Shay Dvoretzky, is permitted to argue or try this particular case in whole in or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: February _____, 2008

_____
United States District Judge

cc:    Shay Dvoretzky
       Court File

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEFFREY HART, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | NOTICE OF MOTION TO |
| ) | ADMIT COUNSEL PRO |
| ANJAN RAU and KANCHAN KATAPADI, as guardians and ) | HAC VICE |
| on behalf of their children, and on behalf of a class of all others ) | |
| similarly situated, ) | |
| ) | |
| Intervening Plaintiffs, ) | Civ. No. 72-1041-JBW |
| ) | |
| -against- ) | |
| ) | |
| THE COMMUNITY SCHOOL BOARD OF BROOKLYN, ) | |
| NEW YORK SCHOOL DISTRICT #21, *et al.*, ) | |
| ) | |
| Defendants. ) | |

|  |  |
|---|---|
| THE COMMUNITY SCHOOL BOARD OF BROOKLYN, ) | |
| NEW YORK SCHOOL DISTRICT #21, by its President and ) | |
| Member, EVELYN J. AQUILA, and its Treasurer and Member, ) | |
| MARIAN NAGLER, and VINCENT J. FONTI, as a Member of ) | |
| the COMMUNITY SCHOOL BOARD OF BROOKLYN, NEW ) | |
| YORK SCHOOL DISTRICT #21, ) | |
| ) | |
| Defendants and Third Party Plaintiffs, ) | |
| ) | |
| -against- ) | |
| ) | |
| JOHN V. LINDSAY, Mayor of the City of New York, *et al.*, ) | |
| ) | |
| Third Party Defendants. ) | |

|  |  |
|---|---|
| ANJAN RAU and KANCHAN KATAPADI, as guardians and on behalf of their children, and on behalf of a class of all others similarly situated,<br><br>                  Plaintiffs,<br><br>                  -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOEL KLEIN in his capacity as Chancellor of the Department of Education, and RICHARD D'AURIA, in his capacity as District 21 Community Superintendent,<br><br>                  Defendants. | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE<br><br><br>CV08-210 (JBW) |

TO:

Michael Cardozo
Corporation Counsel of the City of
   New York
100 Church St.
New York, NY  10007

Muriel Kerzer
315 8th Avenue
Apartment 21 D
New York, NY 10001

Robert M. Couch
General Counsel
U.S. Department of Housing and
   Urban Development
451 7th Street S.W.
Washington, DC 20410

Nathaniel R. Jones
Blank Rome
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

James I. Meyerson
396 E. Broadway
New York, NY 10002

Roy L. Williams
Chair of the NAACP Special Contribution
   Fund
4805 Mt. Hope Drive
Baltimore MD 21215

Elliot Hoffman
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, NY 10016

Thomas N. Rothschild
16 Court Street, Suite 2007
Brooklyn, NY 11241

Brooklyn Legal Services
1455 Myrtle Ave
Brooklyn, NY 11237

      PLEASE TAKE NOTICE that upon the annexed Affidavit of Shay Dvoretzky in Support

of this Motion and the Certificates of Good Standing annexed thereto, we will move this court

before the Honorable Jack Weinstein at the United States Courthouse for the Eastern District of

New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an Order allowing the admission of Shay

Dvoretzky, a member of the firm of Jones Day and member in good standing of the Bars of the

State of New York and of the District of Columbia, as attorney *pro hac vice* to argue or try this

case in whole or in part as counsel.  There are no pending disciplinary proceedings against me in

any State or Federal court.

Respectfully submitted,

Shay Dvoretzky
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
sdvoretzky@jonesday.com
202-879-3939



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C.  20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SHAY DVORETZKY

was on the ___12th___ day of ___June, 2006___ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 31, 2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_

Deputy Clerk



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Shay Dvoretzky** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **7 th** day of **May 2003,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 23, 2008.



James Edward Pelzer

Clerk of the Court