**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 8 2008 ★

BROOKLYN OFFICE

Ms Venka Fasulo
220 90 Street
Brooklyn, NY 11209

Honorable Jack.B.Weinstein
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Mark Twain Court Order
With regards to Nikita Rau

February 21, 2008

Dear Judge Weinstein,

I am unable to attend the hearing on Friday, but I wanted to write to you with regards to all of this. I am a parent and my child attends Mark Twain I.S. 239. My child also was in Nikita Rau's class in Elementary school, so you can imagine how conflicted I am over this whole situation.

It is so upsetting to see that anyone who has the potential,(and the scores) could be discounted due to a quota even though that quota has benefited others in the past and will likely continue to benefit others in the future.

I personally wish that children regardless of race could be admitted on unbiased test scores and academic merit alone but I know that this is not the case.

I think that Mark Twain is a wonderful academic venue and I would hate to see all of this come to an end. I am afraid that this is what would happen if you lifted this court order without some kind of alternative plan in motion to keep this wonderful magnet program in this school as well as other schools alive.

This school is working and thriving and doing such wonderful things for all of the children in attendance. My daughter has classmates who leave their home at 5am in the morning to travel from Harlem and the Bronx. These children know that they are fortunate to attend this school and want to live up to their potential. They work hard and strive to work even harder for their education.

A wise person once wrote that once you give one group more lenience than another you are declaring that all men are not created equal. I believe this but I don't think that this will be remedied over night but I am hopeful that Nikita and my daughter will see this in their lifetime.

I know that this will be a difficult decision for you Judge Weinstein, and believe me I wish for you the wisdom of King Solomon because I know there really is no right answer here.

I implore you again though not to lift this court order until a plan is laid to keep this wonderful magnet program in this school alive.

Respectfully yours,

*Venka Fasulo*

Venka Fasulo
718-748-1089
Email:diane@kontiki-travel.com