**Concerned Parents of District 21**
315 8th Avenue, Suite w21d
New York, NY 10001
February 19, 2008

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2008 ★

BROOKLYN OFFICE

Dear Judge Weinstein:

In response to your request for participation at the hearing addressing the 1974 remedial order for Mark Twain JHS (presently known as "The Mark Twain School for the Gifted and Talented"), I offer the following.

A central point of the current motion to terminate the 1974 court order is that the racial goals specified in the original court order are no longer required or needed. Without commenting on the merits of the claim, it is not for any one party to make such a claim without independent data pertinent to the particular local of Mark Twain to support it. The fact is that the racial makeup of the surrounding neighborhood hasn't appreciably changed since 1974, and there is no concrete reason to suggest that the scenarios present in 1974, which prompted the original court order, aren't still relevant today - indeed it is the burden of the plaintiffs in this case to prove otherwise. We maintain that it would be negligently premature to change the admissions policy, that would affect so many more students than that of the plaintiff's, without thorough and impartial data to support their claims. We claim that, barring any substantiated data to the contrary, the school would return to the pre-1974 levels of racial imbalance without the current prudent guidance from the courts.

Further, racial goals were only part of the 1974 court order. When Mark Twain was designated as a 'School for the Gifted and Talented', Coney Island, in effect, lost a neighborhood school. The 1974 court order made specific requirements for preferences to both District 21 and, more specifically, the neighborhood of Coney Island, to help make up for that loss. Regardless of the direction that the court takes in regard to racial questions on admission to Mark Twain, we ask that the preferences for local students be maintained as a separate and distinct issue and the court order be maintained in tact.

The entity of Mark Twain JHS as a school for the gifted and talented has given 2 generations of students a priceless educational experience — a singular opportunity for those gifts/talents to be nurtured in the public educational system. We feel it is in the best interest of all such future students, and in particular those of Coney Island and District 21, that the 1974 remedial order be left in effect to preserve the intent and subsequent benefits for those of the current and future generations.

Sincerely,

Bonnie Kerzer
Concerned Parents of District 21

# Cover Page

To: Honorable Jack B. Weinstein
From: Concerned Parents of District 21

Number of pages - 2