# Concerned Parents of District 21

315 8th Avenue, Suite w21d
New York, NY 10001
February 20, 2008

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2008 ★

BROOKLYN OFFICE

F+D
2/21/08

72-CV-1041

Dear Judge Weinstein:

We are writing to voice further concerns over the possible termination of the "Hart" remedial court order imposed by the Federal Courts in 1974.

The original court order established certain admission considerations for Mark Twain JHS, which was based on desegregation and community issues over the loss of Mark Twain as a neighborhood school. Now, with enough time having passed to, in our opinion, cloud the original and still relevant reasons for said admission considerations, the court is being asked to provide for their removal, with a primary reason given as the availability of P.S. 288 as an alternate local junior high school. We believe this recent motion for termination is misguided for several reasons:

1) P.S. 288, while offering classes up to grade 8, is not a true junior high school and should not be considered to be an equivalent alternative to Mark Twain. A dedicated junior high school has the curriculum and staffing that are specifically designed for the age and educational needs of the target student age range which P.S. 288, being a grade 1-8 school, would lack.
2) P.S. 288 has been a consistently underachieving school (see attached data), which will offer those gifted students that would have otherwise been admitted to Mark Twain under the admission policies of the original remedial court order a substantially inferior education.
3) While P.S. 288 is considered to be a zone school for the students of Coney Island, it's not a zone school for those students zoned for P.S 188. The original court order specifically gave qualified local students a priority for admission to Mark Twain due to the loss of the local junior high school when Mark Twain became a school for the gifted and talented, which would still apply for the qualified students of P.S.188, since they still do not have any local junior high school zoned for them. (see attached map)

We urge the court to preserve the intent of the 1974 court order and maintain the wise and just provisions of it.

Sincerely,

Bonnie Kerzer
Concerned Parents of District 21

33% (2006)
The state average for Math was 76% in 2007.

0                         50                         100
                                    Source: NYSED, 2006-2007

### Grade 6

**English Language Arts**
13% (2007)
39% (2006)
The state average for English Language Arts was 63% in 2007.

**Math**
44% (2007)
54% (2006)
The state average for Math was 71% in 2007.

0                         50                         100
                                    Source: NYSED, 2006-2007

### Grade 7

**English Language Arts**
41% (2007)
38% (2006)
The state average for English Language Arts was 58% in 2007.

**Math**
76% (2007)
35% (2006)
The state average for Math was 66% in 2007.

0                         50                         100
                                    Source: NYSED, 2006-2007

### Grade 8

**English Language Arts**
21% (2007)
21% (2006)
17% (2005)
16% (2004)
The state average for English Language Arts was 57% in 2007.

**Math**
48% (2007)
27% (2006)
The state average for Math was 59% in 2007.

0                         50                         100
                                    Source: NYSED, 2006-2007

### About the Tests

- In 2006-2007 New York used the New York State Assessments to test students in grades 3 through 8 in

②

LEARN ABOUT THIS SCHOOL'S:
New York State Assessments

New York State Assessments

Scale: % meeting or exceeding standards

Grade 3

**English Language Arts**
33% (2007)
32% (2006)
The state average for English Language Arts was 67% in 2007.

**Math**
72% (2007)
61% (2006)
The state average for Math was 85% in 2007.

0                              50                              100
Source: NYSED, 2006-2007

Grade 4

**English Language Arts**
25% (2007)
35% (2006)
The state average for English Language Arts was 68% in 2007.

**Math**
57% (2007)
65% (2006)
The state average for Math was 80% in 2007.

0                              50                              100
Source: NYSED, 2006-2007

Grade 5

**English Language Arts**
32% (2007)
22% (2006)
The state average for English Language Arts was 68% in 2007.

**Math**
62% (2007)

