Unfortunately being an employee of the DOE, and fearing the loss of my job, I have to write this letter anonymously. However what I have to say is completely truthful.

In 1975, your ruling in the Hart vs. Bd. Of Ed. Desegregation case, created what has become the finest Middle School in NYC and probably NYS. That is because the selection process used to admit students for the first 25 years followed your blueprint. Since the DOE has taken over, they have selected students using there own blueprint which looks nothing like yours. They have not given priority to the children living in Coney Island, nor the ones living in District 21. They are using ethnic percentages such as 60% white 40% minority that are not in your ruling. In short they are not following your plan, and now they claim that there is a problem with your ruling. The truth is that the ruling stated that the incoming class was to reflect the ethnic percentages in the current grade 5 in District 21. It's that the powers that be have ignored the ruling to do it their way because "their smart", and do not need anyone to tell them how to do things.

The bottom line, in my opinion, is that the DOE does not want schools like Mark Twain to exist. They feel that if they spread out Gifted and Talented children to their neighborhood schools it will make many schools a little better at the expense of those children. As an example, a few years ago they tried to cut down on the number of students accepted to Stuyvesant HS, using the excuse of over crowding. They later apologized and said that the next year they would take in more students to compensate, but the damage was already done for those deserving students who were left out. Another example of the DOE not wanting G&T middle schools to exist is that since they have taken over not one such program has been installed in the borough of Staten Island. Is it possible that in entire borough there are no "Gifted" middle school children? That is hard to believe when to take into account that there exists one of the finest high schools, Staten Island Tech.

This is why I believe that the DOE is going to ask you to undue your ruling. Not because it is unfair, but because they don't want the school to exist. The proof is in the results, Mark Twain Is an exceptional school due in large part to your ruling, without which many of the factors that make the school great would disappear, i.e. free contract transportation for all children living in District 21 for all three years, State Magnet monies used to create the special talent programs, etc.

Mark Twain is a great school, which does so much for all types of children, due in large part to your courageous ruling, and I hope you see fit to let it continue to serve such deserving children forever.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2008 ★

BROOKLYN OFFICE

