1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

JEFFREY HART                    :

           Plaintiff            72-CV-1041

   -against-                    :    U.S. District Court
                                     Brooklyn, New York
COMMUNITY SCHOOL DISTRICT 21

           Defendant            :
                                     February 22, 2008
- - - - - - - - - - - - - - - X     11:30 a.m.
- - - - - - - - - - - - - - - X

ANJAN RAU, et ano

           Plaintiffs           08-CV-210

   -against-                    :

NEW YORK CITY DEPARTMENT
OF EDUCATION

           Defendant            :

- - - - - - - - - - - - - - X


BEFORE:

        HONORABLE JACK B. WEINSTEIN
        United States District Judge


APPEARANCES:


For the Plaintiff:      JAMES I. MEYERSON
                        64 Fulton Street
                        SUITE 502
                        New York, New York 10038
```



```
 1   For the Defendant:        GAIL RUBIN
     Community School          Chief, Affirmative Litigation
 2   District and              Division
     NYC Board of Ed.          New York City Law Department
 3                             100 Church Street
                               New York, New York 10007
 4

 5
     For NYS Third Party:      WILLIAM H. BRISTOW III
 6                             Assistant Attorney General
                               120 Broadway
 7                             New York, New York 10271-0332

 8
     For Plaintiff             JONES DAY
 9   Interveners               51 Lousiana Avenue, N.W.
                               Washington, DC 20001
10                             BY:   SHAY DVORETZKY

11

12
     Parent Speakers:          PAMELA KELTER
13
                               MARIANNE RUSSO
14
                               MR. RONALD STEWART
15

16

17   Court Reporter:           RONALD E. TOLKIN, RMR
                               Official Court Reporter
18                             225 Cadman Plaza East
                               Brooklyn, New York 11201
19                             718-613-2647

20

21   Proceedings recorded by mechanical stenography, transcript
     produced by Computer-Assisted Transcript.
22

23                                  * * *

24

25
```

1              THE COURT:  Good morning, everybody.

2              I don't know if you can hear me back there.  If

3    you'd like, you can sit in the jury box or sit up in the front

4    if you have any trouble hearing.

5              THE CLERK:  Civil cause for motion, Jeffrey Hart and

6    Anjan Rau versus New York City Department of Education, et al.

7              Counsel, please note your appearances.

8              For plaintiff and Hart.

9              MR. MEYERSON:  Your Honor, James Meyerson for the

10   plaintiff.

11             THE COURT:  Good to see you again.

12             MR. MEYERSON:  Good to see you, Your Honor.  It has

13   been a long journey.

14             THE CLERK:  Community School 21?

15             MS. RUBIN:  Gail Rubin from New York City Law

16   Department.

17             THE CLERK:  For Rau?

18             MR. DVORETZKY:  Shay Dvoretzky from Jones Day.

19             MR. BRISTOW:  Your Honor, William Bristow for the

20   state defendants in the Hart matter.

21             THE COURT:  Who do you represent?

22             MR. BRISTOW:  Your Honor, we were faxed a copy

23   yesterday of the February 14th order at the AG's office.

24             THE COURT:  So you represent the state?

25             MR. BRISTOW:  Yes.  I believe there are two state

1    third-party defendants.

2          THE COURT:  All right.  We're pleased to have you.

3    As the United States was also invited through the United

4    States attorneys but declined.  I'm happy to hear you.

5          MR. DVORETZKY:  Good morning, Your Honor.

6          We filed our motion to intervene in this case, and

7    we believe that the requirements of Rule 24 for intervention

8    are satisfied.  Nobody has opposed that motion or indicated

9    that the Rule 24 requirements are not met.  Regardless of the

10   outcome of the City's motion before the Court today, to

11   terminate or modify this Court's 1974 order, there are

12   additional claims that remain to be litigated, particularly

13   focusing on retrospectively for Nakita Rau.

14         THE COURT:  You have a separate case.

15         MR. DVORETZKY:  We have filed a separate case as

16   well as a motion to intervene here.

17         THE COURT:  Well, those issues will be handled in

18   that separate case.

19         MR. DVORETZKY:  They can be handled in either forum,

20   and in filing both the motion to intervene and the separate

21   case, we were, in effect, using belts and suspenders.  That

22   said, I think, first of all, that the requirements of Rule 24

23   are satisfied here and that Ms. Rau's claim, Nakita's claim,

24   may turn, in some large measure, on the Court's interpretation

25   of its prior 1974 orders.  And for that reason, it would be

1    appropriate to litigate that claim here.

2         In addition, no matter what the outcome of the case

3    here today, no one can be sure that the Hart litigation will,

4    in fact, be over even if you grant the relief that the City is

5    seeking, because we can't preclude the possibility of a motion

6    for reconsideration by someone or a notice of appeal.  If

7    something like that were to happen, we'd like to be parties to

8    represent our interests.

9         THE COURT:  Thank you.

10        MS. RUBIN:  Your Honor, we have no objection to the

11   motion to intervene.  Shall I address the motion to terminate.

12        THE COURT:  Please.

13        MS. RUBIN:  We are here On behalf of the Chancellor

14   and the Department of Education in a motion to end the

15   remedial order governing.  United States Supreme Court

16   precedent mandates that if we can show that we have reasonably

17   complied over a reasonable period of time and that there are

18   no vestiges of segregation remaining, that the order should be

19   lifted.

20        We think we have put in factual and material to

21   demonstrate this, and I don't believe that there's any factual

22   dispute about what has been going on for the last 30 plus

23   years in District 21 and Mark Twain.

24        Your order in 1974 led to the establishment of a

25   wonderful school, a racially mixed school, an excellent

1    school.  Highly competitive school.  It was a success beyond

2    our wildest expectations at the time.  It has continued that

3    way for many years, in compliance with the order.  We've put

4    in data which demonstrates that we have done admissions in

5    accordance with the requirements of the order, and it's our

6    belief that there are no vestiges remaining from the original

7    finding of segregation, which, as you recall, was tied to the

8    feeder patterns at Mark Twain.

9            In accordance with the order, the district changed

10   the feeder patterns at the time, and if you look at the

11   schools in the district, they are basically racially mixed.

12   And Mark Twain, again, is a wonderful, successful, integrated

13   place for many years.  So we're here, at this point, to say

14   that we think we've complied.  We think that the tests have

15   been met and we're asking you to terminate the remedial order.

16           THE COURT:  Thank you.

17           MR. MEYERSON:  Your Honor, we take a very limited

18   position.  We do agree that the desegregation of Mark Twain,

19   as we frame the desegregation of the Mark Twain school has

20   been fully achieved.  We believe, based upon your finding in

21   1990, the Court felt at that time it was fully achieved.  That

22   the defendants in the initiating litigation have fully

23   complied with the desegregation order of 1974.  And again, we

24   believe your 1990 order, in effect and substance, stated that.

25   We think what you should do at this point in time is simply

1   dismiss the case making the requisite findings of full

2   compliance and effective desegregation.  The Court should be

3   very narrow in the scope of its order.

4           With respect to the intervention, we've taken no

5   position.  Although reflecting on it, in light of what counsel

6   has stated, it does raise the issue of whether or not a formal

7   dismissal at this time is not, in effect, retroactive to 1990

8   when you made the fundamental findings that full compliance

9   had been achieved at that time.  And that your reflection that

10  the continuing jurisdiction of the Court, yourself had

11  reflection that the continuing jurisdiction of the Court was

12  no longer necessary.  Having said that and understanding that

13  you've never formalized that, we believe that you should

14  formalize that as I have previously discussed.

15          THE COURT:  Thank you.

16          Does the state wish to add anything?

17          MR. BRISTOW:  No, Your Honor.

18          THE COURT:  The motion to intervene is going to be

19  denied for two reasons.  First, implicit is the contention

20  that the law has changed making the 1974 remedial order

21  invalid as applied to the proposed intervenors' children is

22  unfounded.  If the facts were the same today as they were in

23  1974, the same decree would issue because the plaintiffs

24  proved both de facto and de jure segregation.  _Brown v. Board_

25  _of Education of Topeka_ still rules.  Segregation of this kind

1   that we had in Mark Twain was illegal and would still be

2   illegal.  Moreover, the Supreme Court has not declared, in any

3   of its cases since Brown, that racial and other socio economic

4   factors cannot be taken into account in administering local

5   schools.  The Supreme Court's ruling in the Seattle school

6   case and the Kentucky case of last year, which are relied

7   upon, in effect, by the proposed intervenor has not changed

8   the legal landscape as it applies to the situation now.

9         Majority opinion offered by the chief justice in

10  Seattle is summarized as follows:

11         "The school districts," that is the Seattle and

12  Kentucky school districts," have not carried their heavy

13  burden of showing that the interest they seek to achieve

14  justifies the extreme means they have chosen, discriminating

15  among individual students based on race by relying upon racial

16  classifications in making school assignments."

17         And he went on:

18         "Although remediating the facts of past

19  intentional discrimination is a compelling interest under the

20  strict scrutiny test" that interest is not involved here that

21  is in Seattle, because the school cases there were never

22  segregated by law nor subject to a court ordered desegregation

23  order.

24         That is not the case in the Mark Twain litigation

25  where there was segregation and both de jure and de facto, and

1  there was an order, which was affirmed on appeal.

2          He went on to say, the chief justice:

3          "Moreover, these cases are not governed by

4  Grutter v Bolinger" -- those were the Michigan college cases

5  in which the court held for strict scrutiny purposes, a

6  government's interest in student body diversity "in the

7  context of higher education" is compelling."

8          The Grutter court noted that it is:

9          "Not in interest in simple ethnic diversity" in

10  which a specified percentage of the student body is, in

11  effect, guaranteed to be members of selected ethnic groups

12  that can justify the use of race, but a far broader array of

13  qualifications and characteristics of which racial or ethnic

14  origin is a single though important element."

15          Now, in Brown, the chief justice directly addressed

16  the problem of the difference between the considerations in

17  graduate school and in grade school.  It is a particular

18  anomaly, I believe, for the chief justice to make this

19  distinction, because the whole theory and history of the NAACP

20  and NAACP Legal Defense Fund was to start with the appellate

21  -- excuse me, to start with the graduate and undergraduate

22  colleges where they saw that segregation would make it

23  impossible for people who are segregated to be successful in

24  their careers; and then having established that position, move

25  down to grade school.

1       What Chief Justice Warren said, in Brown, was:

2               "In finding that a segregated law school for

3  Negroes could not provide them equal educational

4  opportunities, this Court relied, in large part, on those

5  qualities which are incapable of objective measurement but

6  which make for greatness in a law school.  The Court, in

7  requiring in McLauren that a Negro admitted to a white

8  graduate school be treated like all other students, again

9  resorted to intangible considerations.  His ability to study,

10 to engage in discussions, and exchange views with other

11 students, and in general, to learn his profession, are

12 important."

13      Then the Chief Justice Warren went on to say this:

14              "Such considerations apply with added force to

15 children in grade and high schools.  To separate them from

16 others of similar age and qualifications, solely because of

17 their race, generates a feeling of inferiority as to their

18 status in the community that may effect their hearts and minds

19 in a way unlikely ever to be undone.

20              Segregation of white and colored children in

21 public schools has a detrimental effect upon the colored

22 children.  The impact is greater when it has a sanction of the

23 law.  The policy of separating the races is usually

24 interpreted as denoting the inferiority of the Negro group,"

25 and then he went onto explain why this retarded education of

1    an important segment of the community in Brown.

2            Now, there were three justices in the Seattle case

3    who agreed with the chief justice.  There were three who

4    agreed with Justice Breyer, who said a variety of things but

5    this is a quotation that seems, to me, to sum it up:

6            "These cases consider the longstanding effort

7    of two local school boards to integrate their public schools.

8    The school board plans before us resemble many others adopted

9    within the last 50 years by primary and secondary schools

10   throughout the nation.  All of these plans represent local

11   efforts to bring about the kind of racially integrated

12   education that Brown v Board of Education long promised

13   efforts that this Court has repeatedly required, permitted,

14   and encouraged local authorities to undertake.  This Court has

15   recognized that the public interest at stake in such cases are

16   compelling.  We have approved narrowly tailored plans that are

17   no less race conscious than the plans before us, and we have

18   understood that the constitution permits local communities to

19   adopt desegregation plans even where it does not require them

20   to do so."  Now, that takes care of eight justices on two

21   sides of the issue.

22           The ninth justice was Justice Kennedy, and he wrote

23   the critical decision in this case -- or these cases.  They

24   were combined.  The principal set forth by the supreme court

25   in Marks v United States is:

1          "When a fragmented court decides a case and no

2    single rationale explains the result and enjoys the assent of

3    five justices, the holding of the Court may be viewed as that

4    position taken by those members who concurred in the judgment

5    on the narrowest grounds."  That's from the Grutter case.

6          Now, in the Grutter case that meant that the view of

7    Justice Powell, who concurred in the Bakke case, you remember

8    that was the California case:

9          "That student body diversity is a compelling

10   state interest that can justify the use of race in university

11   admissions."

12         I remind you again that the chief justice pointed

13   out that that problem is at least as great and is as important

14   at grade schools.

15         That, therefore, brings us to the Kennedy opinion in

16   the Seattle cases which constitutes, therefore, the ruling

17   opinion for the purposes of application.  Justice Kennedy

18   wrote:

19         "This nation has a moral and ethical obligation

20   to fulfill its historic commitment to creating an integrated

21   society that insures equal opportunity for all its children.

22   A compelling interest exists in avoiding racial isolation, an

23   interest that a school district in its discretion and

24   expertise may choose to pursue.  Likewise, a district may

25   consider it a compelling interest to achieve a diverse student

1   population."  Which is just what was done in Mark Twain, not

2   only by dealing with the racial discrimination but by

3   providing all these special programs for all kinds of talented

4   children in arts and computers, in the various forms of

5   athletics and so on, which I will refer to in a moment.

6          "Race may be one component," he went on, "of

7   that diversity, but other demographic factors plus special

8   talents," he said, "and these should also be considered.  The

9   government is not permitted to do, absent a showing of

10  necessity," not made here, that is in the Seattle case, "is to

11  classify every student on the basis of race and to assign each

12  of them to schools based on that classification."  Which was

13  not what was done in Mark Twain.

14          "The decision today," Justice Kennedy said,

15  "should not prevent school districts from continuing the

16  important work of bringing together students of different

17  racial, ethnic, and economic backgrounds.  Those entrusted

18  with directing our public schools can bring to bare the

19  creativity of experts, parents, administrators, and other

20  concerned citizens, to find a way to achieve the compelling

21  interest they face without resorting to widespread government

22  allocation of benefits and burdens on the basis of racial

23  classifications alone."

24          Now, the second reason the motion to intervene must

25  be denied is because this case is closed.  The docket sheet

1   indicates that it's closed, the Court of Appeals repeatedly

2   stated that it's closed and it is closed.  However, the

3   supreme court has stated that defendants are entitled to a

4   certificate of closure, and it will be issued forthwith.

5            The defendants have complied with the 1974 remedial

6   order.  Mark Twain has been desegregated.  The Court has no

7   further jurisdiction over the case and, therefore,

8   intervention in a case which is not alive makes no sense

9   whatsoever.  If the plaintiffs wish to intervene, wish to

10  bring any unconstitutional issue to the Court's attention, it

11  will be in the parallel case that's brought.  And in due

12  course, the city and any other authorities will make the

13  necessary motions and conduct the necessary discovery.

14           I should point out, since there are a number of

15  people from the community here, that the Court has received

16  many letters from parents whose children currently attend Mark

17  Twain or have attended in the past.  Students from this

18  wonderful school created by so many devoted teachers,

19  students, parents, government officials from local, state, and

20  federal levels have contributed to making this a better

21  borough, city, state, and country.  And in their letters,

22  these parents raise the concern that there should not be any

23  radical changes that would tend to destroy this stellar model

24  of urban education.

25           Now, it's the Court's understanding, from the city's

1    submission, that it is not the intention of the city to

2    destroy this school.  On the contrary, the city wants to

3    continue to improve it.  Based on the arguments today and in

4    the briefs, the Court is convinced that the City and the

5    Department of Education are acting in good faith, and that

6    they intend to continue the school along these present

7    excellent lines.

8              However, to assure the many people who continue to

9    write to the Court, the Court requests a letter from the

10   Chancellor or the mayor indicating that:

11             1.  The September 2008 admission policy will not

12   appreciably change with respect to selection criteria, with

13   respect to talents and the like;

14             2.  Students currently attending satisfactorily will

15   be permitted to graduate on schedule;

16             3.  Mark Twain will continue to be conducted as a

17   superior magnet school as in the past and;

18             4.  Mark Twain will be conducted as it has been for

19   many years now, as an integrated and desegregated school.

20             That should be no problem.

21             The Court, that is I, I'm the Court, visited the

22   school yesterday.  I had the marshal drive me over with my

23   clerks, and it was closed due to the school holiday, which was

24   all right because I didn't want to go inside and annoy

25   everybody.  The Court would like to bring to the chancellor's

1    attention, if you will, that the lovely metal gates at the

2    school entrance on Neptune Avenue are rusting.  Try to see

3    that they're painted promptly.  That may improve morale.  The

4    sign indicating that it is a magnet school also needs touching

5    up.  See that that is done, please.

6         The Court would like to thank the concerned parents

7    for writing and voicing their concerns, and for the parties

8    for submitting briefs.  It wishes, again, to note the

9    contribution made to the desegregation of this school and to

10   its improvement by the attorneys in this case, James Meyerson,

11   who was a very, very young man when he started for the

12   plaintiffs.  Elliot Hoffman for the Chancellor in '74, Gail

13   Rubin for the Chancellor now.

14        Hyman Bravin, is he still alive?

15        MR. MEYERSON:  No, he is dead.

16        THE COURT:  I thought he passed away.  He did a

17   wonderful job for the defendants, third-party defendants.  And

18   United States attorney Edward Boyd and Robert Hammer

19   represented the state at that time.  James Hollingsworth for

20   the City Housing Authority.  And then we had two wonderful

21   expert you remember, Dan Dodson for the plaintiffs.  And who

22   was the expert -- Glaser, Mason Glaser for the defendants.  He

23   was very good.  The principal was wonderful and so was the

24   staff and the teachers and the parents and others.

25        The Court would, at this time, also like to mention

1  Curtis J. Berger, the Special Master in this case.  He made a

2  wonderful contribution.  His unfortunate death has deprived us

3  of innovative and workable methods of ending segregation in

4  urban environments.  There was a memorial written to him

5  published in '99 Colombia Law Review called "Scholar and

6  Teacher:  People, Person and Institution Conciliator."  It

7  contains a picture of him.  You will remember it and him.

8           MR. MEYERSON:  I certainly do.

9           THE COURT:  Unfortunately, he is dead.

10           So is there anything further?

11           MS. RUBIN:  No, Your Honor.

12           THE COURT:  We have copies of the draft of my

13  opinion for anybody who wishes it, and we have copies of this

14  article memorializing this great man.  If there is nothing

15  further, this hearing is adjourned.

16           A PARENT:  Your Honor?

17           THE COURT:  I'm sorry.  If you'd like to be heard,

18  please come forward.  You can sit down right here.  Give your

19  name.

20           MS. KELTER:  My name is Pamela Kelter, K-E-L-T-E-R.

21  My child is a student at Mark Twain.  I had to write this.

22           THE COURT:  Okay.

23           MS. KELTER:  Every parent wants the best for their

24  child.  Every parent wants an opportunity for their child to

25  grow, flourish, and blossom.  Some of us have every resource

1   to give our children those opportunities, not wasting a single

2   moment, not leaving anything up to chance.  Other parents must

3   rely on society and its effort to create school environments

4   that provide better educational opportunities for all

5   children.  Most children only have the second choice.  Public

6   school is a gateway for many children to become something

7   beyond their wildest dreams.  An opportunity for their

8   lifetime.

9              Turning over the court order at Mark Twain could

10  have a severe impact on the school, jeopardizing the education

11  of 1,300 students each year.  The court order designates that

12  Mark Twain is a state magnet school.  The state gives Mark

13  Twain approximately $300,000 annually for this magnet status.

14  Taking away the court order risks this status.

15             Additionally, just a few weeks ago, Mark Twain was

16  notified by the Department of Education that this year's

17  school budget will be cut by $120,000 and that number will

18  double next year.

19             The court order also designates free busing for

20  students living within District 21, this too would be

21  jeopardized.  How many parents will permit their children to

22  travel to Coney Island by mass transit?

23             Mark Twain is not located on the edge of several

24  neighborhoods, it is not located in a strategic site, making

25  it susceptible to minority group isolation.

1          Mark Twain's unique talent testing is included in

2   the court order.  As this labor intensive process does not

3   streamline well with the rest of the city's standardized

4   testing, it too is at jeopardy.  Mark Twain's funding,

5   transportation, and selective testing process are all wrapped

6   up in this court.

7          What is not seen or mentioned here in the newspapers

8   is the blood and sweat that has poured into Mark Twain since

9   the 1970's to make it a rock solid institution.  The

10  enthusiastic, hope, and unity that must have been planted then

11  is still with the school now.  Mrs. Moore and all her staff

12  dedicate themselves to improving and enriching all students in

13  the school.  Students who have such diverse backgrounds and

14  diverse resources.  Students who have emotional,

15  environmental, and family challenges are scaffolded into

16  adulthood with care and love and understanding.

17          Families who are financially challenged are given an

18  opportunity and a guiding hand by the schools, an opportunity

19  that would not be possible without the teamwork of dedicated

20  teachers and counselors at Mark Twain.  I don't think the

21  color of these students is noted, but many students of color

22  are helped.

23          Chancellor Klein has never visited the school.  He

24  has never seen the joy and excitement, the unabashedly

25  enthusiastic teamwork.

1          District 20 and 21 have other gifted and talented

2     schools, many of them are dominated by Asian and/or white

3     students.  Mark Twain has a diversified population, much like

4     the city we live in.

5          In the recent 2007 supreme court case, Justice

6     Kennedy states in his opinion, "In the administration of

7     public schools by the state and the local authorities it is

8     permissible to consider the racial make up of schools and to

9     adopt general policies to encourage a diverse student body,

10    one aspect of which is its racial composition."

11         Ultimately, all children who attend Mark Twain, win.

12    They are better prepared to know, to understand, and to work

13    with people of all races and backgrounds.

14         THE COURT:  Thank you for your very eloquent

15    statement.  Would you please bring that, and these other

16    letters, to the attention of the Chancellor.

17         You might want to visit the school.  It is a

18    beautiful spot, and it has a tennis court.

19         MS. KELTER:  Those aren't our tennis courts.

20    Mrs. Moore won't allow the children to go out there.

21         THE COURT:  She doesn't allow them to use the tennis

22    courts?

23         MS. KELTER:  What happened, several years ago --

24         THE COURT:  I thought they were part of the school.

25         MS. KELTER:  They're part of the park.  Several

1    years ago they did a Walk-A-Thon and one of the children was

2    mugged in the middle of the Walk-A-Thon.  So for safety, we

3    don't use the facility.

4              THE COURT:  I'm sorry to hear it.

5              MS. KELTER:  The neighborhood is not where it should

6    be.

7              THE COURT:  It has improved a lot from what it was

8    when I first started.  Bring that to the Chancellor's

9    attention and maybe they can do something with the park

10   Department.

11             Would you like to be heard too?  Give your name

12   please.

13             MS. RUSSO:  Marianne Russo.  We would just like to

14   note that the city education department has changed from the

15   Board of Education to DOE, and therefore, the admission

16   process or the selection process at Mark Twain has also been

17   changed with incoming from District 20 and Region 7 and now

18   the OC both.  We believe, as parents, that the DOE, at the

19   present time, has mismanaged the selection process.

20             THE COURT:  Who has?

21             MS. RUSSO:  That they are no longer following the

22   court order regarding priorities to Coney Island residents and

23   District 21.  Also, in their documents they're stating that it

24   is now a city-wide school.  One data that was presented by PTA

25   before DOE made these changes to admissions, out of 170

1  children from the Coney Island area that applied, 40 were

2  accepted.  This year, though, in 2007, September of 2007, out

3  of, again, almost the same, 100 something children, only 14

4  were admitted.  So therefore, we're asking the Court to assign

5  an independent panel to review that DOE at this time to see if

6  it's following the court order, because we believe they are

7  not.

8          THE COURT:  I'm not in a position to do that.

9          Will you bring it to the attention of the

10  Chancellor?

11         MS. RUBIN:  Yes.

12         THE COURT:  The original intention was to

13  desegregate 21 and then it was expanded to the city as a

14  whole, partly to help the students in District 21.  I know

15  that there was another intermediate magnet school established

16  in the district, but I'm not in a position to get involved in

17  that kind of detail.  I'm sorry.

18         MS. RUSSO:  Thank you.

19         THE COURT:  Is your child a student there now?

20         MS. RUSSO:  Yes.

21         THE COURT:  Well, I think that your child will be

22  protected.

23         MS. RUSSO:  We're also concerned with other children

24  in District 21 no longer are protected.

25         THE COURT:  Of course you want a good balanced

1    school.

2            MS. RUSSO:  It is now the intention of the

3    Chancellor to make it a city-wide school.

4            THE COURT:  Okay.  Bring that to the attention of

5    the Chancellor.

6            MS. RUBIN:  Okay.

7            THE COURT:  Sir, come forward and give your name.

8            MR. STEWART:  My name is Ronald Stewart,

9    S-T-E-W-A-R-T.  I am currently a resident of Coney Island,

10   Judge Weinstein.  I testified when we were both young men,

11   some years ago.

12           THE COURT:  You still look pretty good.

13           MR. STEWART:  You too, Judge.  I was 17 years old.

14   I testified in this court situation.  I'm still a resident of

15   Coney Island.  I went to Mark Twain prior to it becoming a

16   gifted and talented school.  In fact, you asked me what did I

17   think before -- Referee Curtis Borg, who I escorted throughout

18   the community, took him to the homes of the African-American

19   parents who expressed their concern, and you asked me what did

20   I think.  At the time I felt that the school should have

21   remained as it was.  I said we should bring in quality

22   teachers, bring in materials that we felt was needed at the

23   time.

24           I knew Doris Hart.  I remember Mr. Meyers who

25   represented the NAACP.  And I didn't know that Mr. Berger had

Case 1:72-cv-01041-JBW   Document 477   Filed 03/03/08   Page 24 of 35 PageID #: 565

1   since deceased; a great, great mind, great thinker.  I knew

2   Jeffrey Hart, who was the complainant.  I'm happy to hear what

3   your decision is.  As Mrs. Russo said, this is a community

4   school.  District 21 has benefited for many years.  Two of my

5   daughters attended Mark Twain as a gifted -- one is now -- she

6   is now making more money than me.  She went to Howard

7   University.  I had another daughter went to Morgan State.

8   Both live in the District of Columbia.

9            I think all parents in this district, the number one

10  concern is education that their child receives is a quality

11  education.  Over the years I wasn't too pleased with the

12  amount of children that were going into District 21.  As Mrs.

13  Russo said, the schools in the area, 188 and 288 and PS-90,

14  one or two of the students, particularly black and Hispanic,

15  entered the school.

16           But I am a member of the community education

17  council, the president, and we're diligently working with the

18  district to make sure that your decision is met.  That there

19  is diversity and fairness, and Mark Twain has given a lot of

20  its students, in this area, a quality education and an

21  opportunity to display their gifts and talents and move onto

22  greater heights.  We need the school to remain as it is.  Of

23  course, we need to monitor and make sure that there is

24  fairness.

25           So I'm happy that the decision for you to have it

1   remain as it is and, hopefully, that Mark Twain can continue

2   to do the quality work that it is doing.  And we feel that

3   District 21 should have preference to children there, because

4   they see it as a community school.  A lot of the black parents

5   felt, during that period, that we lost the school.  But over

6   the years we've worked with the district at the time, whoever

7   was in the school board, to make sure that your decision was

8   met.  That's basically what I needed to say.

9               THE COURT:  Thank you.

10              If you would bring that to the attention of the

11  Chancellor.  Please, do.

12              MS. RUBIN:  Yes, Your Honor.

13              THE COURT:  Anybody else wish to be heard?

14              All right.  This hearing is completed, and thank you

15  all very much.

16              MS. RUBIN:  Thank you, Your Honor.

17              MS. RUBIN:  Do you want to have a status conference?

18              THE COURT:  On the other case?  No.  Why?

19              MS. RUBIN:  In your order that a status conference

20  would follow.

21              THE COURT:  We had it.  The status is that you will

22  proceed with that case, promptly, I assume.  You will make a

23  summary judgment and discovery motions.  Who is the magistrate

24  judge assigned?

25              MS. RUBIN:  Magistrate Matsumoto.

1          THE COURT:  Well, she'll take care of whatever

2   problems you have.  Thanks very much.  Nice to see you all.

3   Good-by.

4          MR. BRISTOW:  Thank you, Your Honor.

5          MS. RUBIN:  Thank you, Your Honor.

6          (Proceeding Concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$120,000 [1] - 18:17
$300,000 [1] - 18:13

**'**

'74 [1] - 16:12
'99 [1] - 17:5

**0**

08-CV-210 [1] - 1:11

**1**

1 [1] - 15:11
1,300 [1] - 18:11
100 [2] - 2:3, 22:3
10007 [1] - 2:3
10038 [1] - 1:24
10271-0332 [1] - 2:7
11201 [1] - 2:18
11:30 [1] - 1:9
120 [1] - 2:6
14 [1] - 22:3
14th [1] - 3:23
17 [1] - 23:13
170 [1] - 21:25
188 [1] - 24:13
1970's [1] - 19:9
1974 [7] - 4:11, 4:25, 5:24, 6:23, 7:20, 7:23, 14:5
1990 [3] - 6:21, 6:24, 7:7

**2**

2 [1] - 15:14
20 [2] - 20:1, 21:17
20001 [1] - 2:9
2007 [3] - 20:5, 22:2
2008 [2] - 1:8, 15:11
21 [12] - 1:6, 3:14, 5:23, 18:20, 20:1, 21:23, 22:13, 22:14, 22:24, 24:4, 24:12, 25:3
22 [1] - 1:8
225 [1] - 2:18
24 [3] - 4:7, 4:9, 4:22
288 [1] - 24:13

**3**

3 [1] - 15:16
30 [1] - 5:22

**4**

4 [1] - 15:18
40 [1] - 22:1

**5**

50 [1] - 11:9
502 [1] - 1:23
51 [1] - 2:9

**6**

64 [1] - 1:23

**7**

7 [1] - 21:17
718-613-2647 [1] - 2:19
72-CV-1041 [1] - 1:4

**A**

a.m [1] - 1:9
ability [1] - 10:9
absent [1] - 13:9
accepted [1] - 22:2
accordance [2] - 6:5, 6:9
account [1] - 8:4
achieve [3] - 8:13, 12:25, 13:20
achieved [3] - 6:20, 6:21, 7:9
acting [1] - 15:5
add [1] - 7:16
added [1] - 10:14
addition [1] - 5:2
additional [1] - 4:12
Additionally [1] - 18:15
address [1] - 5:11
addressed [1] - 9:15
adjourned [1] - 17:15
administering [1] - 8:4
administration [1] - 20:6
administrators [1] - 13:19
admission [2] - 15:11, 21:15
admissions [3] - 6:4, 12:11, 21:25
admitted [2] - 10:7, 22:4
adopt [1] - 11:19, 20:9
adopted [1] - 11:8
adulthood [1] - 19:16
affirmed [1] - 9:1
African [1] - 23:18
African-American [1] - 23:18
AG's [1] - 3:23
age [1] - 10:16
ago [4] - 18:15, 20:23, 21:1, 23:11
agree [1] - 6:18

agreed [2] - 11:3, 11:4
al [1] - 3:6
alive [2] - 14:8, 16:14
allocation [1] - 13:22
allow [2] - 20:20, 20:21
almost [1] - 22:3
alone [1] - 13:23
American [1] - 23:18
amount [1] - 24:12
ANJAN [1] - 1:10
Anjan [1] - 3:6
annoy [1] - 15:24
annually [1] - 18:13
ano [1] - 1:10
anomaly [1] - 9:18
appeal [2] - 5:6, 9:1
Appeals [1] - 14:1
appearances [1] - 3:7
APPEARANCES [1] - 1:20
appellate [1] - 9:20
application [1] - 12:17
applied [2] - 7:21, 22:1
applies [1] - 8:8
apply [1] - 10:14
appreciably [1] - 15:12
appropriate [1] - 5:1
approved [1] - 11:16
area [3] - 22:1, 24:13, 24:20
arguments [1] - 15:3
array [1] - 9:12
article [1] - 17:14
arts [1] - 13:4
Asian [1] - 20:2
aspect [1] - 20:10
assent [1] - 12:2
assign [2] - 13:11, 22:4
assigned [1] - 25:24
assignments [1] - 8:16
Assistant [1] - 2:6
Assisted [1] - 2:21
assume [1] - 25:22
assure [1] - 15:8
athletics [1] - 13:5
attend [2] - 14:16, 20:11
attended [2] - 14:17, 24:5
attending [1] - 15:14
attention [7] - 14:10, 16:1, 20:16, 21:9, 22:9, 23:4, 25:10
attorney [1] - 16:18
Attorney [1] - 2:6
attorneys [2] - 4:4, 16:10
authorities [3] - 11:14, 14:12, 20:7
Authority [1] - 16:20
Avenue [2] - 2:9, 16:2
avoiding [1] - 12:22

## B

backgrounds [3] - 13:17, 19:13, 20:13
Bakke [1] - 12:7
balanced [1] - 22:25
bare [1] - 13:18
based [3] - 6:20, 8:15, 13:12
Based [1] - 15:3
basis [2] - 13:11, 13:22
beautiful [1] - 20:18
become [1] - 18:6
becoming [1] - 23:15
BEFORE [1] - 1:17
behalf [1] - 5:13
belief [1] - 6:6
belts [1] - 4:21
benefited [1] - 24:4
benefits [1] - 13:22
Berger [2] - 17:1, 23:25
best [1] - 17:23
better [3] - 14:20, 18:4, 20:12
between [1] - 9:16
beyond [2] - 6:1, 18:7
black [2] - 24:14, 25:4
blood [1] - 19:8
blossom [1] - 17:25
Board [4] - 2:2, 7:24, 11:12, 21:15
board [2] - 11:8, 25:7
boards [1] - 11:7
body [4] - 9:6, 9:10, 12:9, 20:9
Bolinger [1] - 9:4
Borg [1] - 23:17
borough [1] - 14:21
box [1] - 3:3
Boyd [1] - 16:18
Bravin [1] - 16:14
Breyer [1] - 11:4
briefs [2] - 15:4, 16:8
bring [9] - 11:11, 13:18, 14:10, 15:25, 20:15, 22:9, 23:21, 23:22, 25:10
Bring [2] - 21:8, 23:4
bringing [1] - 13:16
brings [1] - 12:15
BRISTOW [6] - 2:5, 3:19, 3:22, 3:25, 7:17, 26:4
Bristow [1] - 3:19
broader [1] - 9:12
Broadway [1] - 2:6
Brooklyn [2] - 1:6, 2:18
brought [1] - 14:11
Brown [6] - 7:24, 8:3, 9:15, 10:1, 11:1, 11:12
budget [1] - 18:17
burden [1] - 8:13
burdens [1] - 13:22
busing [1] - 18:19
BY [1] - 2:10

## C

Cadman [1] - 2:18
California [1] - 12:8
cannot [1] - 8:4
care [3] - 11:20, 19:16, 26:1
careers [1] - 9:24
carried [1] - 8:12
case [27] - 4:6, 4:14, 4:15, 4:18, 4:21, 5:2, 7:1, 8:6, 8:24, 11:2, 11:23, 12:1, 12:5, 12:6, 12:7, 12:8, 13:10, 13:25, 14:7, 14:8, 14:11, 16:10, 17:1, 20:5, 25:18, 25:22
cases [8] - 8:3, 8:21, 9:3, 9:4, 11:6, 11:15, 11:23, 12:16
certainly [1] - 17:8
certificate [1] - 14:4
challenged [1] - 19:17
challenges [1] - 19:15
chance [1] - 18:2
Chancellor [10] - 5:13, 15:10, 16:12, 16:13, 19:23, 20:16, 22:10, 23:3, 23:5, 25:11
chancellor's [1] - 15:25
Chancellor's [1] - 21:8
change [1] - 15:12
changed [5] - 6:9, 7:20, 8:7, 21:14, 21:17
changes [2] - 14:23, 21:25
characteristics [1] - 9:13
chief [6] - 8:9, 9:2, 9:15, 9:18, 11:3, 12:12
Chief [3] - 2:1, 10:1, 10:13
child [6] - 17:21, 17:24, 22:19, 22:21, 24:10
children [20] - 7:21, 10:15, 10:20, 10:22, 12:21, 13:4, 14:16, 18:1, 18:5, 18:6, 18:21, 20:11, 20:20, 21:1, 22:1, 22:3, 22:23, 24:12, 25:3
choice [1] - 18:5
choose [1] - 12:24
chosen [1] - 8:14
Church [1] - 2:3
citizens [1] - 13:20
CITY [1] - 1:13
city [9] - 14:12, 14:21, 15:1, 15:2, 20:4, 21:14, 21:24, 22:13, 23:3
City [6] - 2:2, 3:6, 3:15, 5:4, 15:4, 16:20
City's [1] - 4:10
city's [2] - 14:25, 19:3
city-wide [2] - 21:24, 23:3
Civil [1] - 3:5
claim [3] - 4:23, 5:1
claims [1] - 4:12
classification [1] - 13:12
classifications [2] - 8:16, 13:23
classify [1] - 13:11
CLERK [3] - 3:5, 3:14, 3:17

clerks [1] - 15:23
closed [5] - 13:25, 14:1, 14:2, 15:23
closure [1] - 14:4
college [1] - 9:4
colleges [1] - 9:22
Colombia [1] - 17:5
color [2] - 19:21
colored [2] - 10:20, 10:21
Columbia [1] - 24:8
combined [1] - 11:24
commitment [1] - 12:20
communities [1] - 11:18
COMMUNITY [1] - 1:6
community [7] - 10:18, 11:1, 14:15, 23:18, 24:3, 24:16, 25:4
Community [2] - 2:1, 3:14
compelling [7] - 8:19, 9:7, 11:16, 12:9, 12:22, 12:25, 13:20
competitive [1] - 6:1
complainant [1] - 24:2
completed [1] - 25:14
compliance [3] - 6:3, 7:2, 7:8
complied [4] - 5:17, 6:14, 6:23, 14:5
component [1] - 13:6
composition [1] - 20:10
Computer [1] - 2:21
Computer-Assisted [1] - 2:21
computers [1] - 13:4
concern [3] - 14:22, 23:19, 24:10
concerned [3] - 13:20, 16:6, 22:23
concerns [1] - 16:7
Conciliator [1] - 17:6
Concluded [1] - 26:6
concurred [2] - 12:4, 12:7
conduct [1] - 14:13
conducted [2] - 15:16, 15:18
Coney [5] - 18:22, 21:22, 22:1, 23:9, 23:15
conference [2] - 25:17, 25:19
conscience [1] - 11:17
consider [3] - 11:6, 12:25, 20:8
considerations [3] - 9:16, 10:9, 10:14
considered [1] - 13:8
constitutes [1] - 12:16
constitution [1] - 11:18
contains [1] - 17:7
contention [1] - 7:19
context [1] - 9:7
continue [3] - 15:3, 15:6, 15:8, 15:16, 25:1
continued [1] - 6:2
continuing [3] - 7:10, 7:11, 13:15
contrary [1] - 15:2
contributed [1] - 14:20
contribution [2] - 16:9, 17:2
convinced [1] - 15:4
copies [2] - 17:12, 17:13
copy [1] - 3:22
council [1] - 24:17

counsel [1] - 7:5
Counsel [1] - 3:7
counselors [1] - 19:20
country [1] - 14:21
course [3] - 14:12, 22:25, 24:23
COURT [37] - 1:1, 3:1, 3:11, 3:21, 3:24, 4:2, 4:14, 4:17, 5:9, 5:12, 6:16, 7:15, 7:18, 16:16, 17:9, 17:12, 17:17, 17:22, 20:14, 20:21, 20:24, 21:4, 21:7, 21:20, 22:8, 22:12, 22:19, 22:21, 22:25, 23:4, 23:7, 23:12, 25:9, 25:13, 25:18, 25:21, 26:1
court [17] - 8:22, 9:5, 9:8, 11:24, 12:1, 14:3, 18:9, 18:11, 18:14, 18:19, 19:2, 19:6, 20:5, 20:18, 21:22, 22:6, 23:14
Court [27] - 1:5, 2:17, 2:17, 4:10, 5:15, 6:21, 7:2, 7:10, 7:11, 8:2, 10:4, 10:6, 11:13, 11:14, 12:3, 14:1, 14:6, 14:15, 15:4, 15:9, 15:21, 15:25, 16:6, 16:25, 22:4
Court's [5] - 4:11, 4:24, 8:5, 14:10, 14:25
courts [2] - 20:19, 20:22
create [1] - 18:3
created [1] - 14:18
creating [1] - 12:20
creativity [1] - 13:19
criteria [1] - 15:12
critical [1] - 11:23
Curtis [2] - 17:1, 23:17
cut [1] - 18:17

**D**

Dan [1] - 16:21
data [2] - 6:4, 21:24
daughter [1] - 24:7
daughters [1] - 24:5
DAY [1] - 2:8
DC [1] - 2:9
de [4] - 7:24, 8:25
dead [2] - 16:15, 17:9
dealing [1] - 13:2
death [1] - 17:2
deceased [1] - 24:1
decides [1] - 12:1
decision [6] - 11:23, 13:14, 24:3, 24:18, 24:25, 25:7
declared [1] - 8:2
declined [1] - 4:4
decree [1] - 7:23
dedicate [1] - 19:12
dedicated [1] - 19:19
Defendant [3] - 1:8, 1:15, 2:1
defendants [8] - 3:20, 4:1, 6:22, 14:3, 14:5, 16:17, 16:22
Defense [1] - 9:20
demographic [1] - 13:7
demonstrate [1] - 5:21

demonstrates [1] - 6:4
denied [2] - 7:19, 13:25
denoting [1] - 10:24
department [1] - 21:14
DEPARTMENT [1] - 1:13
Department [7] - 2:2, 3:6, 3:16, 5:14, 15:5, 18:16, 21:10
deprived [1] - 17:2
desegregate [1] - 22:13
desegregated [2] - 14:6, 15:19
desegregation [7] - 6:18, 6:19, 6:23, 7:2, 8:22, 11:19, 16:9
designates [2] - 18:11, 18:19
destroy [2] - 14:23, 15:2
detail [1] - 22:17
detrimental [1] - 10:21
devoted [1] - 14:18
difference [1] - 9:16
different [1] - 13:16
diligently [1] - 24:17
directing [1] - 13:18
directly [1] - 9:15
discovery [2] - 14:13, 25:23
discretion [1] - 12:23
discriminating [1] - 8:14
discrimination [2] - 8:19, 13:2
discussed [1] - 7:14
discussions [1] - 10:10
dismiss [1] - 7:1
dismissal [1] - 7:7
display [1] - 24:21
dispute [1] - 5:22
distinction [1] - 9:19
district [8] - 6:9, 6:11, 12:23, 12:24, 22:16, 24:9, 24:18, 25:6
DISTRICT [3] - 1:1, 1:1, 1:6
District [14] - 1:5, 1:19, 2:2, 5:23, 18:20, 20:1, 21:17, 21:23, 22:14, 22:24, 24:4, 24:8, 24:12, 25:3
districts [3] - 8:11, 8:12, 13:15
diverse [4] - 12:25, 19:13, 19:14, 20:9
diversified [1] - 20:3
diversity [5] - 9:6, 9:9, 12:9, 13:7, 24:19
Division [1] - 2:2
docket [1] - 13:25
documents [1] - 21:23
Dodson [1] - 16:21
DOE [4] - 21:15, 21:18, 21:25, 22:5
dominated [1] - 20:2
done [4] - 6:4, 13:1, 13:13, 16:5
Doris [1] - 23:24
double [1] - 18:18
down [2] - 9:25, 17:18
draft [1] - 17:12
dreams [1] - 18:7
drive [1] - 15:22
due [2] - 14:11, 15:23
during [1] - 25:5

DVORETZKY [5] - 2:10, 3:18, 4:5, 4:15, 4:19
Dvoretzky [1] - 3:18

**E**

East [1] - 2:18
EASTERN [1] - 1:1
economic [2] - 8:3, 13:17
Ed [1] - 2:2
edge [1] - 18:23
Education [7] - 3:6, 5:14, 7:25, 11:12, 15:5, 18:16, 21:15
education [10] - 9:7, 10:25, 11:12, 14:24, 18:10, 21:14, 24:10, 24:11, 24:16, 24:20
EDUCATION [1] - 1:14
educational [2] - 10:3, 18:4
Edward [1] - 16:18
effect [7] - 4:21, 6:24, 7:7, 8:7, 9:11, 10:18, 10:21
effective [1] - 7:2
effort [2] - 11:6, 18:3
efforts [2] - 11:11, 11:13
eight [1] - 11:20
either [1] - 4:19
element [1] - 9:14
Elliot [1] - 16:12
eloquent [1] - 20:14
emotional [1] - 19:14
encourage [1] - 20:9
encouraged [1] - 11:14
end [1] - 5:14
ending [1] - 17:3
engage [1] - 10:10
enjoys [1] - 12:2
enriching [1] - 19:12
entered [1] - 24:15
enthusiastic [2] - 19:10, 19:25
entitled [1] - 14:3
entrance [1] - 16:2
entrusted [1] - 13:17
environmental [1] - 19:15
environments [2] - 17:4, 18:3
equal [2] - 10:3, 12:21
escorted [1] - 23:17
established [2] - 9:24, 22:15
establishment [1] - 5:24
et [2] - 1:10, 3:6
ethical [1] - 12:19
ethnic [4] - 9:9, 9:11, 9:13, 13:17
excellent [2] - 5:25, 15:7
exchange [1] - 10:10
excitement [1] - 19:24
excuse [1] - 9:21
exists [1] - 12:22
expanded [1] - 22:13
expectations [1] - 6:2
expert [2] - 16:21, 16:22

HART v. COMMUNITY SCHOOL DISTRICT 21                    4

expertise [1] - 12:24
experts [1] - 13:19
explain [1] - 10:25
explains [1] - 12:2
expressed [1] - 23:19
extreme [1] - 8:14

**F**

face [1] - 13:21
facility [1] - 21:3
fact [2] - 5:4, 23:16
facto [2] - 7:24, 8:25
factors [2] - 8:4, 13:7
facts [2] - 7:22, 8:18
factual [2] - 5:20, 5:21
fairness [2] - 24:19, 24:24
faith [1] - 15:5
Families [1] - 19:17
family [1] - 19:15
far [1] - 9:12
faxed [1] - 3:22
February [2] - 1:8, 3:23
federal [1] - 14:20
feeder [2] - 6:8, 6:10
felt [4] - 6:21, 23:20, 23:22, 25:5
few [1] - 18:15
filed [2] - 4:6, 4:15
filing [1] - 4:20
financially [1] - 19:17
findings [2] - 7:1, 7:8
first [2] - 4:22, 21:8
First [1] - 7:19
five [1] - 12:3
flourish [1] - 17:25
focusing [1] - 4:13
follow [1] - 25:20
following [2] - 21:21, 22:6
follows [1] - 8:10
force [1] - 10:14
formal [1] - 7:6
formalize [1] - 7:14
formalized [1] - 7:13
forms [1] - 13:4
forth [1] - 11:24
forthwith [1] - 14:4
forum [1] - 4:19
forward [2] - 17:18, 23:7
fragmented [1] - 12:1
frame [1] - 6:19
free [1] - 18:19
front [1] - 3:3
fulfill [1] - 12:20
full [2] - 7:1, 7:8
fully [3] - 6:20, 6:21, 6:22
Fulton [1] - 1:23
Fund [1] - 9:20
fundamental [1] - 7:8

funding [1] - 19:4

**G**

Gail [2] - 3:15, 16:12
GAIL [1] - 2:1
gates [1] - 16:1
gateway [1] - 18:6
General [1] - 2:6
general [2] - 10:11, 20:9
generates [1] - 10:17
gifted [3] - 20:1, 23:16, 24:5
gifts [1] - 24:21
given [2] - 19:17, 24:19
Glaser [1] - 16:22
Good-by [1] - 26:3
governed [1] - 9:3
governing [1] - 5:15
government [3] - 13:9, 13:21, 14:19
government's [1] - 9:6
grade [4] - 9:17, 9:25, 10:15, 12:14
graduate [4] - 9:17, 9:21, 10:8, 15:15
grant [1] - 5:4
great [5] - 12:13, 17:14, 24:1
greater [2] - 10:22, 24:22
greatness [1] - 10:6
grounds [1] - 12:5
group [2] - 10:24, 18:25
groups [1] - 9:11
grow [1] - 17:25
Grutter [4] - 9:4, 9:8, 12:5, 12:6
guaranteed [1] - 9:11
guiding [1] - 19:18

**H**

Hammer [1] - 16:18
hand [1] - 19:18
handled [2] - 4:17, 4:19
happy [3] - 4:4, 24:2, 24:25
HART [1] - 1:3
Hart [6] - 3:5, 3:8, 3:20, 5:3, 23:24, 24:2
hear [4] - 3:2, 4:4, 21:4, 24:2
heard [3] - 17:17, 21:11, 25:13
hearing [3] - 3:4, 17:15, 25:14
hearts [1] - 10:18
heavy [1] - 8:12
heights [1] - 24:22
held [1] - 9:5
help [1] - 22:14
helped [1] - 19:22
high [1] - 10:15
higher [1] - 9:7
Highly [1] - 6:1
Hispanic [1] - 24:14
historic [1] - 12:20
history [1] - 9:19

Hoffman [1] - 16:12
holding [1] - 12:3
holiday [1] - 15:23
Hollingsworth [1] - 16:19
homes [1] - 23:18
Honor [14] - 3:9, 3:12, 3:19, 3:22, 4:5, 5:10, 6:17, 7:17, 17:11, 17:16, 25:12, 25:16, 26:4, 26:5
HONORABLE [1] - 1:18
hope [1] - 19:10
hopefully [1] - 25:1
Housing [1] - 16:20
Howard [1] - 24:6
Hyman [1] - 16:14

**I**

III [1] - 2:5
illegal [2] - 8:1, 8:2
impact [2] - 10:22, 18:10
implicit [1] - 7:19
important [5] - 9:14, 10:12, 11:1, 12:13, 13:16
impossible [1] - 9:23
improve [2] - 15:3, 16:3
improved [1] - 21:7
improvement [1] - 16:10
improving [1] - 19:12
incapable [1] - 10:5
included [1] - 19:1
incoming [1] - 21:17
independent [1] - 22:5
indicated [1] - 4:8
indicates [1] - 14:1
indicating [2] - 15:10, 16:4
individual [1] - 8:15
inferiority [2] - 10:17, 10:24
initiating [1] - 6:22
innovative [1] - 17:3
inside [1] - 15:24
institution [1] - 19:9
Institution [1] - 17:6
insures [1] - 12:21
intangible [1] - 10:9
integrate [1] - 11:7
integrated [4] - 6:12, 11:11, 12:20, 15:19
intend [1] - 15:6
intensive [1] - 19:2
intention [3] - 15:1, 22:12, 23:2
intentional [1] - 8:19
interest [11] - 8:13, 8:19, 8:20, 9:6, 9:9, 11:15, 12:10, 12:22, 12:23, 12:25, 13:21
interests [1] - 5:8
intermediate [1] - 22:15
interpretation [1] - 4:24
interpreted [1] - 10:24
intervene [7] - 4:6, 4:16, 4:20, 5:11,

7:18, 13:24, 14:9
    **interveners** [1] - 2:9
    **intervenor** [1] - 8:7
    **intervenors'** [1] - 7:21
    **intervention** [3] - 4:7, 7:4, 14:8
    **invalid** [1] - 7:21
    **invited** [1] - 4:3
    **involved** [2] - 8:20, 22:16
    **island** [5] - 18:22, 21:22, 22:1, 23:9,
23:15
    **isolation** [2] - 12:22, 18:25
    **issue** [4] - 7:6, 7:23, 11:21, 14:10
    **issued** [1] - 14:4
    **issues** [1] - 4:17

## J

    **JACK** [1] - 1:18
    **James** [3] - 3:9, 16:10, 16:19
    **JAMES** [1] - 1:22
    **Jeffrey** [2] - 3:5, 24:2
    **JEFFREY** [1] - 1:3
    **jeopardized** [1] - 18:21
    **jeopardizing** [1] - 18:10
    **jeopardy** [1] - 19:4
    **job** [1] - 16:17
    **Jones** [1] - 3:18
    **JONES** [1] - 2:8
    **journey** [1] - 3:13
    **joy** [1] - 19:24
    **judge** [1] - 25:24
    **Judge** [3] - 1:19, 23:10, 23:13
    **judgment** [2] - 12:4, 25:23
    **jure** [2] - 7:24, 8:25
    **jurisdiction** [3] - 7:10, 7:11, 14:7
    **jury** [1] - 3:3
    **justice** [7] - 8:9, 9:2, 9:15, 9:18, 11:3,
11:22, 12:12
    **Justice** [8] - 10:1, 10:13, 11:4, 11:22,
12:7, 12:17, 13:14, 20:5
    **justices** [3] - 11:2, 11:20, 12:3
    **justifies** [1] - 8:14
    **justify** [2] - 9:12, 12:10

## K

    **K-E-L-T-E-R** [1] - 17:20
    **KELTER** [7] - 2:12, 17:20, 17:23,
20:19, 20:23, 20:25, 21:5
    **Kelter** [1] - 17:20
    **Kennedy** [5] - 11:22, 12:15, 12:17,
13:14, 20:6
    **Kentucky** [2] - 8:6, 8:12
    **kind** [3] - 7:25, 11:11, 22:17
    **kinds** [1] - 13:3
    **Klein** [1] - 19:23

## L

    **labor** [1] - 19:2
    **landscape** [1] - 8:8
    **large** [2] - 4:24, 10:4
    **last** [3] - 5:22, 8:6, 11:9
    **law** [5] - 7:20, 8:22, 10:2, 10:6, 10:23
    **Law** [3] - 2:2, 3:15, 17:5
    **learn** [1] - 10:11
    **least** [1] - 12:13
    **leaving** [1] - 18:2
    **led** [1] - 5:24
    **legal** [1] - 8:8
    **Legal** [1] - 9:20
    **less** [1] - 11:17
    **letter** [1] - 15:9
    **letters** [3] - 14:16, 14:21, 20:16
    **levels** [1] - 14:20
    **lifetime** [1] - 18:8
    **lifted** [1] - 5:19
    **light** [1] - 7:5
    **Likewise** [1] - 12:24
    **limited** [1] - 6:17
    **lines** [1] - 15:7
    **litigate** [1] - 5:1
    **litigated** [1] - 4:12
    **Litigation** [1] - 2:1
    **litigation** [3] - 5:3, 6:22, 8:24
    **live** [2] - 20:4, 24:8
    **living** [1] - 18:20
    **local** [7] - 8:4, 11:7, 11:10, 11:14,
11:18, 14:19, 20:7
    **located** [2] - 18:23, 18:24
    **longstanding** [1] - 11:6
    **look** [2] - 6:10, 23:12
    **lost** [1] - 25:5
    **Lousiana** [1] - 2:9
    **love** [1] - 19:16
    **lovely** [1] - 16:1

## M

    **magistrate** [1] - 25:23
    **Magistrate** [1] - 25:25
    **magnet** [5] - 15:17, 16:4, 18:12, 18:13,
22:15
    **Majority** [1] - 8:9
    **man** [2] - 16:11, 17:14
    **mandates** [1] - 5:16
    **MARIANNE** [1] - 2:13
    **Marianne** [1] - 21:13
    **Mark** [30] - 5:23, 6:8, 6:12, 6:18, 6:19,
8:1, 8:24, 13:1, 13:13, 14:6, 14:16,
15:16, 15:18, 17:21, 18:9, 18:12, 18:15,
18:23, 19:1, 19:4, 19:8, 19:20, 20:3,
20:11, 21:16, 23:15, 24:5, 24:19, 25:1
    **Marks** [1] - 11:25
    **marshal** [1] - 15:22

    **Mason** [1] - 16:22
    **mass** [1] - 18:22
    **Master** [1] - 17:1
    **material** [1] - 5:20
    **materials** [1] - 23:22
    **Matsumoto** [1] - 25:25
    **matter** [2] - 3:20, 5:2
    **mayor** [1] - 15:10
    **McLauren** [1] - 10:7
    **means** [1] - 8:14
    **meant** [1] - 12:6
    **measure** [1] - 4:24
    **measurement** [1] - 10:5
    **mechanical** [1] - 2:21
    **member** [1] - 24:16
    **members** [2] - 9:11, 12:4
    **memorial** [1] - 17:4
    **memorializing** [1] - 17:14
    **men** [1] - 23:10
    **mention** [1] - 16:25
    **mentioned** [1] - 19:7
    **met** [4] - 4:9, 6:15, 24:18, 25:8
    **metal** [1] - 16:1
    **methods** [1] - 17:3
    **Meyers** [1] - 23:24
    **MEYERSON** [6] - 1:22, 3:9, 3:12, 6:17,
16:15, 17:8
    **Meyerson** [2] - 3:9, 16:10
    **Michigan** [1] - 9:4
    **middle** [1] - 21:2
    **might** [1] - 20:17
    **mind** [1] - 24:1
    **minds** [1] - 10:18
    **minority** [1] - 18:25
    **mismanaged** [1] - 21:19
    **mixed** [2] - 5:25, 6:11
    **model** [1] - 14:23
    **modify** [1] - 4:11
    **moment** [2] - 13:5, 18:2
    **money** [1] - 24:6
    **monitor** [1] - 24:23
    **Moore** [2] - 19:11, 20:20
    **moral** [1] - 12:19
    **morale** [1] - 16:3
    **Moreover** [2] - 8:2, 9:3
    **Morgan** [1] - 24:7
    **morning** [2] - 3:1, 4:5
    **Most** [1] - 18:5
    **motion** [12] - 3:5, 4:6, 4:8, 4:10, 4:16,
4:20, 5:5, 5:11, 5:14, 7:18, 13:24
    **motions** [2] - 14:13, 25:23
    **move** [2] - 9:24, 24:21
    **MR** [17] - 2:14, 3:9, 3:12, 3:18, 3:19,
3:22, 3:25, 4:5, 4:15, 4:19, 6:17, 7:17,
16:15, 17:8, 23:8, 23:13, 26:4
    **MS** [24] - 3:15, 5:10, 5:13, 17:11,
17:20, 17:23, 20:19, 20:23, 20:25, 21:5,
21:13, 21:21, 22:11, 22:18, 22:20,
22:23, 23:2, 23:6, 25:12, 25:16, 25:17,

25:19, 25:25, 26:5
　mugged [1] - 21:2
　must [3] - 13:24, 18:2, 19:10

## N

N.W [1] - 2:9
NAACP [3] - 9:19, 9:20, 23:25
Nakita [1] - 4:13
Nakita's [1] - 4:23
name [5] - 17:19, 17:20, 21:11, 23:7, 23:8
narrow [1] - 7:3
narrowest [1] - 12:5
narrowly [1] - 11:16
nation [2] - 11:10, 12:19
necessary [3] - 7:12, 14:13
necessity [1] - 13:10
need [2] - 24:22, 24:23
needed [2] - 23:22, 25:8
needs [1] - 16:4
Negro [2] - 10:7, 10:24
Negroes [1] - 10:3
neighborhood [1] - 21:5
neighborhoods [1] - 18:24
Neptune [1] - 16:2
never [4] - 7:13, 8:21, 19:23, 19:24
NEW [2] - 1:1, 1:13
New [11] - 1:6, 1:24, 2:2, 2:3, 2:7, 2:18, 3:6, 3:15
newspapers [1] - 19:7
next [1] - 18:18
Nice [1] - 26:2
ninth [1] - 11:22
Nobody [1] - 4:8
note [3] - 3:7, 16:8, 21:14
noted [2] - 9:8, 19:21
nothing [1] - 17:14
notice [1] - 5:6
notified [1] - 18:16
number [3] - 14:14, 18:17, 24:9
NYC [1] - 2:2
NYS [1] - 2:5

## O

objection [1] - 5:10
objective [1] - 10:5
obligation [1] - 12:19
OC [1] - 21:18
OF [2] - 1:1, 1:14
offered [1] - 8:9
office [1] - 3:23
Official [1] - 2:17
officials [1] - 14:19
old [1] - 23:13
One [1] - 21:24
one [7] - 5:3, 13:6, 20:10, 21:1, 24:5,

24:9, 24:14
　opinion [5] - 8:9, 12:15, 12:17, 17:13, 20:6
　opportunities [3] - 10:4, 18:1, 18:4
　opportunity [6] - 12:21, 17:24, 18:7, 19:18, 24:21
　opposed [1] - 4:8
　order [24] - 3:23, 4:11, 5:15, 5:18, 5:24, 6:3, 6:5, 6:9, 6:15, 6:23, 6:24, 7:3, 7:20, 8:23, 9:1, 14:6, 18:9, 18:11, 18:14, 18:19, 19:2, 21:22, 22:6, 25:19
　ordered [1] - 8:22
　orders [1] - 4:25
　origin [1] - 9:14
　original [2] - 6:6, 22:12
　outcome [2] - 4:10, 5:2

## P

painted [1] - 16:3
Pamela [1] - 17:20
PAMELA [1] - 2:12
panel [1] - 22:5
parallel [1] - 14:11
Parent [1] - 2:12
PARENT [1] - 17:16
parent [2] - 17:23, 17:24
parents [12] - 13:19, 14:16, 14:19, 14:22, 16:6, 16:24, 18:2, 18:21, 21:18, 23:19, 24:9, 25:4
park [2] - 20:25, 21:9
part [3] - 10:4, 20:24, 20:25
particular [1] - 9:17
particularly [2] - 4:12, 24:14
parties [2] - 5:7, 16:7
partly [1] - 22:14
Party [1] - 2:5
party [2] - 4:1, 16:17
passed [1] - 16:16
past [3] - 8:18, 14:17, 15:17
patterns [2] - 6:8, 6:10
people [4] - 9:23, 14:15, 15:8, 20:13
People [1] - 17:6
percentage [1] - 9:10
period [2] - 5:17, 25:5
permissible [1] - 20:8
permit [1] - 18:21
permits [1] - 11:18
permitted [3] - 11:13, 13:9, 15:15
Person [1] - 17:6
picture [1] - 17:7
place [1] - 6:13
Plaintiff [3] - 1:4, 1:22, 2:8
plaintiff [2] - 3:8, 3:10
plaintiffs [4] - 7:23, 14:9, 16:12, 16:21
Plaintiffs [1] - 1:11
plans [5] - 11:8, 11:10, 11:16, 11:17, 11:19
　planted [1] - 19:10

Plaza [1] - 2:18
pleased [2] - 4:2, 24:11
plus [2] - 5:22, 13:7
point [3] - 6:13, 6:25, 14:14
pointed [1] - 12:12
policies [1] - 20:9
policy [2] - 10:23, 15:11
population [2] - 13:1, 20:3
position [6] - 6:18, 7:5, 9:24, 12:4, 22:8, 22:16
possibility [1] - 5:5
possible [1] - 19:19
poured [1] - 19:8
Powell [1] - 12:7
precedent [1] - 5:16
preclude [1] - 5:5
preference [1] - 25:3
prepared [1] - 20:12
present [2] - 15:6, 21:19
presented [1] - 21:24
president [1] - 24:17
pretty [1] - 23:12
prevent [1] - 13:15
previously [1] - 7:14
primary [1] - 11:9
principal [2] - 11:24, 16:23
priorities [1] - 21:22
problem [3] - 9:16, 12:13, 15:20
problems [1] - 26:2
proceed [1] - 25:22
Proceeding [1] - 26:6
Proceedings [1] - 2:21
process [5] - 19:2, 19:5, 21:16, 21:19
produced [1] - 2:21
profession [1] - 10:11
programs [1] - 13:3
promised [1] - 11:12
promptly [2] - 16:3, 25:22
proposed [2] - 7:21, 8:7
protected [2] - 22:22, 22:24
proved [1] - 7:24
provide [2] - 10:3, 18:4
providing [1] - 13:3
PS-90 [1] - 24:13
PTA [1] - 21:24
Public [1] - 18:5
public [5] - 10:21, 11:7, 11:15, 13:18, 20:7
published [1] - 17:5
purposes [2] - 9:5, 12:17
pursue [1] - 12:24
put [2] - 5:20, 6:3

## Q

qualifications [2] - 9:13, 10:16
qualities [1] - 10:5
quality [4] - 23:21, 24:10, 24:20, 25:2

quotation [1] - 11:5

**R**

Race [1] - 13:6
race [6] - 8:15, 9:12, 10:17, 11:17, 12:10, 13:11
races [2] - 10:23, 20:13
racial [9] - 8:3, 8:15, 9:13, 12:22, 13:2, 13:17, 13:22, 20:8, 20:10
racially [3] - 5:25, 6:11, 11:11
radical [1] - 14:23
raise [2] - 7:6, 14:22
rationale [1] - 12:2
Rau [3] - 3:6, 3:17, 4:13
RAU [1] - 1:10
Rau's [1] - 4:23
reason [2] - 4:25, 13:24
reasonable [1] - 5:17
reasonably [1] - 5:16
reasons [1] - 7:19
received [1] - 14:15
receives [1] - 24:10
recent [1] - 20:5
recognized [1] - 11:15
reconsideration [1] - 5:6
recorded [1] - 2:21
refer [1] - 13:5
Referee [1] - 23:17
reflecting [1] - 7:5
reflection [2] - 7:9, 7:11
regarding [1] - 21:22
Regardless [1] - 4:9
Region [1] - 21:17
relied [2] - 8:6, 10:4
relief [1] - 5:4
rely [1] - 18:3
relying [1] - 8:15
remain [3] - 4:12, 24:22, 25:1
remained [1] - 23:21
remaining [2] - 5:18, 6:6
remedial [4] - 5:15, 6:15, 7:20, 14:5
remediating [1] - 8:18
remember [4] - 12:7, 16:21, 17:7, 23:24
remind [1] - 12:12
repeatedly [2] - 11:13, 14:1
Reporter [2] - 2:17, 2:17
represent [4] - 3:21, 3:24, 5:8, 11:10
represented [2] - 16:19, 23:25
requests [1] - 15:9
require [1] - 11:19
required [1] - 11:13
requirements [4] - 4:7, 4:9, 4:22, 6:5
requiring [1] - 10:7
requisite [1] - 7:1
resemble [1] - 11:8
resident [2] - 23:9, 23:14

residents [1] - 21:22
resorted [1] - 10:9
resorting [1] - 13:21
resource [1] - 17:25
resources [1] - 19:14
respect [3] - 7:4, 15:12, 15:13
rest [1] - 19:3
result [1] - 12:2
retarded [1] - 10:25
retroactive [1] - 7:7
retrospectively [1] - 4:13
review [1] - 22:5
Review [1] - 17:5
risks [1] - 18:14
RMR [1] - 2:17
Robert [1] - 16:18
rock [1] - 19:9
Ronald [1] - 23:8
RONALD [2] - 2:14, 2:17
RUBIN [13] - 2:1, 3:15, 5:10, 5:13, 17:11, 22:11, 23:6, 25:12, 25:16, 25:17, 25:19, 25:25, 26:5
Rubin [2] - 3:15, 16:13
Rule [3] - 4:7, 4:9, 4:22
rules [1] - 7:25
ruling [2] - 8:5, 12:16
RUSSO [7] - 2:13, 21:13, 21:21, 22:18, 22:20, 22:23, 23:2
Russo [3] - 21:13, 24:3, 24:13
rusting [1] - 16:2

**S**

S-T-E-W-A-R-T [1] - 23:9
safety [1] - 21:2
sanction [1] - 10:22
satisfactorily [1] - 15:14
satisfied [2] - 4:8, 4:23
saw [1] - 9:22
scaffolded [1] - 19:15
schedule [1] - 15:15
Scholar [1] - 17:5
school [52] - 5:25, 6:1, 6:19, 8:5, 8:11, 8:12, 8:16, 8:21, 9:17, 9:25, 10:2, 10:6, 10:8, 11:7, 11:8, 12:23, 13:15, 14:18, 15:2, 15:6, 15:17, 15:19, 15:22, 15:23, 16:2, 16:4, 16:9, 18:3, 18:6, 18:10, 18:12, 18:17, 19:11, 19:13, 19:23, 20:17, 20:24, 21:24, 22:15, 23:1, 23:3, 23:16, 23:20, 24:4, 24:15, 24:22, 25:4, 25:5, 25:7
SCHOOL [1] - 1:6
School [2] - 2:1, 3:14
schools [14] - 6:11, 8:5, 10:15, 10:21, 11:7, 11:9, 12:14, 13:12, 13:18, 19:18, 20:2, 20:7, 20:8, 24:13
scope [1] - 7:3
scrutiny [2] - 8:20, 9:5
Seattle [7] - 8:5, 8:10, 8:11, 8:21, 11:2,

12:16, 13:10
second [2] - 13:24, 18:5
secondary [1] - 11:9
See [1] - 16:5
see [6] - 3:11, 3:12, 16:2, 22:5, 25:4, 26:2
seek [1] - 8:13
seeking [1] - 5:5
segment [1] - 11:1
segregated [3] - 8:22, 9:23, 10:2
Segregation [2] - 7:25, 10:20
segregation [6] - 5:18, 6:7, 7:24, 8:25, 9:22, 17:3
selected [1] - 9:11
selection [3] - 15:12, 21:16, 21:19
selective [1] - 19:5
sense [1] - 14:8
separate [5] - 4:14, 4:15, 4:18, 4:20, 10:15
separating [1] - 10:23
September [2] - 15:11, 22:2
set [1] - 11:24
Several [1] - 20:25
several [2] - 18:23, 20:23
severe [1] - 18:10
Shall [1] - 5:11
SHAY [1] - 2:10
Shay [1] - 3:18
sheet [1] - 13:25
show [1] - 5:16
showing [2] - 8:13, 13:9
sides [1] - 11:21
sign [1] - 16:4
similar [1] - 10:16
simple [1] - 9:9
simply [1] - 6:25
single [3] - 9:14, 12:2, 18:1
sit [3] - 3:3, 17:18
site [1] - 18:24
situation [2] - 8:8, 23:14
society [2] - 12:21, 18:3
socio [1] - 8:3
solely [1] - 10:16
solid [1] - 19:9
someone [1] - 5:6
sorry [3] - 17:17, 21:4, 22:17
Speakers [1] - 2:12
Special [1] - 17:1
special [2] - 13:3, 13:7
specified [1] - 9:10
spot [1] - 20:18
staff [2] - 16:24, 19:11
stake [1] - 11:15
standardized [1] - 19:3
start [2] - 9:20, 9:21
started [2] - 16:11, 21:8
state [11] - 3:20, 3:24, 3:25, 7:16, 12:10, 14:19, 14:21, 16:19, 18:12, 20:7
State [1] - 24:7

**statement** [1] - 20:15
**STATES** [1] - 1:1
**states** [1] - 20:6
**States** [6] - 1:19, 4:3, 4:4, 5:15, 11:25, 16:18
**stating** [1] - 21:23
**status** [6] - 10:18, 18:13, 18:14, 25:17, 25:19, 25:21
**stellar** [1] - 14:23
**stenography** [1] - 2:21
**Stewart** [1] - 23:8
**STEWART** [3] - 2:14, 23:8, 23:13
**still** [6] - 7:25, 8:1, 16:14, 19:11, 23:12, 23:14
**strategic** [1] - 18:24
**streamline** [1] - 19:3
**Street** [2] - 1:23, 2:3
**strict** [2] - 8:20, 9:5
**student** [8] - 9:6, 9:10, 12:9, 12:25, 13:11, 17:21, 20:9, 22:19
**Students** [4] - 14:17, 15:14, 19:13, 19:14
**students** [14] - 8:15, 10:8, 10:11, 13:16, 14:19, 18:11, 18:20, 19:12, 19:21, 20:3, 22:14, 24:14, 24:20
**study** [1] - 10:9
**subject** [1] - 8:22
**submission** [1] - 15:1
**submitting** [1] - 16:8
**substance** [1] - 6:24
**success** [1] - 6:1
**successful** [2] - 6:12, 9:23
**SUITE** [1] - 1:23
**sum** [1] - 11:5
**summarized** [1] - 8:10
**summary** [1] - 25:23
**superior** [1] - 15:17
**Supreme** [3] - 5:15, 8:2, 8:5
**supreme** [3] - 11:24, 14:3, 20:5
**susceptible** [1] - 18:25
**suspenders** [1] - 4:21
**sweat** [1] - 19:8

**T**

**tailored** [1] - 11:16
**talent** [1] - 19:1
**talented** [3] - 13:3, 20:1, 23:16
**talents** [3] - 13:8, 15:13, 24:21
**Teacher** [1] - 17:6
**teachers** [4] - 14:18, 16:24, 19:20, 23:22
**teamwork** [1] - 19:19, 19:25
**tend** [1] - 14:23
**tennis** [3] - 20:18, 20:19, 20:21
**terminate** [3] - 4:11, 5:11, 6:15
**test** [1] - 8:20
**testified** [2] - 23:10, 23:14
**testing** [3] - 19:1, 19:4, 19:5

**tests** [1] - 6:14
**THE** [39] - 3:1, 3:5, 3:11, 3:14, 3:17, 3:21, 3:24, 4:2, 4:14, 4:17, 5:9, 5:12, 6:16, 7:15, 7:18, 16:16, 17:9, 17:12, 17:17, 17:22, 20:14, 20:21, 20:24, 21:4, 21:7, 21:20, 22:8, 22:12, 22:19, 22:21, 22:25, 23:4, 23:7, 23:12, 25:9, 25:13, 25:18, 25:21, 26:1
**themselves** [1] - 19:12
**theory** [1] - 9:19
**therefore** [5] - 12:15, 12:16, 14:7, 21:15, 22:4
**thinker** [1] - 24:1
**third** [2] - 4:1, 16:17
**Third** [1] - 2:5
**third-party** [2] - 4:1, 16:17
**Thon** [2] - 21:1, 21:2
**three** [2] - 11:2, 11:3
**throughout** [2] - 11:10, 23:17
**tied** [1] - 6:7
**today** [5] - 4:10, 5:3, 7:22, 13:14, 15:3
**together** [1] - 13:16
**TOLKIN** [1] - 2:17
**took** [1] - 23:18
**Topeka** [1] - 7:25
**touching** [1] - 16:4
**transcript** [1] - 2:21
**Transcript** [1] - 2:21
**transit** [1] - 18:22
**transportation** [1] - 19:5
**travel** [1] - 18:22
**treated** [1] - 10:8
**trouble** [1] - 3:4
**Try** [1] - 16:2
**turn** [1] - 4:24
**Turning** [1] - 18:9
**Twain** [26] - 5:23, 6:8, 6:12, 6:18, 6:19, 8:1, 8:24, 13:1, 13:13, 14:6, 14:17, 15:16, 15:18, 17:21, 18:9, 18:12, 18:13, 18:15, 18:23, 19:8, 19:20, 20:3, 20:11, 21:16, 23:15, 24:5, 24:19, 25:1
**Twain's** [2] - 19:1, 19:4
**Two** [1] - 24:4
**two** [6] - 3:25, 7:19, 11:7, 11:20, 16:20, 24:14

**U**

**U.S** [1] - 1:5
**Ultimately** [1] - 20:11
**unabashedly** [1] - 19:24
**unconstitutional** [1] - 14:10
**under** [1] - 8:19
**undergraduate** [1] - 9:21
**understood** [1] - 11:18
**undertake** [1] - 11:14
**undone** [1] - 10:19
**unfortunate** [1] - 17:2
**Unfortunately** [1] - 17:9

**unfounded** [1] - 7:22
**unique** [1] - 19:1
**UNITED** [1] - 1:1
**United** [6] - 1:19, 4:3, 5:15, 11:25, 16:18
**unity** [1] - 19:10
**university** [1] - 12:10
**University** [1] - 24:7
**unlikely** [1] - 10:19
**up** [6] - 3:3, 11:5, 16:5, 18:2, 19:6, 20:8
**urban** [2] - 14:24, 17:4

**V**

**variety** [1] - 11:4
**various** [1] - 13:4
**versus** [1] - 3:6
**vestiges** [2] - 5:18, 6:6
**view** [1] - 12:6
**viewed** [1] - 12:3
**views** [1] - 10:10
**visit** [1] - 20:17
**visited** [2] - 15:21, 19:23
**voicing** [1] - 16:7

**W**

**Walk** [2] - 21:1, 21:2
**Walk-A-Thon** [2] - 21:1, 21:2
**wants** [3] - 15:2, 17:23, 17:24
**Warren** [2] - 10:1, 10:13
**Washington** [1] - 2:9
**wasting** [1] - 18:1
**weeks** [1] - 18:15
**WEINSTEIN** [1] - 1:18
**Weinstein** [1] - 23:10
**whatsoever** [1] - 14:9
**white** [3] - 10:7, 10:20, 20:2
**whole** [2] - 9:19, 22:14
**wide** [2] - 21:24, 23:3
**widespread** [1] - 13:21
**wildest** [2] - 6:2, 18:7
**William** [1] - 3:19
**WILLIAM** [1] - 2:5
**win** [1] - 20:11
**wish** [4] - 7:16, 14:9, 25:13
**wishes** [2] - 16:8, 17:13
**wonderful** [7] - 5:25, 6:12, 14:18, 16:17, 16:20, 16:23, 17:2
**workable** [1] - 17:3
**wrapped** [1] - 19:5
**write** [2] - 15:9, 17:21
**writing** [1] - 16:7
**written** [1] - 17:4
**wrote** [2] - 11:22, 12:18

## Y

year [4] - 8:6, 18:11, 18:18, 22:2
year's [1] - 18:16
years [12] - 5:23, 6:3, 6:13, 11:9,
15:19, 20:23, 21:1, 23:11, 23:13, 24:4,
24:11, 25:6
yesterday [2] - 3:23, 15:22
YORK [2] - 1:1, 1:13
York [11] - 1:6, 1:24, 2:2, 2:3, 2:7,
2:18, 3:6, 3:15
young [2] - 16:11, 23:10
yourself [1] - 7:10