Judge Weinstein; 2/11/08

Sorry to bother you again, but new information has just come to my attention. I understand that the NYC lawyers have pressured the Principal of Mark Twain into signing and affidavit that **they** wrote, and would **not** allow any corrections on her part.

They are trying to claim that the school no longer needs your Court Order, because the school is successful. The reason that the school has achieved success is due to your Court Order. Without your order the DOE would no longer be obligated to provide free bus transportation beyond grade six to those students attending Mark Twain, as well as those children in Coney Island attending other schools. Without the Court Order children of Coney Island would have difficult time gaining access to the school as evidenced by last years selection process where only 14 students were accepted. And that is with your order. Can you imagine what it would be like without it. Finally, without the Court Order the DOE would not give the extra funds necessary to keep the special programs that enable Mark Twain to be one of the best Middle Schools.

I implore you not to undo your ruling, Mark Twain is what it is because of you, and can continue because of you.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 05 2008 ★
BROOKLYN OFFICE