THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

OFFICE OF THE CHANCELLOR
52 CHAMBERS STREET - NEW YORK, NY 10007

March 13, 2008

**By Hand Delivery**
Honorable Jack B. Weinstein
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Hart v. Community School Board, et al.; 72 CV 1041**

Dear Judge Weinstein:

In its February 27, 2008 opinion, the Court requested a letter concerning certain issues pertaining to the Mark Twain Intermediate School. I write in response to the Court's request.

Mark Twain will continue to be a citywide gifted and talented school and will continue to provide an excellent education to its students. In light of the Court's termination of the remedial order, admissions to Mark Twain will be made without reference to a student's race. We anticipate that the school will remain desegregated. And we assure the Court that students currently attending Mark Twain and performing satisfactorily will be permitted to graduate on schedule.

Please also be advised that, following the Court's suggestion, we are in the process of refurbishing the school's gates and sign.

Respectfully,

Joel I. Klein