CV 72-1041 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 26 2007 ★
BROOKLYN OFFICE

March 21, 2008

Honorable Judge Weinstein,

I am writing to you as a concerned parent of Mark Twain, IS 239. I understand that the federal court case has matured and is now closed. I also understand that you had asked the chancellor or the mayor to reassure you that Mark Twain would continue as a high achieving magnet school. There has been no confirmation from the Department of Education that those wishes will be fulfilled. Have you received the letter you requested?

There is a Town Hall Meeting sponsored by Community District Education Council, District 21 on March 25th, 7:00 PM at IS 303 (about a mile from Mark Twain). The topic that evening will be Mark Twain's mission. I have been told that the chancellor's lawyer will be there and an announcement of Mark Twain's magnet status and details of its future will be released.

I am hoping that you will be present for this announcement, that the 1,300 students who aren't present will have an advocate in you. I am not certain this is possible or feasible but as they say, it never hurts to ask.

Sincerely,

Pamela R. Kelter

F+D
JW 3/24/08

PLs. dkt.