UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JEFFREY HART, et al.,

                Plaintiffs,

– against –

THE COMMUNITY SCHOOL BOARD OF
BROOKLYN, NEW YORK SCHOOL DISTRICT
#21, et al.,

                Defendants.
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 5 2008 ★
BROOKLYN OFFICE

ORDER

72-CV-1041

Jack B. Weinstein, Senior United States District Judge:

    The court has received the attached letter dated August 22, 2008 from Bonnie Kerzer, a member of Concerned Parents of District 21. See Letter dated Aug. 22, 2008. Ms. Kerzer notes that the Department of Education has decided to not provide bus service to sixth grade students in District 21. Id. "Further, at the time that the application for admittance to Mark Twain were due on February 6th, 2008, the court order was still in effect, so every parent in District 21 that applied did so with the expectation that they would be receiving bussing for their child[ren] for 3 years." Id.

    The case has been closed. See Hart v. Community Sch. Bd. of Brooklyn, N.Y. Sch. Dist. 21, 536 F. Supp. 2d 274 (E.D.N.Y. 2008). The instant petition for bus service is denied. See id. at 279 ("It is undesirable for the federal courts to continue supervision of state educational institutions once the constitutional violations that gave rise to the original action have been eliminated—as they have in the case of Mark Twain." (internal quotation marks and citations omitted)). This court lacks jurisdiction to intervene.

1

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: September 2, 2008
       Brooklyn, New York