August 22, 2008

The Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 5 2008 ★
BROOKLYN OFFICE

Re: IS 239, Mark Twain Bussing

Dear Judge Weinstein,

I am writing to you to let you know how the Mark Twain transition is going, and specifically how that transition is affecting the students of Coney Island. As you know, the Chancellor has promised to keep Mark Twain essentially the same during this, the first year of the transition, which would include maintaining the established bussing routes. Further, at the time that the applications for admittance to Mark Twain were due on February 6th, 2008, the court order was still in effect, so every parent in District 21 that applied did so with the expectation that they would be receiving bussing for their child for 3 years. Starting September 2nd, the DOE is not promising buses for the sixth grade in District 21 past this year, and they are not providing buses at all for 6th grade Coney Island students, since they live within 1 mile of the school. Most importantly, it must be stressed that Coney Island is still not a particularly safe neighborhood, and that the safety of those student who would now be walking to school should be a prime consideration in any decision in this regard.

We would greatly appreciate any help that you can give to our students in this matter.

Bonnie Kerzer
Concerned Parents of District 21
concernedparents21@gmail.com