## MARK TWAIN INTERMEDIATE SCHOOL FOR THE GIFTED AND TALENTED
### Carol Moore, Principal

September 2, 2008

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 20 2008 ★
BROOKLYN OFFICE

Judge Weinstein
225 Cadman Plaza East
Room 1420
Brooklyn, NY 11201

Dear Judge Weinstein:                72 cv 1041

You are cordially invited to attend our annual Winter Concert in the Paul Mirsky Auditorium at Mark Twain on **Tuesday, December 16, 2008 at 7:00 PM.**

Mark Twain Intermediate School has one of the finest vocal and instrumental programs in the City of New York. We hope you can share this evening with us and support our youngsters.

At this time, we hope that you will observe and enjoy our beautiful new Mark Twain sign and our freshly painted fences as per your request.

Please consider this letter as a ticket for yourself and a guest.

Please R.S.V.P. (718) 266-0814

I am looking forward to seeing you on **December 16, 2008**.

Sincerely,

Carol Moore
Principal

Ronald Seif
Assistant Principal

RS/mb